UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**SEALED**

UNITED STATES OF AMERICA

v.                                                      CASE NO. 8:24-cr-68-KKM-TGW

TIMOTHY BURKE

### O R D E R

The Motion to Seal Indictment and Related Documents filed by the United States is hereby GRANTED, and the Clerk of Court is so directed.

The Clerk is further directed to seal the Indictment in this cause except when necessary to provide certified copies of the Indictment to the United States Attorney's Office;

It is further ordered that upon verbal request from the United States Attorney's Office that the United States Marshals Service is to release a certified copy of the arrest warrant to the case agent or other appropriate law enforcement and/or to the United States Attorney's Office without further order of the Court. It is further ordered that the United States Marshals Service or other appropriate law enforcement agency may enter the arrest warrant into the National Crime Information Center (NCIC) database or other appropriate law enforcement database without further order of the Court.

FEB 15 2024 PM2:56
FILED - USDC - FLMD - TPA

The Clerk is further ordered to unseal all documents relating to the Indictment without any further Order of the Court when the named defendant is taken into custody.

DONE AND ORDERED at Tampa, Florida, this ___15th___ day of February 2024.

_____
Anthony E. Porcelli
United States Magistrate Judge

2