UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

## CLERK'S MINUTES

| CASE NO.: | 8:24-cr-68-KKM-TGW | DATE: | February 22, 2024 |
|---|---|---|---|
| **HONORABLE AMANDA A. SANSONE** | | INTERPRETER: | n/a |
| UNITED STATES OF AMERICA<br><br>v.<br><br>TIMOTHY BURKE | | LANGUAGE: | |
| | | **GOVERNMENT COUNSEL**<br>Jay Trezevant, AUSA | |
| | | **DEFENSE COUNSEL**<br>Michael Maddox, retained | |
| COURT REPORTER: | DIGITAL | DEPUTY CLERK: | Amanda Craig |
| TIME  2:48 – 3:16 | TOTAL:  28 min | PRETRIAL: | Josh Sims |
| | | COURTROOM: | 10A |

**PROCEEDINGS: INITIAL APPEARANCE, ARRAIGNMENT**

Defendant provided a copy of the indictment.    Arrested:   February 22, 2024
Court summarizes the charges and advises Defendant of certain constitutional rights.

Attorney Michael Maddox makes a limited appearance for today's hearing.

Bond:   Government not seeking detention.
         Defendant moves for release.

Court:   Releases defendant on the standard conditions of release and the following special conditions: report to pretrial, travel restricted to MD/FL, substance abuse testing, mental health evaluation, surrender passport, no new travel documents, ROR bond, no contact with co-conspirator, witnesses, or victims.

Counsel requests arraignment be continued until his representation is resolved. Judge Wilson to schedule arraignment.

Oral Order of Due Process.