# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

**SEALED**

| United States of America | ) |
|---|---|
| v. | ) |
| Timothy Burke | ) Case No. 8:24-cr-68-KKM-TGW |
| | ) |
| | ) |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

FEB 22 2024 PM 12:57
FILED - USDC - FLMD - TPA

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Timothy Burke,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

| 18 U.S.C. § 371 | Conspiracy |
| 18 U.S.C. § 1030 | Intentionally Accessing Protected Computer Without Authorization |
| 18 U.S.C. § 2511 | Intentional Interception of a Wire, Oral, or Electronic Communication |
| 18 U.S.C. § 2511 | Intentionally Disclosing Illegally Intercepted Wire, Oral, or Electronic Communication |

Date: 2/16/24

City and state: Tampa, FL

*Issuing officer's signature*
Gabriella Lobaina

ELIZABETH WARREN, Clerk, United States District Court
*Printed name and title*

### Return

This warrant was received on *(date)* 16 FEB 24, and the person was arrested on *(date)* 22 FEB 24
at *(city and state)* TAMPA, FL.

Date: 22 FEB 24

*Arresting officer's signature*

ORTIZ, FRANK A.  USMS#832638
*Printed name and title*