UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| CASE NO.: | 8:24-cr-068-KKM-TGW | DATE: | March 11, 2024 |
|---|---|---|---|
| **HONORABLE: THOMAS G. WILSON** | | **INTERPRETER:** | N/A |
| UNITED STATES OF AMERICA<br><br>v.<br><br>TIMOTHY BURKE | | **LANGUAGE:** | N/A |
| | | **GOVERNMENT COUNSEL**<br>Jay Trezevant, AUSA | |
| | | **DEFENSE COUNSEL**<br>Michael Maddox, Retained | |
| **COURT REPORTER:** DIGITAL | | **DEPUTY CLERK:** | Karina Nieves |
| **TIME:** 11:16 AM– 11:25 AM | **TOTAL:** 0:09 | **U.S. PRETRIAL:** | N/A |
| **PROCEEDINGS:  ARRAIGNMENT** | | **COURTROOM:** | 12A |

Defendant present and advised of charges.

Indictment copied to defendant.

Defendant waived reading of indictment.

Court oral order due process protections act.

Defense counsel advises that he has made a limited appearance for the Defendant, however, currently the Defendant will possibly need counsel in the event that he is not able to continue paying for private counsel. Defense counsel request if a CJA appointment is necessary he is available considering he has been working on the case for over 10 months. The court advises if CJA appointment is made it will be a new lawyer appointed to the case.

Financial affidavit provided to the court.

Defense counsel request that the arraignment is continued for two weeks for the Defendant to get his affairs in order to see if court appointed counsel would be necessary. The Government does not object to continuation, however, advises that they are not available on March 25, 2024.

Defense counsel makes oral motion for modification of conditions of release to include that the Defendant could travel to the Norther District of Florida with the approval of Pretrial Services to help care for sick mother-in-law. The Government does not object and oral motion is granted by the court. Order to follow.

Court adjourned.