UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 8:24-cr-068-KKM-TGW

TIMOTHY BURKE.

## **ORDER**

THIS CAUSE came to be heard upon the Defendant's arraignment. Defense counsel requested that the Defendant be permitted to travel to Gainesville. The Government did not object to the request.

It is, therefore, upon consideration,

ORDERED:

That the Defendant shall be permitted to travel to the Northern District of Florida.

DONE and ORDERED at Tampa, Florida, this 12th day of March, 2024.

THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE