UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:24-cr-68-KKW-TGW

TIMOTHY BURKE

## NOTICE OF RELATED CASE

The United States of America hereby notifies this Honorable Court, pursuant to Rule 1.07(c) of the Local Rules of the United States District Court, Middle District of Florida, of the existence of a similar or related case which concerns issues of law and facts related to those of the above-captioned case. That case is *Tampa Bay Times v. United States of America*, Case No. 8:23-mc-00014-WFJ-SPF (the "TBT Case"). The TBT Case was initiated in May 2023 by the Tampa Bay Times, which moved therein for a court order permitting access to all search warrant records related to a search and seizure executed at the residence of Timothy Burke, the defendant charged in this case. TBT Case, Doc. 1. Defendant Burke later filed his own motion in the TBT Case for access to the records and for return of property seized, pursuant to Fed. R.

Crim. P. 41(g). TBT Case, Docs. 24 and 25. At present, aspects of Burke's motions are pending on appeal before the Eleventh Circuit in Case No. 23-13649-H.

        Respectfully submitted,

        ROGER B. HANDBERG
        United States Attorney

By:   */s/ Jay G. Trezevant*
       Jay G. Trezevant
       Assistant United States Attorney
       Florida Bar No. 2012221
       400 N. Tampa Street, Suite 3200
       Tampa, Florida 33602-4798
       Telephone:  (813) 274-6000
       Facsimile:   (813) 274-6358
       E-mail: jay.trezevant@usdoj.gov

U.S. v. Timothy Burke                                  Case No. 8:24-cr-68-KKW-TGW

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 21, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Michael P. Maddux, Esq.

*/s/ Jay G. Trezevant*
Jay G. Trezevant
Assistant United States Attorney