UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 8:24-cr-00068-KKM-TGW

TIMOTHY BURKE

_____/

## NOTICE OF APPEARANCE AND
## WAIVER OF DEFENDANT'S PRESENCE AT ARRAIGNMENT

**COMES NOW**, attorney for the Defendant, Michael P. Maddux, and enters his notice of appearance on behalf of **TIMOTHY BURKE**. By his signature below, Defendant, Timothy Burke, acknowledges having received and reviewed a copy of the Indictment, consents to the entry of a plea of not guilty, and waives his presence at the Arraignment.

*s/Michael P. Maddux*
Michael P. Maddux
Counsel for Defendant

Timothy Burke
Defendant

Date: April 1, 2024

Date: 2024 APRIL 1

## CONSENT TO WAIVER OF DEFENDANT'S PRESENCE AT ARRAIGNMENT AND RECEIPT OF PLEA OF NOT GUILTY

I hereby accept the Waiver of Defendant's Presence at Arraignment and Entry of Plea of Not Guilty and direct that the plea of not guilty be received for filing.

_____  _____
Date                     Honorable Thomas G. Wilson
                         United States Magistrate Judge

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this **1st day of April 2024**, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.

Respectfully Submitted,

*s/Michael P. Maddux*
Michael P. Maddux, P.A.
Florida Bar No.: 0964212
2102 West Cleveland Street
Attorney for Defendant
Tampa, Florida 33606
Phone: (813) 253-3363
Fax: (813) 253-2553
E-mail: mmaddux@madduxattorneys.com