## CONSENT TO WAIVER OF DEFENDANT'S PRESENCE AT ARRAIGNMENT AND RECEIPT OF PLEA OF NOT GUILTY

I hereby accept the Waiver of Defendant's Presence at Arraignment and Entry of Plea of Not Guilty and direct that the plea of not guilty be received for filing.

_April 1, 2024_
Date

_Thomas G. Wilson_
Honorable Thomas G. Wilson
United States Magistrate Judge

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this **1st day of April 2024**, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.

Respectfully Submitted,

_s/Michael P. Maddux_
Michael P. Maddux, P.A.
Florida Bar No.: 0964212
2102 West Cleveland Street
Attorney for Defendant
Tampa, Florida 33606
Phone: (813) 253-3363
Fax: (813) 253-2553
E-mail: mmaddux@madduxattorneys.com