# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 8:24-cr-00068-KKM-TGW

TIMOTHY BURKE
_____/

## NOTICE OF REQUEST FOR DISCOVERY

**COMES NOW**, TIMOTHY BURKE, by and through his undersigned attorney, and hereby gives notice that he will participate in all discovery allowed by the Federal Rules of Criminal Procedure, in the above-captioned matter. The Defendant specifically requests Rule 16 discovery disclosures including those set forth in Document 27.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this **4th day of April 2024**, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.

Respectfully Submitted,

*s/Michael P. Maddux*
Michael P. Maddux, P.A.
Florida Bar No.: 0964212
2102 West Cleveland Street
Attorney for Defendant
Tampa, Florida 33606
Phone: (813) 253-3363
Fax: (813) 253-2553
E-mail: mmaddux@madduxattorneys.com