UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                                         CASE NO.: 8:24-cr-00068-KKM-TGW

TIMOTHY BURKE

_____/

PETITION OF MARK D. RASCH FOR
ADMISSION PRO HAC VICE

Mark D. Rasch of the Law Office of Mark D. Rasch ("Movant"), pursuant to Local Rule 2.01(c), moves this Court for admission to appear *pro hac vice*, in this case, and any related adversarial proceedings, as co-counsel for Timothy Burke, and states as follows:

1. Movant is an attorney licensed to practice law and is a member of good standing of the bar in the Commonwealth of Massachusetts, and the States of Maryland and New York.

2. Movant resides in the State of Maryland, and maintains a business office at 7919 Springer Road, Bethesda, Maryland 20817.

3. Movant is a graduate of the State University of New York at Albany and the State University of New York at Buffalo School of Law.

4. Movant is also admitted to practice before and is in good standing with the United States District Court for the District of Massachusetts and the

United States Courts of Appeals for the Fourth Circuit. Movant is also admitted to practice before and is in good standing with the Supreme Court of the United States.

5. Movant is not a Florida resident and is not a member in good standing of The Florida Bar.

6. Movant has not abused the privilege of special admission by maintaining a regular practice of law in Florida.

7. Movant has initially appeared in the last thirty-six months in these cases in state or federal court in Florida:

> a. 8:23-mc-00014-WFJ-SPF, *Times Publishing Company v. United States of America,* a related case to this proceeding.

8. Movant satisfies the requirements for obtaining and maintaining general admission, except the requirements of membership in the Florida Bar, submission of an application, and payment of a periodic fee.

9. Movant designates Michael P. Maddux, a resident Florida attorney, of Michael P. Maddux, P.A., who is qualified to practice in this Court and who consents to designation as local counsel. Local counsel's written designation and consent to act is attached as Exhibit A.

10. Movant certifies that he has never been disbarred and is not currently suspended from the practice of law in the States of Maryland, New York

or the Commonwealth of Massachusetts or any other state, nor from any United States District Court, or Court of Appeals.

11. Movant certifies further that he will make himself familiar with and shall be governed by the local rules of this Court, the rules of professional conduct, and all other requirements governing the Middle District of Florida District Court and the Tampa Division of the United States District Court.

12. Movant is familiar with the provisions of 28 U.S. Code § 1927, which provides:

> Any attorney or other person admitted to conduct cases in any court of the United States or any Territory thereof who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct.

13. I have paid the fee for special admission or will pay the fee upon special admission.

14. I will register with the Court's CM/ECF system.

15. I affirm the oath, which states:

> I will support the Constitution of the United States. I will bear true faith and allegiance to the government of the United States. I will maintain the respect due to the courts of justice and all judicial officers. I will well and faithfully discharge my duties as an attorney and officer of this Court. I will conduct myself uprightly and according to the law and the recognized standards of ethics of the legal profession.

16. I have conferred with the opposing party and represent the opposing party does not object to my special admission.

**WHEREFORE**, Movant respectfully requests entry of an order authorizing his admission to practice and represent Timothy Burke as Co-Counsel in this case and any related proceedings.

Dated: April 24, 2024.

_____
Mark D. Rasch, Esquire
Member MD, MA and NY Bar
E-Mail: MDRasch@gmail.com
7919 Springer Road
Bethesda, Maryland 20817
Phone: (301) 547-6925
Attorney for Timothy Burke

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this **24th day of April 2024**, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.

Respectfully Submitted,

_____
Mark D. Rasch, Esquire
Member MD, MA and NY Bar
E-Mail: MDRasch@gmail.com
7919 Springer Road
Bethesda, Maryland 20817
Phone: (301) 547-6925
Co-Counsel for Timothy Burke