UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**UNITED STATES OF AMERICA**

v.                                        CASE NO.: 8:24-cr-00068-KKM-TGW

**TIMOTHY BURKE**

_____/

## WRITTEN DESIGNATION AND CONSENT TO ACT AS LOCAL COUNSEL

I, Michael P. Maddux, an attorney qualified to practice in this Court, consent to designation as the local attorney for Mark D. Rasch, and agree to serve as designee with whom the Court and opposing counsel may readily communicate regarding the conduct of this case and any related proceedings, and upon whom papers shall be served.

                                                              _____
                                                              Michael P. Maddux, Esquire
                                                              Michael P. Maddux, P.A.
                                                              Florida Bar No.: 964212
                                                              2102 West Cleveland Street
                                                              Tampa, Florida 33606
                                                              Phone: (813) 253-3363
                                                              E-mail: mmaddux@madduxattorneys.com
                                                              Trial Counsel for Timothy Burke

EXHIBIT "A"