UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:24-cr-68-KKM-TGW

TIMOTHY BURKE
_____/

ORDER

THIS CAUSE came on for consideration upon the Petition of Mark D. Rasch for Admission Pro Hac Vice (Doc. 31). Attorney Rasch has complied with the requirements of Local Rule 2.01(c).

It is, therefore, upon consideration,

ORDERED:

That the Petition of Mark D. Rasch for Admission Pro Hac Vice (Doc. 31) is **GRANTED**, and attorney Mark D. Rasch is authorized to appear pro hac vice on behalf of the defendant.

DONE and ORDERED at Tampa, Florida, this 30th day of April, 2024.

_____
THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE