UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 8:24-cr-68-KKM-TGW

TIMOTHY BURKE

# UNITED STATES' NOTICE OF FILING DECLARATIONS OF AUTHENTICATION OF BUSINESS RECORDS

The United States of America, by and through the undersigned, hereby files the attached Declarations of Authentication of Business Records concerning records of the below listed entities. In filing this notice and attached declarations, and serving the same upon the defendant, the government hereby provides notice that the government may offer one or more of the records identified in the declarations into evidence at trial in this case pursuant to Federal Rules of Evidence 803(6) and 902(11). Said records are in the government's possession, have been made available as part of discovery, and bear the Bates stamps reflected in this notice. Under the cited rules, live testimony of a records custodian is not necessary to authenticate these records.

| SOURCE | BATES STAMP RANGE | DECLARATION OF AUTHENTICATION |
|---|---|---|
| Comcast | 2121-COMCAST-00001 – 2121-COMCAST-00005 | Exhibit A (Lee Ann Mayo) |
| Frontier Communications | 2121-FRONTIER-00001 | Exhibit B-1 (Amber Holland) |

| SOURCE | BATES STAMP RANGE | DECLARATION OF AUTHENTICATION |
|---|---|---|
| Frontier Communications | 2121-FRONTIER-00002 – 2121-FRONTIER-00003 | Exhibit B-2 (Amber Holland) |
| Twitter | N/A | Exhibit C-1 (Fernando Henrique Luiz Mendes Barbosa) |
| Twitter | 2121-TWITTER-04715 – 2121-TWITTER-04823 | Exhibit C-2 (Marcella Barreto) |
| Twitter | 2121-TWITTER-00267 – 2121-TWITTER-04714 | Exhibit C-3 (Jasmine Tolson) |
| Google | N/A | Exhibit D-1 (Hannah Haskins) |
| Google | 2121-GOOGLE-00001 – 2121-GOOGLE-00012 | Exhibit D-2 (Vashaun Barrett) |
| Google | 2121-GOOGLE-00013 – 2121-GOOGLE-00064 | Exhibit D-3 (Andrew Jordan) |
| Google | 2121-GOOGLE-00064 – 2121-GOOGLE-193703 | Exhibit D-4 (Brandon Swartz) |
| Google | 2121-GOOGLE-193704 – 2121-GOOGLE-221789 | Exhibit D-5 (Christine Yu) (Javier Pena |
| LiveU | 2121-LIVEU-00001 – 2121-LIVEU-00729 | Exhibit E (Daniel Pisarski) |

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

By: */s/ Jay G. Trezevant*
     Jay G. Trezevant
     Assistant United States Attorney
     Florida Bar No. 0802093
     400 N. Tampa St., Suite 3200
     Tampa, Florida 33602-4798
     Telephone: (813) 274-6000
     Email: jay.trezevant@usdoj.gov

     */s/ Adam J. Duso*
     Adam J. Duso
     Assistant United States Attorney
     Florida Bar No. 1026003
     400 N. Tampa St., Suite 3200
     Tampa, Florida 33602-4798
     Telephone: (813) 274-6000
     Email: adam.duso@usdoj.gov

U.S. v. Timothy Burke                              Case No. 8:24-cr-68-KKM-TGW

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 8, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Michael Maddux, Esq.
Mark D. Rasch, Esq.

                                                  */s/Jay G. Trezevant*
                                                  Jay G. Trezevant
                                                  Assistant United States Attorney