# Exhibit A

2022R02121 - 002

# DECLARATION OF AUTHENTICATION OF BUSINESS RECORDS

I, <u>Lee Ann Mayo</u>, am the custodian of records or am otherwise
     (name)
qualified to authenticate the records of <u>Comcast</u>
     (company or business)
I have provided the following records to the United States pursuant to Subpoena No.

<u>2022R02121-002</u>.

List of records provided:
<u>Comcast File# LCR742556, 742558-61, 742563-71 & 742622-23</u>

I certify that the above records are business records of regularly conducted activity and that I am a custodian or am otherwise qualified as to the authentication of these records. I also certify that the records: (1) were made at or near the time of the occurrence of the matters set forth in the records by a person with knowledge of those matters or from information transmitted by a person with knowledge of those matters; (2) were kept in the course of a regularly conducted activity; and (3) were made by the regularly conducted activity as a regular practice. I make these claims under penalty of perjury.

☒ **Please check if appropriate**

     Additionally, such records were generated by <u>Comcast</u> electronic process or system that produces an accurate result, to wit:

     The records were copied from electronic device(s), storage medium(s), or file(s) in the custody of <u>Comcast</u>, in a manner to ensure that they are true duplicates of the original records; and

     The process or system is regularly verified by <u>Comcast</u>, and at all times pertinent to the records certified here the process and system functioned properly and normally.

The address and phone number where I can be reached are:

<u>1800 Bishops Gate Blvd, Mt. Laurel NJ 08054</u>
<u>856-638-4519</u>

<u>Lee Ann Mayo</u>                               *LeeAnn Mayo*
Printed Name                                   Signature   (Electronic Signature)
<u>12/20/2022</u>
Date