Exhibit C -3

```
-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA512
```

I, Jasmine Tolson, hereby certify:

1. I am a duly authorized custodian of records for Twitter, Inc. ("Twitter"), located in San Francisco, California. I am authorized to submit this certification on behalf of Twitter. I have personal knowledge of the following facts and could testify competently thereto if called as a witness.

2. I am qualified to authenticate the records because I am familiar with how the records were created, managed, stored, and retrieved.

3. On 2023/05/24, Twitter captured the following records:
        account-creation-ip.txt
        account.txt
        deleted-direct-message-group-headers.txt
        deleted-direct-message-headers.txt
        deleted-tweet-headers.txt
        direct-message-group-headers.txt
        direct-message-headers.txt
        ip-audit.txt
        phone-number.txt
        spaces-metadata.txt
        tweet-headers.txt
("Records").

4. The Records were prepared by Twitter and are data that Twitter servers record automatically at the time, or reasonably soon after, the data is transmitted by the user, and the data is kept in the course of regularly conducted business activity and was made by Twitter as a regular practice.

5. The Records were generated by Twitter's electronic process or system that produces an accurate result and were copied in a manner to ensure they are true duplicates of the original records.

6. I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 24th day of May, 2023.

s/ Jasmine Tolson
AAAAEIAvvieDyKgEG4Ni/6he0sj9Rdsi1Cmgcr+DMLB6LgCg5Ta1Y62nf113HRE9/WrESkbQHd54kCcbWv7f
fmJdwbn3lhr8m/a4IFIEmTvisvFYanFeFfgd6KiSJ8nAdq9Z3/1lUN9XOmITi6KDorUJDOqOjYHUCaJgGlsR
DxlYLh8LfgAasw9RguwrpnK1euqryVdOYgHR9udBys0IFkrX8YrIJyzf9mFnuWoxXR+PrQ0dFRdkGlLgvAKX
TgsTCffrzlkTYyZhLWC+bf50nzgW+Llar/6nfg4hZDKjN+QqtMAvsBhVJTefa176nMzbnTmpoVeyR7hdw/tr
yfYwZCwGYluXFH5Pl0iphzkW/CVnc8zI21TJWKkXDwlM
```
-----BEGIN PGP SIGNATURE-----
Version: BCPG v1.69
```

iQIHBAEBCgDxBQJkbisfwCkcVHdpdHRlciBTZWN1cml0eSBPcGVyYXRpb25zIChU

aGlzIGlzIHRoZSBHUEcgS2V5IGZvciB0aGUgZW1haWwgYWxpYXMgc2VjdXJpdHlA
IGJlaW5nIHJlbmV3ZWQgZm9yIFNFUQ1VSSVRZLTIzMTg3LiBUaGlzIGtleSBpcyBw
cmltYXJpbHkgdXNlZCB0byBzaWduIGRhdGEgdGhhdCBpcyB0cmFuc21pdHRlZCBi
eSBBZ2VudC1Ub29scywgWmlwYmlyZCBhbmk5kIFppcGJpcnCkgPHNlY3VyaXR5QHR3
aXR0ZXIuY29tPgAKCRBxyfgLhkT883gdB/wOJVCwP+M4/V9dUNTVEJZmb/D5T5/i
tcgR7pn0RdUhA8I91KGvSstQhwgbNURLvqySVUOzXOOrWOvPOqQcB3eBUX3ZgVN9
3paWL5d/OfnShCL4EwV+lV6QUtMIsjdOUISJHOo/tOcC6JCxWlw+jyLwJ+iOsHo3
HS4PT8aIZCVynUhP3/pkhki6uOfgLO24/FsSUhOkQ5t4eWMmgBR377iOJ4OTcRie
PQV2EEW5uznAuktQAE63NTJia6554qatRNbK2qBSkUQgrYfa9DeZOv9Ag9y4PIsO
2+undI8KhWKIoq95uVjUjx7oNZoCSNuCQ1vFjYcE+fFIGZ5CD8rQBG+O
=LC62
-----END PGP SIGNATURE-----

2121-TWITTER-04709