Exhibit D-4



Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043

## CERTIFICATE OF AUTHENTICITY

I hereby certify:

1.      I am authorized to submit this affidavit on behalf of Google LLC ("Google"), located in Mountain View, California. I have personal knowledge of the following facts, except as noted, and could testify competently thereto if called as a witness.

2.      I am qualified to authenticate the records because I am familiar with how the records were created, managed, stored and retrieved.

3.      Google provides Internet-based services.

4.      Attached is a true and correct copy of records pertaining to the Google account-holder(s) identified with account(s) *TIM@BURKE-COMMUNICATIONS.COM, TIM@MOCKSESSION.COM, BUBBAPROG@MOCKSESSION.COM, TIMOTHY.BURKE@GMAIL.COM*, with Google Ref. No. 30856464 ("Document"). Accompanying this Certificate of Authenticity as Attachment A is a list of hash values corresponding to each file produced in response to the 2703(d) Order or Equivalent.

5.      The Document is a record made and retained by Google. Google servers record this data automatically at the time, or reasonably soon after, it is entered or transmitted by the user, and this data is kept in the course of this regularly conducted activity and was made by regularly conducted activity as a regular practice of Google.

6.      The Document is a true duplicate of original records that were generated by Google's electronic process or system that produces an accurate result.  The accuracy of Google's electronic process and system is regularly verified by Google.

7.      Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.


____/s_Brandon Swartz_____          Date: March 8, 2023
(Signature of Records Custodian)


        Brandon Swartz
(Name of Records Custodian)



Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043

**Attachment A: Hash Values for Production Files (Google Ref. No. 30856464)**

bubbaprog@mocksession.com.608640304949.GooglePay.BillingInformation_001.zip:

MD5- 0814ef7ea744eb6a356998619cb4a5ec
SHA512-
7928135c29e987138409fd808309abbdd77de6325a8aa2b5a946c2116acbfdc427f4fb5dd2a80f9a8
78ebecb2bf8ab6471ecbf64a3c3fe92ea0c5206456c4218

bubbaprog@mocksession.com.608640304949.GooglePay.CustomerInformation_001.zip:

MD5- 2e624dd5451d831674478cc8886728ff
SHA512-
314932d4a75ee7d35481b609b833f0c8c177f90198f0643243766364b4b5595202c3dbc57caadf7d1
33398c99bc24bc306499103b2700b643c101e2a33db1dc3

bubbaprog@mocksession.com.608640304949.Preserved_001.GooglePay.BillingInformation_001
.zip:

MD5- 38619c0916eecc31e24f0f8dd7e49272
SHA512-
9d67780b6e1a16598cdab168283e8a97050e0fb1406f0d6514f0e816267424f4912ba95674129ad9a
3aa39d4faa4c2f5594f9b9d0c737b8bfb6a027aa0e559e5

bubbaprog@mocksession.com.608640304949.Preserved_001.GooglePay.CustomerInformation_
001.zip:

MD5- e24e5184ae8e0e1a6793c4485c464b8a
SHA512-
8b10175d6abe5a2ee780285d1bec35266ffb8fd88aa578b4f9367ceabc48d53b451ffd5d3a8039271e
ed6524d3fb41d70d8afb737226e73bfc8ed552527ef21a

bubbaprog@mocksession.com.608640304949.Preserved_001.GooglePay.CustomerInformation_
001.zip:

MD5- 6644b7ee1e50da56fc31f390bc8db0c4
SHA512-
a1f4ea9647b475ceee54de780b4da8313978dcb5868a91044c469180636157e5c8ae3a4cd48bddb3
0166f27076f32cde697566feb2fe17434d58eebc10e8ee9d

bubbaprog@mocksession.com.608640304949.Preserved_002.GooglePay.BillingInformation_001
.zip:

MD5- 7a2cd88724d3b35b6532f803f245d9ce
SHA512-



Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043

3d7bcb3001dcc38c19ff1fc8c1365a238e8143e1eeaea2495e8e24b35cc4da067a41b0d9ca0b95566f
9434ee2dcf2e7fc4f082ccd1ede46a7d3edb8c66049107

bubbaprog@mocksession.com.7786089222.AccessLogActivity.Activity_001.zip:

MD5- 6fb8548e4e5f1ce252417868bc5b44a6
SHA512-
62641e180fcd566f6539e6834e12106a1f019c6dee7882c8939ca18b5308f33e46ba5f8c99f0084a24
b9ad0aca54a68ffd478e290a6491e09b63dbccba6c32d3

bubbaprog@mocksession.com.7786089222.AccessLogActivity.AggregatedActivities_001.zip:

MD5- ad7ab2c7eab52cc7d557916e656f8c96
SHA512-
b73b350e550baba231f3427a55bdfb39602931ef77ec7c6f71e85f9c121e15574ba7cf4e18e117cd82
4a0f235c40e504aeca082db940211cf68fbe1a565cec8f

bubbaprog@mocksession.com.7786089222.AccessLogActivity.Devices_001.zip:

MD5- a760f1305ac84c6fcb97065dbb433490
SHA512-
da38608dfc327f8382db2a39856d258045a89ee4be3a5e2c28e6636f3fed41dfa56e0976f892c95fc1
6ca07486fb3da55fbbcf9a8396f6307b61501df9675cc9

bubbaprog@mocksession.com.7786089222.GoogleAccount.SubscriberInfo_001.zip:

MD5- ed47fff8cd8c07bcef2ef1380ebf2764
SHA512-
13d6dd6db44299e5fae175b0b1244bafc5e0d4f1b990339bcc0c3f38f25c355896612c1e2c3a806d8
72d45dd25ed5f2c93d8e83950a0f7d1a808079dcf7ea83d

bubbaprog@mocksession.com.7786089222.GoogleAccountTargetAssociation.LinkedByCookies
_001.zip:

MD5- f83722609f30d337c9b3116b8060b389
SHA512-
3e1fca1a65048ea6b97406d34c98a0ef967d5268c1c0a434b8e3871402f42e2f202ce289edfcc0d14d
645e5d33ec0a636e2fc5d6a54ee1675fc3dbe90c392f05

bubbaprog@mocksession.com.7786089222.GoogleAccountTargetAssociation.LinkedByPhone_0
01.zip:

MD5- 6228ec17a45f47d03cafdfb37c8417da
SHA512-
5377ad45882da79aad4fd1606d60b1a6f9da46ebfdadae3b5612ad12909d4edcec618ce57d737a135
b3dfb86e3bc1f47641eb0945a2dff6097a215d017d30759

2121-GOOGLE-00067



Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043

bubbaprog@mocksession.com.7786089222.GoogleAccountTargetAssociation.LinkedBySeconda
ryEmail_001.zip:

MD5- 0984d29c8f0514489cbc1a487e17e48d
SHA512-
daa5e243b41638b20cc202d363852c6fbfae25ac442670d6b5ab5d853f0b56b885d0361181c103b6
886b7095816fe5f6f2d330a6e992de2c6f111682b40fbd20

bubbaprog@mocksession.com.7786089222.GoogleAccountTargetAssociation.LinkedByTermsO
fServiceIp_001.zip:

MD5- 5f04da3ab68fabd98fc04b6c864d66a0
SHA512-
4e2103b6e17a362a8438915f142504d735619db47cf4d3c9a343b65188ec2f03e62316336cc13e77e
253c0c9d268e50ad2a8c44a3664fd67f0fd887e6666d3ad

bubbaprog@mocksession.com.7786089222.GoogleAccountTargetAssociation.TargetAsSecondar
yEmail_001.zip:

MD5- 9fba0fe81868dbe45819444d8efd556d
SHA512-
d01a17ca3e373050f5004e85e295fca66825d4e09bd6536845c0c1aa6bb092ba12ab6cfc4bff2726ae
cc874098861d0a833d926e5d6806df7a7622fb01da0d40

bubbaprog@mocksession.com.7786089222.GoogleChat.GroupInfo_001.zip:

MD5- bd349ea696f82bedb7567d95bf5b923f
SHA512-
33bb349289064f63738e0b8651a41cb54ebf92484eb1bc3da079d3b7dd433ee8edb32eb182504c8ef
a7dbc887d7c5529454b44de48c464491d98facaeb0882ae

bubbaprog@mocksession.com.7786089222.GoogleChat.GroupTasks_001.zip:

MD5- 201ea1b04a52a4d86fbe549eafb5a774
SHA512-
6c63b91719bf7118810d7d78fae92dfffc7459fdfc16cb1db4a4c22ba0f4bec11a732af32ba4b98007f
42569daf37e73e623e433ef3aab9fab65eddd40508ebd

bubbaprog@mocksession.com.7786089222.GoogleChat.Messages_001.zip:

MD5- 0b5728124c3b0819fc385c2bb4c5ae1d
SHA512-
f4b5f0a48189e72a8259f926c9b586fd9704b0d9fec52e8078b365edd5eb3516cc91c072d4a0e1266
bdbb59b7e6f40bde1ea59e3019031d76bc46a9f23add88a



Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043

bubbaprog@mocksession.com.7786089222.GoogleChat.UserInfo_001.zip:

MD5- 005bf0f1782b7bced49bf40fe6fda6c0
SHA512-
14663fddc445661b98689b860b2a67fbc1bbd6a7a627396b5a4096d2c04977046ede5c2739d7ab16
60b2a78caff265fece29e9e3dccd7c0223d03b26a87ee1ff

bubbaprog@mocksession.com.7786089222.Hangouts.Metadata_001.zip:

MD5- 0fa28dc115c0ee82169a57863ac29f2f
SHA512-
1d7f6caa207f3b9426e1220d9d09036117156660125a193f9d7128103f47d7616cce4ba330bd0f56a
d85f1599c7e9468c3deb5594904d87e1befb6bdc12b7edf

bubbaprog@mocksession.com.7786089222.Mail.MessageContent_001.002.zip:

MD5- 1aec084481bad09d5b5870573afc2ef8
SHA512-
f85e09e69e2f98f11c34264affe18f7695335e7d0c34daadcc58feb6dffd82d0cb841966d0351b69625
d1d91ccae78db09e2f20caac41064ef72838e2f2de230

bubbaprog@mocksession.com.7786089222.Mail.MessageInformation_001.002.zip:

MD5- 20e6754134bdf39504a0af746c612749
SHA512-
7af7133c5f58dffb1c7ef35ceeb0b4872c172ebe488acb8f314e7dbae8d19939d9c280fcc7f48be52e4
0182b58dc92347fed470621f5f59e76585b2be3b86591

bubbaprog@mocksession.com.7786089222.Preserved_001.AccessLogActivity.Activity_001.zip:

MD5- fe59c02062c563fe51dcb163c9eb439f
SHA512-
16ee0d68c26208606087adfcd4d4d5375f61910be835e931f3b6108c66b7f908d7520f573606ced92
b64105cd4f41d0dcdd2afd7e8c5701ed6637df82b4eb68d

bubbaprog@mocksession.com.7786089222.Preserved_001.AccessLogActivity.Activity_001.zip:

MD5- 7862af0d2e7f47cff4657a827ee8f5c2
SHA512-
9e87ae3ff9b5b1c9552cd93c4342d96ee327b53b25c1028c8d6a694dfaf724c3aa9d562a0c27ce9d7c
3e4956042f1e806d80d81aee187ce87b626290a880160f

bubbaprog@mocksession.com.7786089222.Preserved_001.AccessLogActivity.AggregatedActivi
ties_001.zip:

MD5- 8ff44809e69f2633bd65b24f6e4750bd



Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043

SHA512-
aa6f680a74a66a419db3bed4757d7eebf827e613f15d8c5b86f6dbe90e71f2f1816c84c263605b7702
f50b73d8174976de4783b961d465d08d19830c1320ec1e

bubbaprog@mocksession.com.7786089222.Preserved_001.AccessLogActivity.Devices_001.zip:

MD5- 3bd6adc09274a6bd9b7a61a999f75bd0
SHA512-
234befa31009bc27a49077c381721c3da8e2f7baddc6c0932b30610204c378c3c1b28bddd1365d9d
a65ff14cc616d3bc93bc38cefd97bbb8d941af1428e53e30

bubbaprog@mocksession.com.7786089222.Preserved_001.GoogleAccount.SubscriberInfo_001.z
ip:

MD5- 1afa8983cdc399a660e4f0e7b15d87f0
SHA512-
488c85fda9179875809eca47a6214f66c7494eaab2a38408817693be32b9c3a697753bbfc4a68db98
1cff9f56cc28c10eccc72aac4f175a4eb5857844a05a173

bubbaprog@mocksession.com.7786089222.Preserved_001.GoogleAccount.SubscriberInfo_001.z
ip:

MD5- c4b7f4aa39041699d919735b43bcc721
SHA512-
3fe6502d30986a1d832c4eb84040e3e492d03eccfb3ccdf59a8cb55e471159f68973fd9f882b0ca05d
ec60d9429987ee6ccf6e53bebb2ac5353d174bd67142aa

bubbaprog@mocksession.com.7786089222.Preserved_001.GoogleChat.UserInfo_001.zip:

MD5- 2b3008c1d058c365c579eb895d9ee6cb
SHA512-
c9cc981562627545573c3d209dfa0c5db33c00e915a475ee564367c983fca15d3f3b9a2e810a672c8
e87d0b32772fb6fbe116424c4ef0b0a8b9af5c5076c34eb

bubbaprog@mocksession.com.7786089222.Preserved_001.Mail.MessageContent_001.zip:

MD5- 568e4d5a07e02479d4ac4eaf36759fa1
SHA512-
2208e4ca1a43df3246fad3aa6e5498aeabe806c85f26c9555d30337898e70ce1f55ccf09bcfcff7135b
713e343d5e38285a80abeef97b26e284365f34e6623ea

bubbaprog@mocksession.com.7786089222.Preserved_001.Mail.MessageInformation_001.zip:

MD5- 51bf67803ac387a9d92552a4162a2cb7
SHA512-
629cd45d3d53082e5dbe55332706f973327b24733f71ef139b8ee3f37d7911831ba7079bbdddd7dc



Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043

5af32739403956d9a9b665ebe1504e2f6b9f846dbef6ad96

bubbaprog@mocksession.com.7786089222.Preserved_001.Voice.SubscriberInformation_001.zip:

MD5- d4f693576b6b42a7205b8acb34942ac6
SHA512-
920032e3299879aab46f31dad167ef404b7c4b14cd2a82cf74006beb762a74f6cc40780d94efe58a3f
b8181386361b35b0fbcef46c9ec7dd3e2e3e7133b23684

bubbaprog@mocksession.com.7786089222.Preserved_002.AccessLogActivity.AggregatedActivi
ties_001.zip:

MD5- 7b5e950f840ed9e7f3152de9dd9563a6
SHA512-
dbefbe83e3e754828d83c0e15fd169830140aba16d26e56e55a3fa12476db945b4b53e51f6ed287ab
55f29c63fa9f1ab36140c58e43461573d13e62a358639f0

bubbaprog@mocksession.com.7786089222.Preserved_002.AccessLogActivity.Devices_001.zip:

MD5- da5b47822b7ab21247b43d6b3de6a66b
SHA512-
b241eb082f72b5217380d6a54947a443c12ca90505f425633ac2da2bbbe11460261d8691331f008c
27915ea49b08d01658be5ba022add26d65c6af1e2ab03c8b

bubbaprog@mocksession.com.7786089222.Preserved_002.GoogleChat.UserInfo_001.zip:

MD5- eea0d82452130c57ba7685acdf23221b
SHA512-
5b899ffc7390084d133bf53f1341023cab1cabb12f5152f4dc9789b23b62ce0bcf456ffca6d92198eef
296d43428d44db566b4381d6a667b5bde73bd8881a9e0

bubbaprog@mocksession.com.7786089222.Preserved_002.Mail.MessageContent_001.zip:

MD5- c1dd1d930ac69a8d0684b5b008f7c005
SHA512-
d98d7f4468d6e2a33f3994ae5a3c21a7b35aa3bce4bbd88b5814135f91722339a0fb6f60c864f72f6d
ad24804c532fcba2e1a3a92c3bcf16898e17d5eb0a81e2

bubbaprog@mocksession.com.7786089222.Preserved_002.Mail.MessageInformation_001.zip:

MD5- e775a9ae1d8fd2827588009b8bbc3b9e
SHA512-
39bca2430f1431ec2a85a932cf49964c41379181b2ed5b1555613c04bf14548f04d321593b4efaad9
5bbd4785bb4083d94dc5186024f399ad550ff2c0172246b



Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043

bubbaprog@mocksession.com.7786089222.Preserved_002.Voice.SubscriberInformation_001.zip
:

MD5- d9aa7ee26898a8c9a31a7fac4ab5a754
SHA512-
7260ee83e1f9eafc3963af1bfab97f9f1fcfae60532ae0b7455304fb9d3fd3d11c8b750fda2aa1986da3
51263bbf60a2274a572ad14bd3cbd55dff2ab2fd5492

bubbaprog@mocksession.com.7786089222.Voice.Billing_001.zip:

MD5- 806b66ec85e254ebefb8527d571f156c
SHA512-
aaba913e0764a9132b6d59f8a7bf269a3b253d5661244db538f76303be78bc4e04af534a16a768679
1469e1fa3e0c06ce78388f0fb6da4d3eb9856ee4329c549

bubbaprog@mocksession.com.7786089222.Voice.Communications_001.zip:

MD5- eca98a96fb7b976c13a95ebc42d5d1e6
SHA512-
1a264d6df6e5cba0d4e8b943775f91caafc9f68838307e1b3bf0792a1be1fb22748d8c7218dd3a7bac
6df2a447bcd3c130184d9336d09c6a4266cc37b50d8335

bubbaprog@mocksession.com.7786089222.Voice.SubscriberInformation_001.zip:

