Exhibit D-5

Google LLC
1600 Amphitheatre Parkway
Mountain View, California 94043



USLawEnforcement@google.com

www.google.com

**CERTIFICATE OF AUTHENTICITY**

I hereby certify:

1.      I am authorized to submit this affidavit on behalf of Google LLC ("Google"), located in Mountain View, California. I have personal knowledge of the following facts, except as noted, and could testify competently thereto if called as a witness.

2.      I am qualified to authenticate the records because I am familiar with how the records were created, managed, stored and retrieved.

3.      Google provides Internet-based services.

4.      Attached is a true and correct copy of records pertaining to the Google IP address(es)-holder(s) identified with IP address(es) *67.183.179.97,* with Google Ref. No. 33919695 ("Document"). Accompanying this Certificate of Authenticity as Attachment A is a list of hash values corresponding to each file produced in response to the 2703(d) Order or Equivalent.

5.      The Document is a record made and retained by Google. Google servers record this data automatically at the time, or reasonably soon after, it is entered or transmitted by the user, and this data is kept in the course of this regularly conducted activity and was made by regularly conducted activity as a regular practice of Google.

6.      The Document is a true duplicate of original records that were generated by Google's electronic process or system that produces an accurate result. The accuracy of Google's electronic process and system is regularly verified by Google.

7.      Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.


___/s_Christine Yu_____                    Date: 04/24/23
(Signature of Records Custodian)


        Christine Yu
(Name of Records Custodian)



Google LLC
1600 Amphitheatre Parkway
Mountain View, California 94043

USLawEnforcement@google.com

www.google.com

**Attachment A: Hash Values for Production Files (Google Ref. No. 33919695)**

67.183.179.97.67.183.179.97.GoogleAccountTargetAssociation.ReverseIp_001.001.zip:

MD5- 6ce28884811f3d0937f66d651d340bd2
SHA512-
1d30b81527d137cad54e72730be1a53ae2acc76f03305344dc6b61130ede1054c50c54c1ee66de476e71ce7c020532542331274e82b41ba3bf406b3b1f1f160e

67.183.179.97.67.183.179.97.GoogleAccountTargetAssociation.ReverseIp_001.002.zip:

MD5- 85f1f649e5d363b3ed698b47a89dafed
SHA512-
3b62cfeaccd8c14bc359b3a394f97e6b4716729b5db6ee5109bfb36e3898bc62060bb6dc5e46d8cfb269c2623a665ccc33ddb8d7676779955aeb17788d832669

67.183.179.97.67.183.179.97.GoogleAccountTargetAssociation.ReverseIp_001.zip:

MD5- 98514af4a934f2e785a8482c46974560
SHA512-
4f9628282fc20f8922a335abf5aa8f80b9373267f146de636747cb5ea2254f901ba4789af8675f79cf19298e65fc6b229472c0b54385c61e9b6cb98eef66bcb2



Google LLC  
1600 Amphitheatre Parkway  
Mountain View, California 94043

USLawEnforcement@google.com

www.google.com

**CERTIFICATE OF AUTHENTICITY**

I hereby certify:

1.  I am authorized to submit this affidavit on behalf of Google LLC ("Google"), located in Mountain View, California. I have personal knowledge of the following facts, except as noted, and could testify competently thereto if called as a witness.

2.  I am qualified to authenticate the records because I am familiar with how the records were created, managed, stored and retrieved.

3.  Google provides Internet-based services.

4.  Attached is a true and correct copy of records pertaining to the Google IP address(es)-holder(s) identified with IP address(es) *67.183.179.97,* with Google Ref. No. 33919695 ("Document"). Accompanying this Certificate of Authenticity as Attachment A is a list of hash values corresponding to each file produced in response to the 2703(d) Order or Equivalent.

5.  The Document is a record made and retained by Google. Google servers record this data automatically at the time, or reasonably soon after, it is entered or transmitted by the user, and this data is kept in the course of this regularly conducted activity and was made by regularly conducted activity as a regular practice of Google.