MD5- a1e6e1f1e05676a65cfd746c11d04585
SHA512-
8a31fd8e55ae86d872f9ed9f834b429b4553774e8f29779cd75763c7457f95f5c045a2121e360565d
5587482c5a61e171d42afbc1b4e26c55147ac33c85603df

tim@burke-communications.com.449033835013.GooglePay.BillingInformation_001.zip:

MD5- 84fdfb4255b9707a2bfcfbd77d5b80c3
SHA512-
7992491b76eda122cd2fd84eff736815d11341ec252ea3788f2faa507bb05d4b60fc78eb04378ac070
e6225862738eba06920f2d1722346aa199a16a4b0bba0a

tim@burke-communications.com.449033835013.GooglePay.CustomerInformation_001.zip:

MD5- ed3179c3ea70f8b0e66067f65be4d9c0
SHA512-
2a963e1e4de5a129d3399ebd04884d1e022d532064fa36865ebf187d44dd16581c45052ba1cfabdea
ad07a84229363910723f3397c36f71b3324c4fe6622cec1

tim@burke-
communications.com.449033835013.Preserved_001.GooglePay.BillingInformation_001.zip:

2121-GOOGLE-00072



Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043

MD5- 47082333c442c9d2a3aeaeb931f4817e
SHA512-
82b74f389acac5b34c7ec6db9138ef2ccf9c538731441e910e24face4521b32c07617832f039c6153a
25f12d11dbce305ee9d742d4229f1323da753d1d973400

tim@burke-
communications.com.449033835013.Preserved_001.GooglePay.CustomerInformation_001.zip:

MD5- 23d2a26234e28a0a3c137bef68f6f829
SHA512-
1083d4049421fb41a39f3d413c9111afc462500ad6ee45b5ddb8d1a9651a479de679d172c90501af5
eb74119bf9d617e444a38371a58a9159676f973abbd7f4f

tim@burke-communications.com.455709721372.GooglePay.BillingInformation_001.zip:

MD5- 5548c2e0cb1c764683d245f1746c47cf
SHA512-
a23e11611552a524722e134849b7919552edeaf545d1ee834d3746b8f1451e2ae1ae05c1fea418480
dd2f197cf4c12607e314dca4b704ef346430f107b3097bf

tim@burke-communications.com.455709721372.GooglePay.CustomerInformation_001.zip:

MD5- 7bbec997da37bf674cb89557f6cb783d
SHA512-
6a201fcb5cb406d9f2fdfa1e355e172b7b77807c841be31f5d84a8aea52cef99ac6a7d3630039721c8
10e37ebbb2e2f6d6f2061a4dbd8e5907ccdbaa437efa1f

tim@burke-
communications.com.455709721372.Preserved_001.GooglePay.BillingInformation_001.zip:

MD5- b430ceb6cf1610370ccc1808d2e1782f
SHA512-
b339b7c32684e77442b99fb65945139d85a98bc93edd4480771afbd65e9b2384eba89b24ac00e489
6721b8e744d7c00342bf92dbdd631efc8e0da7350984141f

tim@burke-
communications.com.455709721372.Preserved_001.GooglePay.CustomerInformation_001.zip:

MD5- 492c820825ebd6fd886d38b37a2b9bae
SHA512-
3097a2fa9756edc2ef5ca0bfdc0e3ef6cb9bfcdb794c54cad3b3261047c930e2c88e96118477464c65
2ddc97bf5ef9158dde9c22351d8b0fae2523f7e568d0f7

tim@burke-communications.com.867030490921.AccessLogActivity.Activity_001.zip:

MD5- e2c8e0dea030cc9053f9dc9c690f6106



Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043

SHA512-
c0156f94dff0f763b6ce3fd96c9c5c9a795c5be687f8096ba1847a1292f9ea9ae123cc8b8294216036
9f53b6852c06358e5b67ab69771584d66a22481d5789cc

tim@burke-
communications.com.867030490921.AccessLogActivity.AggregatedActivities_001.zip:

MD5- 55affcbf7e581a0f3abe33b88f6e256f
SHA512-
72cc0acdda8fff5479123d1b3be07fb42f39ea761038bc91ebd524682cc51a59b2ff434c4e948e603a
2e6e5ebe8d8c96475a68ac84850888158b25a5cacbc467

tim@burke-communications.com.867030490921.AccessLogActivity.Devices_001.zip:

MD5- ed31b2613c952be07344a6269412664c
SHA512-
069d5c8f1957c8860886655d445f3619bdc8d1314f609dc74969e6573f1e5381725c144ad5ce270c5
825dfaab6c59de28649db0cd9b9c201b67605c28c16cdea

tim@burke-communications.com.867030490921.GoogleAccount.SubscriberInfo_001.zip:

MD5- edb6e3c6c2071fea2d11fd6a5f4605c7
SHA512-
aa765886847a7a03b2378819230440a467e64cd01ca619d16198517b9f1dd893958264e636a02c03
3e2fdd8e80effec20140d2ae02eef03463217fb2a007b162

tim@burke-
communications.com.867030490921.GoogleAccountTargetAssociation.LinkedByCookies_001.zi
p:

MD5- 1878e3e33761db4d73e5fb0b54e8bed4
SHA512-
b27a07b1e2dc3020171497bee18a6670e35b68d7db768942e1f94dc91498e28221a9e7a59c74d833
d033ff8417c3a823e2559355ffde2e01b680159e59c9cfd4

tim@burke-
communications.com.867030490921.GoogleAccountTargetAssociation.LinkedByPhone_001.zip:

MD5- 3f761188d4c9e1f7a1cfb2c63a8820e5
SHA512-
97d20139961d6f95eff13009048c556f0dfaf1f7888a4d5d6713629ba3339e2ee24299f833da709540
110454f7a106057cb8539da8e3976c171bc91c0d7da414

tim@burke-
communications.com.867030490921.GoogleAccountTargetAssociation.LinkedBySecondaryEma
il_001.zip:



Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043

MD5- 94f4ef30cd6ad0e4778947004f529089
SHA512-
927d2024d1e25c42a00a821bc8266471f0cf5d7c8ad4ed42a1e6b827a696446221c96dcf686801bcd
eabe119361aee603f2a23693b1d80ecf056f5176552946e

tim@burke-
communications.com.867030490921.GoogleAccountTargetAssociation.LinkedByTermsOfServic
eIp_001.zip:

MD5- 3b6980de83a04356ccc1d102a231aa48
SHA512-
9c0c60dbc5f507b57b53fd2cfb7da3eba7cbec46e287fec18231a3bbeeca971aac94721679bedc2713
be9155d892dfb480cd3dd91e345e3d78d044223d5a2fd4

tim@burke-
communications.com.867030490921.GoogleAccountTargetAssociation.TargetAsSecondaryEmai
l_001.zip:

MD5- 4bb446a83b147ad6e19903f6bcd78985
SHA512-
ab8ba56df441ab11c383b108b77af19cfd9dbdf8f86f92873ab0b686faabb6b730a143ba738ba1a6e4
ec8691156ffc604438e1110fdab4c8a389bd01f3f0ebef

tim@burke-communications.com.867030490921.GoogleChat.GroupInfo_001.zip:

MD5- 72ea8c854157aa086cbe3a84b19d4c60
SHA512-
67ecf3ef063043c0410b0597bcf4cfb1866036162dcf910651cb6a6d73eedd7484287446030b0f5da
33b35c835b6dbca54794d0b9f94613a925678b29d4be0cf

tim@burke-communications.com.867030490921.GoogleChat.GroupTasks_001.zip:

MD5- 081aa45366e2cc05281a8e3b075624ad
SHA512-
3d82c9fb8ab9319fa92870c3cb7e22702366506ae36813690417d13e446527bb6728444ba2084a4a
9521ef10098aa476949e06856d93bf94ac8a9e012d465cad

tim@burke-communications.com.867030490921.GoogleChat.Messages_001.zip:

MD5- 9de86b22fa63bedaf258ae23d3b653a1
SHA512-
cc56a23c17ede7e29348c4c10086deb01baa1fafed3d5a922e48e09aafb8d51bc4af7d7ac59ed3cb6f0
a247bf9816bc2c7d61a32b93c643d82276bb14123ae68

tim@burke-communications.com.867030490921.GoogleChat.UserInfo_001.zip:

2121-GOOGLE-00075



Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043

MD5- 9c293f1f6bda04ad0c97515df9b06548
SHA512-
95a0855342a4578b64570c1651a1aab53bc879e3409e67b5034b01b5dbaa315cf27e2e9dc3af6c43a
f2f49558790b59d4e1f2c783c844ee0ec1fcb001d66512c

tim@burke-communications.com.867030490921.Hangouts.Metadata_001.zip:

MD5- 19319bd08840a0213f46ade38579b1b2
SHA512-
e9a3f0819673a12cc6dc348396d104a9c8a06626d0066c7aa89944c5ce9da549e865dae29c18e814f
5a75265544cf58180f81dd4f39404b41c2a55a82cc39748

tim@burke-communications.com.867030490921.Mail.MessageContent_001.001.zip:

MD5- d0da39749f391ac9c1b555d8b430d792
SHA512-
b9be48c8e364298f6f91536672d838f124d44c27ff95a5168bfbe115da54d8727dbf2e4c6395f52910
1c410c9009116870a217622319da45608dad233053e2e0

tim@burke-communications.com.867030490921.Mail.MessageInformation_001.002.zip:

MD5- 12756b0daf5e6232ff77aa50409d9c09
SHA512-
97f1d6fe2ae01febef4f6ddc79f9e0724aa9b81694114ec8e6e6de4a82bb64535508a27250bfde0cf0b
18316b456de0c2a68932681946cef979bc31831c258c5

tim@burke-communications.com.867030490921.Preserved_001.AccessLogActivity.Activity_001.zip:

MD5- 82ac16a83d6596cba3d0b2778aae3b2d
SHA512-
b267c32e3a90256ad372dc191b281a74e51054174efbd2a0ecb14987a1382d89612a46cf4d4ba4fc8
fe52afafba6db59e4549fea927073ab6ecc307fe6993eb3

tim@burke-communications.com.867030490921.Preserved_001.AccessLogActivity.AggregatedActivities_0
01.zip:

MD5- 7e33ec4249d853c50a45a5d202f876cb
SHA512-
e360c531ac3a733e95227c6dc666f911c4d8f88961ef906e5f907d56a1282bc005bb1fc901c9374dda
a4fd1f73ee0608213119869cd5460defece66f286ef510

tim@burke-communications.com.867030490921.Preserved_001.AccessLogActivity.Devices_001.zip:

Google LLC
1600 Amphitheatre Parkway



USLawEnforcement@google.com
Mountain View, California 94043

MD5- 33d41c15d3991907ebe963040d90eb3e
SHA512-
197b457707083dff347356bd2e280347c5df68cc23ccc54fc1f4bd224465f92d918af422b51671c883
ef28619def0a5a671f1d3018b97e230de142ba144bfb95

tim@burke-
communications.com.867030490921.Preserved_001.GoogleAccount.SubscriberInfo_001.zip:

MD5- 8d89b17d62a22a0175061105592ba918
SHA512-
caddb032bac40ffdac37062f3ba0cfcd356de13797a99c66851db74d218cab35f2f0a3b3e00bc42f10
ad67ea03fcb5c3c9449164fca5f8d049d9fa7ea0dc854c

tim@burke-communications.com.867030490921.Preserved_001.GoogleChat.UserInfo_001.zip:

MD5- 399d4819a7324e1cb3780e204ae4d061
SHA512-
ca287de912e5fa322df8f9c041f423f28588b279cf8f5acc2e82e16f9e9b715bbb98b4fff016350803e
1030c0455359daecfbdd7579666b22dfbc9bbca783cb8

tim@burke-communications.com.867030490921.Preserved_001.Mail.MessageContent_001.zip:

MD5- c81335e4156b22436af8277a0c0f2f1d
SHA512-
2399382c97364cf3ed949ee185037d96a159634a685a9c460d7f2e93f31ab0e9f57a7dd5ccd77be45
a767deb2bb5e93ce6f0100a04df518c38add049177d0436

tim@burke-
communications.com.867030490921.Preserved_001.Mail.MessageInformation_001.zip:

MD5- 38d32fc173cc698b52b940fb8ae122a5
SHA512-
eb5eaad71f226a37d956c059cf8dd644f0a00cf2f7506a45515ca201d7ffef4c38d5f1acff3eeae34b0a
d2d0c04cc0f2c720268ec5812b4f2dc26fa31620f3c2

tim@burke-
communications.com.867030490921.Preserved_001.Voice.SubscriberInformation_001.zip:

MD5- 984ef6debe5ff087448173937b61da66
SHA512-
eaa5632a5e441f9ace0de803c6141acac6dd04cdfc761736e5a65189eb37e8064d4598bcff82c02093
8ba14801b1c9995db48dace2c29a2ba9992b83ad407eab

tim@burke-communications.com.867030490921.Voice.Billing_001.zip:

2121-GOOGLE-00077



Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043

MD5- a4ed1e243d604c0298ce93ab07266148
SHA512-
f1cf034f82ea9ac66cf1fd9dbaf3de60a8862d91a1fc08061f46e17a21861a2d9a948f86c29d8c39273
016ec0c0273ec1411569f8ba3872f5daa90407421802e

tim@burke-communications.com.867030490921.Voice.Communications_001.zip:

MD5- 25257092ff0bb7c70099bcc60dd0ffc3
SHA512-
3d1a5231d92ac535254a8545acc4016492ed86537d457a349c344b841b4e69b8f0c46ceac287a1ae9
50cfd16bf3b1e0fe108e43c8dfa25794f2f94075a05e69a

tim@burke-communications.com.867030490921.Voice.SubscriberInformation_001.zip:

MD5- 32517b2b0f71d587e10ab7d5b3384da3
SHA512-
c747832d3ee9d85810c199b46f8dbc4a5639b6c110b27449e5eec96464e71f6334fae416897e35d10
74ff559b6fcbde04662162935335628276a1db4f87dba9a

tim@burke-communications.com.964454946476.AccessLogActivity.Activity_001.zip:

MD5- 5e2f3adc84c0683e3fec4fe032bb85a7
SHA512-
e90bafe06d62aac1f7a7b3c7488d7af024dc60cc7a7607493c806d2e3e2c38098a3e57da7eed9107d4
f8daa5386cb2a8964a01ec7e3b9c9d256f2ed4e4f043aa

tim@burke-
communications.com.964454946476.AccessLogActivity.AggregatedActivities_001.zip:

MD5- dd15213a080c702f33f7dd52191b3629
SHA512-
4bfd383d171bbcfa1008623b48829223fdc86fae9020e09fcf51250f8f80b7a815932115cb7673ac75
389d5c28155dc3422344b941963ff92b1b13f46cb31d8e

tim@burke-communications.com.964454946476.AccessLogActivity.Devices_001.zip:

MD5- 783e7b1d71642167a5108f8b91ff6e9d
SHA512-
d2e71bc686a19bd10007e97ab9e0e44bb2c2925d8fd5861c8385d69075b2f3cb87cce34b61766f699
9c7ab29f98d2621d1c2454a2c03c131f14915264141aaab

tim@burke-communications.com.964454946476.GoogleAccount.SubscriberInfo_001.zip:

MD5- a1abb45524575ff309f62bc76c0d44b4
SHA512-
2ccfed84aba30399cf1696bf125b102c9ce1a51131799a9f7f0d0e39b843fcba025044a9e2c686b0f8



Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043

0379123c77700d4d1e8af6ce52235223df9cc42fb5e50c

tim@burke-communications.com.964454946476.GoogleAccountTargetAssociation.LinkedByCookies_001.zip:

MD5- 0e0ecb82b5f7f4ac6a0244a2add3fb6a
SHA512-
7b09fb06121329425cbf26b97d7999e5dcd0f59bc03843a163a944f650cf5d75f426bc885280720d3
05f270ad15d1f4050de4483510aa57eff93ef9a411516f1

tim@burke-communications.com.964454946476.GoogleAccountTargetAssociation.LinkedByPhone_001.zip:

MD5- cf713ba17d606cba92d4b873dba92347
SHA512-
40a831742cc2abc687d5d119d519d42baaaf6763770afd245907fc6d57cc88c1954a17ea9c49df00d
1351e8f4a5c3de237ce2feb1b2e1afe5046a8355a393db6

tim@burke-communications.com.964454946476.GoogleAccountTargetAssociation.LinkedBySecondaryEmail_001.zip:

MD5- b83422ef66e964ab5309b93a5444dd43
SHA512-
5e369736088e5d970c1e0b670b8ba826376d861ca536fb33c052b4ecc8312c867a6385475f85cd9d
3068dce5be1d2675006d4ddb73880bcb878044e00eabf3b5

tim@burke-communications.com.964454946476.GoogleAccountTargetAssociation.LinkedByTermsOfServiceIp_001.zip:

MD5- 1037240c80a8b905207dad7a4e05f2d5
SHA512-
8e097d65f8a0f4c35c34f783c15db5b201db28c2265785a971b0ea35352aff3f699394a06265bf72a6
03023307457dc1019bafab8605afc46e081c8a94117f57

tim@burke-communications.com.964454946476.GoogleAccountTargetAssociation.TargetAsSecondaryEmail_001.zip:

MD5- 6d23555b6773147b52cf86cca3b6bd33
SHA512-
a2b8eda99fc04c96cd586ebda95e530f43b93469606b4777ee3e0bae8c60a2327245ba944494e974a
6af30b902f964b3c807ac2c0bc129db9a159828b66a7c03

2121-GOOGLE-00079



Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043

tim@burke-communications.com.964454946476.GoogleChat.GroupInfo_001.zip:

MD5- e43e8c81f08c5e33a192300473a30baf
SHA512-
7f1d46e258eddad867d2dde7e1d4f1e64fb9c3b01ec829d9b449a78cba24844f78feca8f93c3f97f7e6
57e3abe3a4b7c503a7af74faa868d5bd86cdee312ef6f

tim@burke-communications.com.964454946476.GoogleChat.GroupTasks_001.zip:

MD5- 8796f5e8dc33718a3b3ddf5c050b70d4
SHA512-
0f89ffc81ac8504d32c12bf2ff4c45f0cce32916ca747367e419d3da0db57bd1c40cc238e0822bf27ce
3d3e9ce031774ce5f4b5f3c25c22daa3d123b0c274137

tim@burke-communications.com.964454946476.GoogleChat.Messages_001.zip:

MD5- 68fa96df7d07d3bbee117e1797132e8c
SHA512-
0b4ef827b3e3834710b93f422ef13b581dbae64cd74a6bf0125c76fa741d59837c08b35b79324b937
94597f78f2e709f3a639e7a84691676cb6bb968d2269fbe

tim@burke-communications.com.964454946476.GoogleChat.UserInfo_001.zip:

MD5- 5fdb35d6e1af99626a14a3dd4779dcc8
SHA512-
542803df365356f43122eed5af21f634d71464dadc6bd5d3085f7479a8767a27c0e92378fe895b4a7
5e7414c3de6c3a031ef1f0fb41b7f539799d6c5f84f6074

tim@burke-communications.com.964454946476.Hangouts.Metadata_001.zip:

MD5- 090322e96f6449e176f1c2f442a149d6
SHA512-
6aec38856e91642cbdfa08b98d87f89423b53f7abe76c97eb099cb03669abae463cffbf07d7d5ea107
a64735e9a6bf64cb8f5bfc5d78f389e71f65ce3a6c60d3

tim@burke-communications.com.964454946476.Mail.MessageContent_001.zip:

MD5- fafc877dbf46ea7f5c89fd792d30c92e
SHA512-
fcc8db2f157114743b768c1e8f8408c2e8a49a23262a86ac3329cab714a9820b2fd7be23c4dec8239
d59c7a09e47f4c23e397a78a7b0c8331ba7ff24283ba3b0

tim@burke-communications.com.964454946476.Mail.MessageInformation_001.zip:

MD5- f6762137db4f8cbf022b4169442110d0
SHA512-



Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043

e931b283bed80e91ac949aca544d7e4d656b9eeccdb98eae1cfb2a3bebc57c996fd7e1d55518d979c
0cce04ca5f9465266d898f424fae90c5e55ce7ead5e710d

tim@burke-
communications.com.964454946476.Preserved_001.GoogleAccount.SubscriberInfo_001.zip:

MD5- f0de9bc3c60ece386c1b185bfa538a98
SHA512-
cbd7115bb31480cf19c1f8698da901e06603b891b3b66f6ea0c68e5e0fae9f8475e4a1dd184998950
0cb169422fefa65dbd76946fe9b40829de827d4c75195a7

tim@burke-communications.com.964454946476.Preserved_001.GoogleChat.UserInfo_001.zip:

MD5- d69812bd2c495aaa062cc396f1204b0e
SHA512-
32318a5940fd03f94b7bb9b52b4af24075dde36cd3cf41c3bf6f33123b6b92aa390be195ec1ba8a63f
bee6e3a458ddac8d15103a6fdc121045c79f2f36a2c2aa

tim@burke-
communications.com.964454946476.Preserved_001.Voice.SubscriberInformation_001.zip:

MD5- 35865faae4ef1f9f780e2e27dc06ecdf
SHA512-
e7a53cc5ef7e93e5782722e0949c3d3197faf49db4d04116854f181f04c94792064f9f5ab97bd8e9fb
23a8140c029a3598ff78798ccd0d4c57f689e283485612

tim@burke-communications.com.964454946476.Voice.Billing_001.zip:

MD5- e05af24b7fca7fdfdb732d7ddf1f2ccc
SHA512-
ae03c922d5d122c9b6ded126027f93fbf65691fabdd071cb956c0658d5d7936252260feb0ef13538d
c5ed04663319259bb4caf9c58cb350be875fc27fe459d62

tim@burke-communications.com.964454946476.Voice.Communications_001.zip:

MD5- c588242b4d812c89de2525d1e3f378de
SHA512-
019d85c37d2aa4cdc8b8aa7f090430a3a869f616318023573f8ec35853d8ade617108a70ece76412e
c5d27974f6f194de82cd684264b9a7360b2738761a5e37a

tim@burke-communications.com.964454946476.Voice.SubscriberInformation_001.zip:

MD5- 740d734afd46ea3c44000298e5a67777
SHA512-
6801cae7c7313722d3b1d5951244af1a14c296549eb76ac90632a0b100a6fefe24dfc3f2ab07f08347
77c11d4cc252ef194fe190128cde9515d51f6d06e90425



Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043

tim@mocksession.com.608640304949.GooglePay.BillingInformation_001.zip:

MD5- 02118da48b1a4fe08143da408f24dfcf
SHA512-
2ca839f5235453acbf96ff7dbf2bfff5d2d6abebb4d75d8c5761f5e7e488cdfbd874d6b148f042404cf
82b9d8972eb0f3916e4eedec8f523478a35a2939c99c1

tim@mocksession.com.608640304949.GooglePay.CustomerInformation_001.zip:

MD5- 0729d0b3228eb39da90d1a6a9ada51b2
SHA512-
d64ce022771d1e3bcacc52e676fe2be53e5667ee595b947eb3420a925943e80a16bda02225b398fcd
c3134e6edbdbfdf75d8a6447ec7b0d81a6fd813dafcfbb4

tim@mocksession.com.608640304949.Preserved_001.GooglePay.BillingInformation_001.zip:

MD5- 28d7e18f4d8f0972ba458458f0c63c4d
SHA512-
4c1d6a8df671ad47193fe7f62e6d4f26337ae33664b7c19ff95ee39cb2e6c31473ac3b4d85e6936b45
35860123958ca738ed34ddf72a90ba3d8837dcbfbe1f5b

tim@mocksession.com.608640304949.Preserved_001.GooglePay.CustomerInformation_001.zip:

MD5- fb4fe2e69821d7496ec575d17d985400
SHA512-
07ef6efa7300a8cf9edf7ffd3ea26d5260d6efcc87e0d01833ddf36b25825855cbdadc377d2719199de
200cbcb01de3d5bc77a26df2f07d48917940f323128f2

tim@mocksession.com.608640304949.Preserved_002.GooglePay.BillingInformation_001.zip:

MD5- 693a37e845deeff938a684a147eaef2a
SHA512-
990fb4f3f1140e4c6824be9ff92fc50f4aac22c9d047ef8644bd93814ad459b558c3d337dc344ac564
3cedcb7403cb0b9aa84ad5f724fc5563d1920d60119890

tim@mocksession.com.608640304949.Preserved_002.GooglePay.CustomerInformation_001.zip:

MD5- 77420b7e2d77d043ebbc4e644d01f35d
SHA512-
e8ee1a5b2bc9033e00e27c2392f40fa817faf2c6c37335dbadada04847dacb6b234e1800ba2128d789
951647057f6a7244c169d20298f9dff483fb5ec49e9cd0

tim@mocksession.com.7786089222.AccessLogActivity.Activity_001.zip:

MD5- 849ca9377828157a2317ac587768bd65



Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043

SHA512-
243d5bf69241c1be824773c4ebede4b841b681cbc971cc708167c4743b55be68f54267de49b99060
dc7e34d105b9cd20761cefe71820f1d18a431f3329b05c67

tim@mocksession.com.7786089222.AccessLogActivity.AggregatedActivities_001.zip:

MD5- 5e63818d8100a8f7947e219c61d55ff7
SHA512-
5d8d90ebfa0bdba3ccc2e9596897e9e46719a7e62f82749aa406d7a8d7e0fe239e334bc5cd86c213a
508c89ba0fc135c3f3f44c23120e9970afc3cbe6791ab41

tim@mocksession.com.7786089222.AccessLogActivity.Devices_001.zip:

MD5- a64291c64d69b31c92522481f4f6dbcc
SHA512-
cd38babf041b869877185492ffddcaf4b93b0b24f2619f0ff799920660c18bf7a0d6189b75a8d16692
04cfc3a77edeffa0d7aac3a13b618fb7b3b3d4f0eeccdb

tim@mocksession.com.7786089222.GoogleAccount.SubscriberInfo_001.zip:

MD5- 87c8a6ed3b4494c1c9af6f039fa86b02
SHA512-
a96e225538c620ceafa9fab0c584b61ca19d8b5f77d1d95306f5f7aa3646d0b69d928cc13d8a967d52
bce1d293050efc4d2cbf1c66f3992a5a5aa20786b00c90

tim@mocksession.com.7786089222.GoogleAccountTargetAssociation.LinkedByCookies_001.zip:

MD5- 1e9b2699f699dc6932cb57be7c4da33e
SHA512-
1c308e0e6e5716703fc0de7a9cf9e84879cb5c572e8422ed7a275ff00501e14e40b0699256ad5e0d3
5a8568d5a0d9204199270e6a716cc1a12626a84ec8d066f

tim@mocksession.com.7786089222.GoogleAccountTargetAssociation.LinkedByPhone_001.zip:

MD5- c5a10942edfc5365aed68dcb6a70fbb7
SHA512-
9101d1caf83d708d46c67506b4bc8e9a21c3b28802b0acc514f7a84ad5c06378b4e43be4801ac8963
f9bd518ded2144284456dfa0789d45eff6076a117c809dc

tim@mocksession.com.7786089222.GoogleAccountTargetAssociation.LinkedBySecondaryEmail_001.zip:

MD5- da904303abbcd06513ed6a0b4b5e7b01
SHA512-
c59780d6d3f4811acaee571f23086ca942513a79d8f451b43799f62f135744feef6feda1794d438ced



Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043

99d07e84a95e15fd442c771e0ba8bcdeb4abd235d675d1

tim@mocksession.com.7786089222.GoogleAccountTargetAssociation.LinkedByTermsOfServic
eIp_001.zip:

MD5- 5c6fd5d0766f04089a4cb4cb8f2c0e3d
SHA512-
9d8646a21b5e59854767f822463e2e753881cbe8158a165fb63ada53bf4c4e9cea45a4053e5613553
6a0c3a8d0ed5c98ae6e441e96cf91e3c1a01b6b14ef42a6

tim@mocksession.com.7786089222.GoogleAccountTargetAssociation.TargetAsSecondaryEmail
_001.zip:

MD5- 513506dbd6c5bf9b7a965e28b17796e1
SHA512-
3d68d0d5607a9030e39a191636c717094de3867dd21d4c63b9482edf13a08f963dedfbc7865369bb
334bbe710c642f7de96b7e2e710ce99b1f53af5f73ae8866

tim@mocksession.com.7786089222.GoogleChat.GroupInfo_001.zip:

MD5- cb771ba083945cc329c0bff7317e7a76
SHA512-
7e235d74c84b715e1aee7a42aa0659e140153fcf82a27a33fef7a774c685c3bba90cc6904a46237f3f
db6a60e0c998cecd9952b9a20cbead0625441547e05097

tim@mocksession.com.7786089222.GoogleChat.GroupTasks_001.zip:

MD5- ff53a55a215583340a2c4b11074a002d
SHA512-
e049247b5fdba33fd08b4ea72f0b0ad726f5244c7d666b21216f31eb68bb7a32572f4811632c58d6ff
559f483532b8d75e142c99f8825cf5d1e398a9b88dc96d

tim@mocksession.com.7786089222.GoogleChat.Messages_001.zip:

MD5- 2599ce0da700b577a3589ce23fba0586
SHA512-
a1638275f504328ace11bb4a2bbbca31fbbe2c326c1cea6145ad09a007d24319c0a722729918d354d
33057d5e158c3086e5590ccd50644f15ef7f7da4b7b3bcb

tim@mocksession.com.7786089222.GoogleChat.UserInfo_001.zip:

MD5- 84329b12af512e036dbba8012e0d5763
SHA512-
f04e599996065f87fb081e24853757968fb62acbe1505cb47a26eede698fad3ef62210dc98991e030d
006e63db770bc06871b80cf13c056a64c1c03f42f3c939



tim@mocksession.com.7786089222.Hangouts.Metadata_001.zip:

MD5- 9b1b99e1507d9601018b2ffaeb97ff87
SHA512-
ffaa61431e1a2678c05d382db52220e2260d7193772a35c7fcd39f03f5a58c260448adfcc5d4403db0
48021b03cc6c0072b56e232894e48025cc3714b34d3f5a

tim@mocksession.com.7786089222.Mail.MessageContent_001.001.zip:

MD5- fcd33b2f3b6bf4248669da7d2fb15e00
SHA512-
f005de57f29371e14a69ed02f05429c2a4e1feea434df8c3c81c86d5d47930d3f5145cf2c8ebeb5e2da
87622a1182957bb47122d123e05f1c85f3263300155e3

tim@mocksession.com.7786089222.Mail.MessageInformation_001.zip:

MD5- 581f0f3425f06cbef089f3a06ae8ae65
SHA512-
8b1b535a4c7e2a42794d19e75ae589f0516408342898cce4b859f91eb8b0fd804df3ab90fde37bc61
8eb316a55d0dea27b8212f05486e867ba6f7fe0650b859b

tim@mocksession.com.7786089222.Preserved_001.AccessLogActivity.Activity_001.zip:

MD5- 89f5cc5ed8c9849ae2c1e5719c8e2b8f
SHA512-
e85eb4fdfb4597fe5db085c2676b7ba72299f3ea0fb99ee377c2dd4364cf3dba8106a32c16da8c8a97
0f2db97cf4a46cf61dba7560f577cd2f35af57e7ab94cd

tim@mocksession.com.7786089222.Preserved_001.AccessLogActivity.AggregatedActivities_00
1.zip:

MD5- 40657754a8b0e389531b9610d2d0eecf
SHA512-
102861175e5aefbcdbf0d02e2e0cc7e8f78f8d993dd59c8208e8c759a0c618876c5b294cd4530c766
850cb6e465a8913b03ba3784ea5620de87022bd9ee072b3

tim@mocksession.com.7786089222.Preserved_001.AccessLogActivity.Devices_001.zip:

MD5- 375ad6757d42cccabfc806dd039387ac
SHA512-
abedc208d2d284915e5f01d57015b04615b2ec33a674b586ac2e3f69941b7eb8248d19ce01e9370a
7797f86452693810bb799c5dca5ef230e032682b514fe028

tim@mocksession.com.7786089222.Preserved_001.GoogleAccount.SubscriberInfo_001.zip:

MD5- 6230884683fec3d4c01b110a9de15fac



Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043

SHA512-
366df40bf2df635c1c8fee6cdfa908712dd8b69f84e3fcf5fa0d4ecbbcadf7f00fb0c16820de5af7af070
d664a772961995578c6ef3de952445d534aa5e16d71

tim@mocksession.com.7786089222.Preserved_001.GoogleChat.UserInfo_001.zip:

MD5- 9d70e7b2911329c987961cc39b23885a
SHA512-
0f1b98e31db1b21a5f1140094f513bf9ae7a02b44d697cd0e0814c75739e59255889b36148e351187
4ad053b8c96c5928eb81380d13367874cf1a40480657ec3

tim@mocksession.com.7786089222.Preserved_001.Mail.MessageContent_001.zip:

MD5- 25276230e3df902eb708c3e8d87a1bfd
SHA512-
69f10545aad1a463a65fedde3c4b80728729a65e005f0c4da77d223c87726290a512167843b4b87cb
cf2969a1d21ad8bb9640960271c3ea8a50954915d8af1bd

tim@mocksession.com.7786089222.Preserved_001.Mail.MessageInformation_001.zip:

MD5- 9769ccf3978703971c2dbbd6e87fdc82
SHA512-
c1985e91e0435c56e4eaccb8f5e764e9237ca8a6325e44ccaf6ac2f93f23545bd344dfd377fbfd1719d
591a065808b2400bdac43c1ace9e5719abfc46c6b2297

tim@mocksession.com.7786089222.Preserved_001.Voice.SubscriberInformation_001.zip:

MD5- ae4d641c01969a750979edfd9615d151
SHA512-
6a5d505239ed1b62af4701abc4f1c36011408fe26efd446bb02ab78c3c5bdaadcb9035bc41d6d199a
833974401ab0e0a15bc9ec3fe2025fae10fa6d02497c927

tim@mocksession.com.7786089222.Preserved_002.AccessLogActivity.Activity_001.zip:

MD5- db3da7fd4da5e299266df3470390c1f0
SHA512-
4581270b2b05ab7f32001c15c1d6ef8f0263cf828f50e6f59230493b124037338960e4880eceeac786
69b81465ffd809d84c25e4f374a6fe16c09fa4f9b954ad

tim@mocksession.com.7786089222.Preserved_002.AccessLogActivity.AggregatedActivities_00
1.zip:

MD5- b268a4b99387b3ebd505db07193795da
SHA512-
66bdde4ff54efae39677e95635f4cec0f1f694fcd0ff0dd10aa39a18504f1c8523b6430d3717b60bf9cf
f30daf5d75bcc72a84f2dec1403a2da2acf6f230eb67



Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043

tim@mocksession.com.7786089222.Preserved_002.AccessLogActivity.Devices_001.zip:

MD5- d8a357315e7644029a8024a4d8e1d1dd
SHA512-
9f693c52a890d73705844e419d5e78b44e59fc135b9486e5f715f130b2a24c76029e0fafbd0a35b27
9e1a83223fec64e3cc3771dbdb2b18c54a675d404bd3d8b

tim@mocksession.com.7786089222.Preserved_002.GoogleAccount.SubscriberInfo_001.zip:

MD5- 0992c2b81bb50786802dc2a631c3c8b1
SHA512-
f128fc61c064b9b4fd2a67f69802c43a4b5a9843ad9da0dd35059cc032897a5d0eaab1d41c505d638
16acee6370668a8dd03376b3629154a84c19e72da531952

tim@mocksession.com.7786089222.Preserved_002.GoogleChat.UserInfo_001.zip:

MD5- fdd0367d6498b1ef72b2f39b52f028fa
SHA512-
f71a32e2249d03e8d2090111b6c4846ace586d6ad62d726df8128db95d74d4b515e34c4c08a4cca9
1784462be2e02dac7fe37570456f51ca9c35b49313048c14

tim@mocksession.com.7786089222.Preserved_002.Mail.MessageContent_001.zip:

MD5- 9053bfd26147a8e548ed521be70ea4af
SHA512-
4d768f69a3df8ec923ea4d3c18d6a0f0c7fde244142d2d747815c54d7ac2ee2a82c343d331ab0817d
94c52e2028091c93ffb4c24e9f2fb419b266881688c3b25

tim@mocksession.com.7786089222.Preserved_002.Mail.MessageInformation_001.zip:

MD5- 2a21be6507be5b5c3fd8fe2452aebc3f
SHA512-
6a10b89614e470a77ae16764019d0e548bfb087db2fb8022eab52ac50b814119c37ceccd217c79961
e3d4c56636275f26a7a5ba40eca2b5fbfd53274ac9c2c98

tim@mocksession.com.7786089222.Preserved_002.Voice.SubscriberInformation_001.zip:

MD5- ef3af4ac91a1fa1dfb79d46629903ce0
SHA512-
4409a9c7ccbfdcce4b66e04f610b387dad21607e58fd8bd8e838f6cfb402e40daeee88fdf4e59df20da
b81658d103bcfb7ec0e62adfc0c8b5205276c282ab491

tim@mocksession.com.7786089222.Voice.Billing_001.zip:

MD5- 2eea84542cba42d5aeb2c5873d4e2d2f



Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043

SHA512-
a03b037ecbf377874d9e76ebec58e43375b56b6dbc37e9aa7b63a1ef4d55ceacca84a00c2cee950583
22a317dcf40634d3ad034bd1f678653a49bcafcb1812a2

tim@mocksession.com.7786089222.Voice.Communications_001.zip:

MD5- 959f9b6251a3f5f72d99134553d75d75
SHA512-
0b11dda0885126170f41d308b89f4239856e2be7753a3243a7399cc1e6561c0cc36c494c0cc7da0c4
33aa488d35a00c402dcf2ca1cff3ab59cf81af64dc72b13

tim@mocksession.com.7786089222.Voice.SubscriberInformation_001.zip:

MD5- 5e1412c1d66cdf3906be2399cd358150
SHA512-
4d00e924284663dcf310059f1ba3c8b621fa5dee90ed510d77e5e57e211f63bb6359d78357465d991
c290a748ef9faf04294f04e15da790329acd0a075084676

timothy.burke@gmail.com.4490512471392449281.AndroidDeviceConfigurationService.Device
AndUserProfile_001.zip:

MD5- 49e6d033deb38caa096243f488214176
SHA512-
15c5263221f8da0d1d33b0756d718362ad83ac6b61a40c1f6ebdd49954ba593d789250a5c2361fc5
daaf7e4c349ac2b3fe5699b72631a1b91f4117caf2f0adbc

timothy.burke@gmail.com.723162333977.GooglePay.BillingInformation_001.zip:

MD5- 541a4487ad514eede2e5bb4dad518773
SHA512-
f96cfc7f9a5ec1eaffb2f63b7f815779bd77df2e3c376d40d6973c677387a39bf705391762b84f4fb4f
139fe8b8fc84506c4869efd1c7455a1a48cf4a5eae933

timothy.burke@gmail.com.723162333977.GooglePay.CustomerInformation_001.zip:

MD5- 4cc87257ac65cb05723e7c53de13ac84
SHA512-
6d2ef19b82dc4dfc782d43be85a82e64235d194ca2308089f46eab955e0b0929c42bbebfd68898328
52ebc54dc7e94283a849e6225ca71a48e5afd107ccb8dd0

timothy.burke@gmail.com.723162333977.Preserved_001.GooglePay.BillingInformation_001.zip
:

MD5- d192081c7c90d8358d2e35b085216dfe
SHA512-
3a52ad9943017a84a9046eae6ccf2bdf6d38cbb691d78d4329b2a4b512e2ed228a620e6e22a35feccf



Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043

ddbc810174ab722ab49fe82bf1a77343d841b06570e551

timothy.burke@gmail.com.723162333977.Preserved_001.GooglePay.CustomerInformation_001.zip:

MD5- aaf8ee9e89d11e7afd5d703f7fc14994
SHA512-
143f701a172fc70769a71854f240294ec3609e682c9f0d566d65f5c4815ee4c29cf90340f955ce90fea
6f770dd455e58d92a5f5b8b1f83ed829e8ac7e415ccff

timothy.burke@gmail.com.760757673375.AccessLogActivity.Activity_001.zip:

MD5- a123ace7fff4df219401fb99fde0ba40
SHA512-
71c5729cffd132ce825f4a95827a082bde7d525d4f5ef4161d56b5fd4923f2c29ce26637cb10797ad0
e974ab8f6c8e596ed3b026a0d1ca959ca7f41c6e78fc66

timothy.burke@gmail.com.760757673375.AccessLogActivity.AggregatedActivities_001.zip:

MD5- 810f28c18ee966dd02cc4e606dbb6d07
SHA512-
1c1f6e3645a3c8933373252fb7fcf4348415c0d6b60eb9573c69eb0da9390369d08fbc33f76210f6f7
b1f0b11b1309435a4e6654ab092d4dfd61cfd18786251e

timothy.burke@gmail.com.760757673375.AccessLogActivity.Devices_001.zip:

MD5- d3e140f50a54cbecba2d19cd0424535e
SHA512-
538e699169c2eb7dd117d2974ad323829d0f45b22f9f1acae87e329bff41395495cf13ca0d4b7c618e
5c6dbc2eae569a87f78a9cf85702381badc426e5dfab36

timothy.burke@gmail.com.760757673375.GoogleAccount.SubscriberInfo_001.zip:

MD5- b2fe2566f5f9b4ea69e4b3661e95e374
SHA512-
d65a2279e154ce4fc87f3c8d16d71bca7532b3f5876f15d873f735d61e75f0b46be05842b321cec4bb
91e5b185f9a46770bd6d1695134b5c9143dbb2e7852dff

timothy.burke@gmail.com.760757673375.GoogleAccountTargetAssociation.LinkedByCookies_001.zip:

MD5- 23559c5006751af307e08d4b5c52daa7
SHA512-
0a3f0f460d0457927f8894a64300ad5afc26f5c27e9ec31f09efa3b21c011e24fdb1ef93b52ea623694
4c035b5afd80abf50e4331932e51fb7c8b5579d670e73

2121-GOOGLE-00089



Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043

timothy.burke@gmail.com.760757673375.GoogleAccountTargetAssociation.LinkedByPhone_00
1.zip:

MD5- f34d45a70bf70d222e4ab5ee27fbf30c
SHA512-
731a19c78d8cff70b0ba94006493cac5818382af315bdbd8b10bd2137cb646cb405c93a694ec696d1
fdc251f69ebb4bd3518f3c3915a101e1297825dd90e6983

timothy.burke@gmail.com.760757673375.GoogleAccountTargetAssociation.LinkedBySecondar
yEmail_001.zip:

MD5- a1a7b26fb2af6007c7c15118ad67f573
SHA512-
a83b2801f205d7be20f9827128f053d1847b2261181e19e66fbe0099727980edd683b500704e514b
27b749a7b4193a9166fba204ad1a753375d45d4a8d93fec4

timothy.burke@gmail.com.760757673375.GoogleAccountTargetAssociation.LinkedByTermsOf
ServiceIp_001.zip:

MD5- 3e1cca10b8d0f087fc3a7130f5eebf7c
SHA512-
ca3150174a218d9575a9c04e29a2a951fa0eabffee0443a4c69ab07dafbbf6dcbf78e48fff8b222bad0
53f1c8430971ecc194d8d54b97b8cda8ec609f71a695e

timothy.burke@gmail.com.760757673375.GoogleAccountTargetAssociation.TargetAsSecondary
Email_001.zip:

MD5- ac46f36ae4bc97dbf196d001a574841e
SHA512-
da3552a0b46b8599e410a28f5bad81059442f553f85ce598b37533203dd6db47da043bc8768fcaae5
d129a9aae002ff42accebad275eff83839c027a948c557d

timothy.burke@gmail.com.760757673375.GoogleChat.GroupInfo_001.zip:

MD5- d464e653b892740ea80aeb3674266c60
SHA512-
26bc7c5edccb293a9f346852b0b8b8f4d8c807ceccf6fba883d252561b8e18506286df1169ad730ce9
def7eff06ed6ea584d5b266077dc3624ed89e9ba553751

timothy.burke@gmail.com.760757673375.GoogleChat.GroupTasks_001.zip:

MD5- f109b55db4d66f70a5b404d45a35a097
SHA512-
da00c615b6446def2791615e2957c4e0474537b6186c96206e17e0558bd362a6b0f1c347a27578f5
d1e6187ff78ae8dfcd7f8eb43e6d605c40e6771b3bb88c55



Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043

timothy.burke@gmail.com.760757673375.GoogleChat.Messages_001.zip:

MD5- da9c3db7ed52cbce305029c715bf05b5
SHA512-
9363e0b8e36c4d3235805a2fe4a181ce002387181458c9fe8320c026ed02eeffb8f0533b0a4861839
d6578d994739832b6f0a35045ff1425eac5a6c174210db1

timothy.burke@gmail.com.760757673375.GoogleChat.UserInfo_001.zip:

MD5- 9b5ce958dd69610733d690f6858641fd
SHA512-
8712b0c6c31e1ec98f6dae772b68dd116fe9470fe5e457412123ceff2de2168ab9700edb229f561af1
5f64e59461feee058c4bdb2fb19efe307f554d00afea47

timothy.burke@gmail.com.760757673375.Hangouts.Metadata_001.zip:

MD5- 5217c8c57837a6ff864e14579e347717
SHA512-
07d6cb733875c67f877ed4d0f74f822dd2e52a3f04bc8ee2f54aa016eda5f337b6e5eb2ceb9fa6f8a25
52840676843bd91ce1820a391d7a4799c39580d0c2259

timothy.burke@gmail.com.760757673375.Mail.MessageContent_001.zip:

MD5- d9840a6fea6e2076974fa246a99a0134
SHA512-
dba2a68f56577d75a4f717f74bb5173fcaed6f0ec465ba31e3f0fa89c334ef9a10e5de7b535c98e3119
2b462ae8fc9d5e3fc0997c78e61fe5c5593c5200083a2

timothy.burke@gmail.com.760757673375.Mail.MessageInformation_001.001.zip:

MD5- b19b4cf9e5d6400fe760b5bcc7ff684c
SHA512-
bd8227f16e0e80f930748d8b515b0676cb6a32d4abed3fee0eba4c7a104e26dcf18b41630a7a088b1
a6bb48b9a8835470c5e9d1e2510d354299e0bbc4958ab76

timothy.burke@gmail.com.760757673375.Preserved_001.AccessLogActivity.Activity_001.zip:

MD5- 9093125d82a6956bd1b097becd47af2a
SHA512-
5dff5d9d9af618fb9c033627c9902cf043a12ca1305f6f13715055748bd37aa04ed53987dc730180c8
8055ee154b33f09e9279c950287f35d502c3aceb2263ca

timothy.burke@gmail.com.760757673375.Preserved_001.AccessLogActivity.AggregatedActiviti
es_001.zip:

MD5- 147fe8564164b9351b5793440ba431f0



Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043

SHA512-
dad77fe9e615a9dfd95f0e5b2d8d879524d7ed1225992ec08b7c56bfcf602f9e52b50692d1a8aeab8b
6732de696e04b82dcdc965d9bf2c86b1cc6350d5b0f47a

timothy.burke@gmail.com.760757673375.Preserved_001.AccessLogActivity.Devices_001.zip:

MD5- 0f46247131683133702e5499c94bff8f
SHA512-
a876899a99bb5fb1169d88550e368cfa67fca09412e68aecdbb7baed72db75bfc5181b46f2a0a3193b
dcf27299ecc2f7670f0cbfd7d5d370864ee466ecce2f69

timothy.burke@gmail.com.760757673375.Preserved_001.GoogleAccount.SubscriberInfo_001.zi
p:

MD5- 03774385482723a77341de51ceac0812
SHA512-
f1d4284ce6c1e51dbda55247466f4a14725cf523616a64b90cd879e7176279f939e41f0800b5dd4fd
22bb3f3c70ab727500d28c017811bbb31a551c5d3b45be4

timothy.burke@gmail.com.760757673375.Preserved_001.GoogleChat.GroupInfo_001.zip:

MD5- 972bd78269a2c16f32898d4efa5a669c
SHA512-
517bae8e1b179fae8f72d855e1f56730e3d56b8a00e3a9e9ed6032e4f9d8e7edd0149bd43866c01daf
a7ccf9445283d981d3bfe12c8c25a8ea4e21087c8eaba3

timothy.burke@gmail.com.760757673375.Preserved_001.GoogleChat.Messages_001.zip:

MD5- 72e514e641bb56a45d5869fe2448f921
SHA512-
13e9529811dda3dcada7d4d316de0d67fc18b9bce24ca7bb5d7885a41d3d7fb3779723c13a5982ab
0974ee0f81cf455e56ccab0bdb8756f9b5c5832a2b5dad8c

timothy.burke@gmail.com.760757673375.Preserved_001.GoogleChat.UserInfo_001.zip:

MD5- 9051f3458f08975ec2f7a1fa8724b31d
SHA512-
1e5a0d5c50dfbc62dcc5d15e7e53c02fc64e5a52ee064b901423aa6ba8de10f4f955bbb1329c52e0b5
948e79c894dc0e048b8d8112894f9dafddd0d89d661374

timothy.burke@gmail.com.760757673375.Preserved_001.Mail.MessageContent_001.zip:

MD5- ad1e7864fa8c7964b28dd1daccd959de
SHA512-
9fee9a59c203b598e30c06d5c984c8c64674eaecdd1b7f966c1e8d0d168b04852877a6890bb22b259
11c2c3e7415df2ea556d521bef4da18957c1d17138c011a

2121-GOOGLE-00092



Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043

timothy.burke@gmail.com.760757673375.Preserved_001.Mail.MessageInformation_001.zip:

MD5- 7a34ae06746ebe7daa7428edf4ad9d83
SHA512-
2a0d0de9c8ddf84d64dc117c14843258760f9c27c3617994ad24e424dc59f2ba7e8d33930f34c65fb
bcd53b51dbb22efabc40563bbd26161a70682c5eb8102ca

timothy.burke@gmail.com.760757673375.Preserved_001.Voice.SubscriberInformation_001.zip:

MD5- 63a32d9c70cf87b1e74a5bbc1b1c97f1
SHA512-
840b0e139bd7c2008e69c096d255f13f61c40502b76f956462ebe7200c72f72205124f1486244b2e0
77d564ce667de2d257cf5bb394976d31db212d577d502bb

timothy.burke@gmail.com.760757673375.Voice.Billing_001.zip:

MD5- e1ba77e4c3d4031f5d9bdef01f558e6a
SHA512-
b687734267a52915c86844546900287c1a98c9a34ebf9d5d6eff292fdf4b23621fa6912147e89fad2d
b87fe7dd147aa57871a8e40999da3b1246b5ee2b1f2e24

timothy.burke@gmail.com.760757673375.Voice.Communications_001.zip:

MD5- c96c155dd202c78b69252de5f9844841
SHA512-
09c3a1dfa77dc43d759481e31b481f25ede3948e5b8f4accb0a7a1dd08d5f710f9fbd82775cf6df051
ac105bee4c9c7a2189768bead1b37237c89220226252a9

timothy.burke@gmail.com.760757673375.Voice.SubscriberInformation_001.zip:

MD5- e8d463edc049fa7d0813b4ee49e34399
SHA512-
9e849dbdb4b0e0c5231b5bba78bd90ce1dbceccdccc35bd36bead45ead29a2df381e17327fd2545dd
b3edf8d7afe5aa94274653e5bbd0597585ca295eb3c5f2e

timothy.burke@gmail.com.974393965000.GooglePay.BillingInformation_001.zip:

MD5- df21e0556b20e3b725f8ea30edd099a3
SHA512-
14573fa59a661dc4523ae28c0d1b12b1e1647e19f6d8e55eba3f42a8fc62c0bd7be9158d211b1b91d
a319b5c1489106efd3ce45453603ad942f2304d63c6515e

timothy.burke@gmail.com.974393965000.GooglePay.CustomerInformation_001.zip:

MD5- 276ca21e3e0ffd962d7b0809138c40f1



Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043

SHA512-
23bce39d6be2e212796a90f786d09c1757293c3604ed4f534b70fd492b334b9ebb2afeed2f92f41d5
019cb8a69d5ee9a9b600ae05d6e68fde963ec9755ae58f5

timothy.burke@gmail.com.974393965000.Preserved_001.GooglePay.BillingInformation_001.zip
:

MD5- e4887599ff1275e7c566186ceac2489c
SHA512-
f6f985c92912010bfaadfce695bfb9e0a887785af0fee6a1910b77a8c056790e7fcde12e0a91265d544
f98b21f88b11167d615bda99ae3a7725180bee747be74

timothy.burke@gmail.com.974393965000.Preserved_001.GooglePay.CustomerInformation_001.
zip:

MD5- 1578a1f415aa8f545d1a15962a8932a3
SHA512-
2a2783d74ab2a571115212ae12c203cbb2de493f4e103d749441af590741a05b864086e35c7bc5d5
8ceecd09c503943424a9b41c5405b08be70f494f3ca184bc