6.  The Document is a true duplicate of original records that were generated by Google's electronic process or system that produces an accurate result. The accuracy of Google's electronic process and system is regularly verified by Google.

7.  Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.


___/s_Christine Yu_____    Date: 04/25/23  
(Signature of Records Custodian)


    Christine Yu  
(Name of Records Custodian)



Google LLC
1600 Amphitheatre Parkway
Mountain View, California 94043

USLawEnforcement@google.com

www.google.com

**Attachment A: Hash Values for Supplemental Production Files (Google Ref. No. 33919695)**

67.183.179.97.67.183.179.97.GoogleAccountTargetAssociation.ReverseIp_001.003.zip:

MD5- 644925d7a474e89a2c1c3362d33d7c60
SHA512-
3969ef45c30863b4599f2a530ba14cf6d6fa7e8fbbce2b1304f03613acad53a3e8922b3a1d9c07df54
5b9a60c2dc0f05077e4f8784490ff82b1dd60f246480fd

67.183.179.97.67.183.179.97.GoogleAccountTargetAssociation.ReverseIp_001.004.zip:

MD5- cd7592541991d578201487737a5ced73
SHA512-
51ab7feab7ca556ff96b3760b7adaf651c66430235a03c4bfd6cdd96536cacb2e564be5d955d21c7a5
cbd883e96ab6a429bbfff8b70f35d9c6b4a8007163e040

67.183.179.97.67.183.179.97.GoogleAccountTargetAssociation.ReverseIp_001.005.zip:

MD5- 1a33e3593b0a1d87adc8d6315f52186d
SHA512-
036ce6e7592545a40e99f559ac229d64e1b663487632fd306b3732b8915d943de1e299c87eff80b6b
e54f30d72d1c53d1baa78df0dffb2f9dac290552f859bf6

67.183.179.97.67.183.179.97.GoogleAccountTargetAssociation.ReverseIp_001.006.zip:

MD5- a7783fa7750f8a5cd2ea73339f60bbf3
SHA512-
3efcf0a9df08f6d8896cc636ef2ee531599f5540b91d2568345700e8b59ee4c295d9d4f35eb59f77e6
d11403e6c49ec489f98662913c5de3ac08ce0ab774503f

67.183.179.97.67.183.179.97.GoogleAccountTargetAssociation.ReverseIp_001.007.zip:

MD5- a0c187351454a6c517469ce9f33bb0da
SHA512-
4bfe2b9ee79c897d6c147c2d5a76977b293d02fbdf1fc621c425547f9e83beb4d1b56647d925d971d
71a15d35cdc8595d1a6dc815c657a27d7105b3ecf2afb82

67.183.179.97.67.183.179.97.GoogleAccountTargetAssociation.ReverseIp_001.008.zip:

MD5- dd14cecfbff2459f967db764e903b281
SHA512-
892d50ab69846d78b2ae1b1881e45ac5efd6af00c8672282402d5306327cd206de3b2d8423afe30ba
2d0bd8e2d44a0ade79e71646556f3fe48503f2b3fe2b372

Google LLC                                                                                          USLawEnforcement@google.com
1600 Amphitheatre Parkway                                                                           Mountain View, California 94043
                                                                                                    www.google.com

**CERTIFICATE OF AUTHENTICITY**

I hereby certify:

1.  I am authorized to submit this affidavit on behalf of Google LLC ("Google"), located in Mountain View, California. I have personal knowledge of the following facts, except as noted, and could testify competently thereto if called as a witness.

2.  I am qualified to authenticate the records because I am familiar with how the records were created, managed, stored and retrieved.

3.  Google provides Internet-based services.

4.  Attached is a true and correct copy of records pertaining to the Google account-holder(s) identified with account(s) *SIFTEDSAND@GMAIL.COM, MARCOMAN5699@GMAIL.COM,* with Google Ref. No. 35941732 ("Document"). Accompanying this Certificate of Authenticity as Attachment A is a list of hash values corresponding to each file produced in response to the 2703(d) Order or Equivalent.

5.  The Document is a record made and retained by Google. Google servers record this data automatically at the time, or reasonably soon after, it is entered or transmitted by the user, and this data is kept in the course of this regularly conducted activity and was made by regularly conducted activity as a regular practice of Google.

6.  The Document is a true duplicate of original records that were generated by Google's electronic process or system that produces an accurate result. The accuracy of Google's electronic process and system is regularly verified by Google.

7.  Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.


___/s_Javier Pena_____                                 Date: 06/13/23
(Signature of Records Custodian)

      Javier Pena
(Name of Records Custodian)

# Google

Google LLC  
1600 Amphitheatre Parkway

USLawEnforcement@google.com  
Mountain View, California 94043  
www.google.com

**Attachment A: Hash Values for Production Files (Google Ref. No. 35941732)**

marcoman5699@gmail.com.238965357765.AccessLogActivity.Activity_001.zip:

MD5- 51ee9c169d6da2d8501c78a421b44e90  
SHA512- 2cd56aa532a2080e5d47a739605869205952255924c1d8effc92d431f23ddcdc2e7d5dc31d0b77fa5b9d223fd43689762b00097884da9c221c68e33cc7724240

marcoman5699@gmail.com.238965357765.GoogleAccount.SubscriberInfo_001.zip:

MD5- 312983733a96ea88700815d8cb4f4dc5  
SHA512- d9d25dbfc61ae451fc83580d8e26faee99fd9b249c70ddad7ce1068b73d9dedd33fb22b9df31ef391244e71344e8548061ef09d03338a178c975279083710399

marcoman5699@gmail.com.238965357765.GoogleChat.GroupInfo_001.zip:

MD5- f32d524f55a844d262ccbca4cf6e402d  
SHA512- ee5f9e83ffd14affc26f483f86c6a6ab3051eb4109347366505be5d0c3b94a66bd5a41b3a652a2cf827a930ac7787d9555055abe07de5da905c42ff50476b92f

marcoman5699@gmail.com.238965357765.GoogleChat.GroupTasks_001.zip:

MD5- 9704b5a3210af11c17d484f40184ff4b  
SHA512- 296ad8052fd50f9bf985cd504e45f14178ae2610d85c9bf27ce2b82f579953aef525ca17d1c8f88e689c66f7a12fd5e24cbaf89d60d64b37c9508fb1ebea08e7

marcoman5699@gmail.com.238965357765.GoogleChat.Messages_001.zip:

MD5- 0b29230595c44187389830eb4de43b98  
SHA512- 395616081b5f40da2e8170d3e9ee488e547dda2ecad39f7e620fee0a9ae07a2634d70141898955581437d048984bc0f899f28ce1ad99141250897611c4c76b362

marcoman5699@gmail.com.238965357765.GoogleChat.UserInfo_001.zip:

# Google

Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043
www.google.com

MD5- cdde4002ef67556fb85a15451fe7e695
SHA512- a93d504da67aceeb45bad7a3a43151e7c78c45d2ea0a20a9481aef2aca3fceb1759fccdc26a993cd67f1a2530fdd87a99e4b7f87ff608b9e4be33de2193212bb

marcoman5699@gmail.com.238965357765.Hangouts.Metadata_001.zip:

MD5- 1b3020ba2a5bcc0850175d07226aa554
SHA512- 49c4a097ea52aabf19224de3552ea2d4cb16f34338fa63f35cdb6bf6e576531510ac8b732627eca651a6f1d14bfe29338d099920513d9eb166af06509fa9fb97

marcoman5699@gmail.com.238965357765.Mail.MessageContent_001.zip:

MD5- 1c42e233a15afe3a45a9e6ee7044d20f
SHA512- f797e78f5c8435b1d7f32d85573fb31a8d431aa5274aa7d25712695e3dd33149f23aafea546ad137f33eb325305ee38b3209e09b2a435e9ad9e58ca96bbb108f

marcoman5699@gmail.com.238965357765.Mail.MessageInformation_001.zip:

MD5- 0fcf9e0eb2f1dfa887d42634ed208c54
SHA512- 48f125c725969796c904801e34bee220cdacc90bd916401f4e85577255c76e0a481c7e3c684745d3479aaf5341fd074dc06bd808c5a771a57ddd4fbd0d4cd7ff

marcoman5699@gmail.com.238965357765.Voice.Billing_001.zip:

MD5- b3aadef618f80b4eddb082cfedfa761f
SHA512- 797b95fee41b1212ea42dd1860e7389eafe3ff9c136de14fd6b6c64ec817fd153c0cfb648ce8be7180fdf63758a1eff20609b2d99b88843cc09837232da9a816

marcoman5699@gmail.com.238965357765.Voice.Communications_001.zip:

MD5- 3adbe74e7584fe3051570be479eec3bc
SHA512- 83ed981a6d719c9d8fd85ccae7477809dd6cb075da372adb45af61f383fb86a09131dc76a5ada2c5045442189239d93465b8855b2e65b43da3cb8a4cac40a9bb

# Google

Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043
www.google.com

marcoman5699@gmail.com.238965357765.Voice.SubscriberInformation_001.zip:

MD5- db82a82c98f9c03b15a556a3ea4e66bb
SHA512- 89bb257e62c662e6f206d71426636374db1219873fc64bdab8867a762e38908865904169225660d9225f2db3355501a42ac37b01a512ba4186968577b369f0355

marcoman5699@gmail.com.312619157675.GooglePay.BillingInformation_001.zip:

MD5- a16a80f06ca2b0a9883eec787220e9f4
SHA512- 22261f44dcb6f3461a644745662bbe937cd7e2460447b50ebcb4f586619bc70f38fbcf144936c021e424ec2b44b10df80193197b59b7f927ea2c42b4cdeeb278

marcoman5699@gmail.com.312619157675.GooglePay.CustomerInformation_001.zip:

MD5- 18af335db2c6b695fc4c83f2da509c6e
SHA512- 07bd16a010519a724eb942b6a4f74185309e359f989fbef7bc0b2a91551feeeae5b65a2ea785aa9c555446481690d79255c2d81c0b2c3ab0b28f624f4ceac31a

marcoman5699@gmail.com.829751857788.GooglePay.BillingInformation_001.zip:

MD5- b800c5438e0dbe0f260e7428c30fe64d
SHA512- 1f6716a9568c410de0c53a30dbf7b42198c9b6ed0f63963ac44c2bc12833f51d3d98d4356d77333e5da52d78399dfa46394b0f4152627a6a920e86921e5c6a40

marcoman5699@gmail.com.829751857788.GooglePay.CustomerInformation_001.zip:

MD5- 2f78051632a8656c8d3d47970b957ffd
SHA512- e3c8a842eef2d30cc01bfcfb52850fce4757687aa38b54c21e9d4bb25b325fbafc1074402ddd381af02b042b0fc912a689097daee3f20383bc1e4e390a311ebb

siftedsand@gmail.com.269914686316.AccessLogActivity.Activity_001.zip:

MD5- 1c358baed1550b4f87d025716db5ae20
SHA512-

# Google

Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043
www.google.com

acdfdca445944f6945ff2c3a26adbc2be35eb5e9ef6e65c7c91a807442a95159ee68c1a4fbeef56f54b242da6a6ca225dda2e55e34dbe0c3e2dfc3477db82a75

siftedsand@gmail.com.269914686316.GoogleAccount.SubscriberInfo_001.zip:

MD5- a2f4e92d373acd31bbb41210d3371480
SHA512- d65daa5a82126f7a0d01bc9cdfe393e2a3e42d7ec68c05aee0e95993fd25ac5528b97b805dd6f784657014d0242312d82ac6c713ae78a8dd2e86c16b2713c5f5

siftedsand@gmail.com.269914686316.GoogleChat.GroupInfo_001.zip:

MD5- 6d6996d562c277dd9aecfa2cb63245aa
SHA512- 9eaca5930fa8b4b7929515a84b88323f3f3d560f77b575b98631dff2b825ffcce4c5a0d01ddc252e0a61096ec69c7d0d4fe22b45fa7a28278bd42ce2eef21260

siftedsand@gmail.com.269914686316.GoogleChat.GroupTasks_001.zip:

MD5- 2bc41bd03d890c2e7fa163758c86ad31
SHA512- 8262bf153a0aa550d92beba73e33ac043b117c549256e140cfa3c7fffe12ecea01c4871d24a30542e6a4f48b0fbf7544aa44ecf30ed379e81440b9c305fc1766

siftedsand@gmail.com.269914686316.GoogleChat.Messages_001.zip:

MD5- 839f7f33fdbf80033c792619578736d8
SHA512- abb0cde7ca4aca0fcfa6feaa15af3ac7d095f18303af237214a72833f8fad17e49b9f1b9588e710d40c00a3b3a14c5c50e7c7987fffeac65079b63fa5d957f7d

siftedsand@gmail.com.269914686316.GoogleChat.UserInfo_001.zip:

MD5- 68003dc73e5a46ce3f21561100d77a00
SHA512- 3b3a89c9ef4c59b2af663edb4a3749c8e4323eff07f2bd40985097029cc46a598542705ba11fd5fceabf87806f31efa27ff115fb45a1cf8d60e95baf443028c3

siftedsand@gmail.com.269914686316.Hangouts.Metadata_001.zip:

# Google

Google LLC  
1600 Amphitheatre Parkway

USLawEnforcement@google.com  
Mountain View, California 94043  
www.google.com

MD5- b7e6de8effdb4f5a117e4917e11cc3bc  
SHA512- 8a9041404968a50dc8ce9d304c0b6b03cc84fee33c6a18b3acf7a4e38f79d5d42fc1e3f5f1506d8232e37bce412b4478e2f45862739f96ea373654513956f137

siftedsand@gmail.com.269914686316.Mail.MessageContent_001.zip:

MD5- db3bc341283b011162ec7157a68ed6b4  
SHA512- c11856810e3dbf90b0abbd5aad687fdbe67caddb4b7774b02f24aebaf30b4ff8f1b5b9a854573ead69a076a9cf79dd841700b441d0dad96e9de4372f124ef67d

siftedsand@gmail.com.269914686316.Mail.MessageInformation_001.zip:

MD5- 43abc25b0169dbe40d4ef6884c91fe70  
SHA512- f061ef391f9cba27df047aaa8bcc852d6eea4f9c67b03e35d06a03100646df29dc72d946e8d6bea55c56f05fd92546ce36f065a318e7d290700ce78cd4058be4

siftedsand@gmail.com.269914686316.Voice.Billing_001.zip:

MD5- fd5891a91bb0c87e5a10b217a5f09796  
SHA512- 520dffb0c166a7ef0df7421e6be5695194a2d18a210e004db455fec4c6fc08eadd975779b2971989e824e39d17edf8f69d77fe030db2b0390c287513fe00c4b6

siftedsand@gmail.com.269914686316.Voice.Communications_001.zip:

MD5- 267a9668122020feb41316838593a6cc  
SHA512- ad9de419345e9220880d7d36c0d3d06ff87e9def5aa9884a0f6f983d842d1196050ca64d33d5746c0e005bee0deb783a4ab15f39476a817608c27402c63f4a2b

siftedsand@gmail.com.269914686316.Voice.SubscriberInformation_001.zip:

MD5- 77c6f9fc6487c0fcfd772e5719b89235  
SHA512- cc177b8638408c4365b34dbc2bd91938ca4f21b7bd94fcb043049c563136787d0b5d6c964d2e4c2728602e72a2accb374bd1be370b2b3270636e80eead60ed2b