Exhibit E

# DECLARATION OF AUTHENTICATION OF BUSINESS RECORDS

I, Daniel Pisarski, am the custodian of records or am otherwise qualified to authenticate the records of LiveU Inc. I have provided the following records to the United States pursuant to Subpoena No. 2022R02121-003.

List of records provided:

- Amazon Cloudwatch logs of LiveU system activity from October 23, 2021 through October 22, 2022

- NGINEX (HLS) logs of LiveU system activity from September 25, 2022 through October 14, 2022

- Logs of LiveU "Mix Panel" activity from November 1, 2021 through October 24, 2022

- Logs of LiveU "Playlist" activity from November 1, 2021 through October 24, 2022

- A list of all "Boss IDs" appearing in the HLS logs above, to the extent accessed from a suspect IP address, mapped to the LiveU customer associated with such "Boss ID."

I certify that the above records are business records of regularly conducted activity and that I am a custodian or am otherwise qualified as to the authentication of these records. I also certify that the records: (1) were made at or near the time of the occurrence of the matters set forth in the records by a person with knowledge of those matters or from information transmitted by a person with knowledge of those matters; (2) were kept in the course of a regularly conducted activity; and (3) were made by the regularly conducted activity as a regular practice or generated by an electronic process from records of such activity as described below. I make these claims under penalty of perjury.

☒ **Please check if appropriate**

    Additionally, such records were generated by an electronic process or system that produces an accurate result, to wit:

    The records in the form of log files were copied from electronic devices, storage media, or files in the custody of LiveU Inc. or its affiliate LiveU Ltd. in a manner to ensure that they are true duplicates of the original records of such activity, while the "Boss ID" mapping was produced by querying a LiveU database of all Boss IDs in a manner to ensure that the selected Boss IDs and associated customers are true duplicates of such data in that database responsive to the query; and

    The process or system used for these purposes is regularly verified by employees of LiveU Inc. or its affiliate LiveU Ltd., and at all times pertinent to the records certified here the process and system functioned properly and normally.

My work address is:

> LiveU Inc.
> 2 University Plaza Drive
> Suite 505
> Hackensack, New Jersey 07601

The address and phone number of counsel through which I can be reached are:

> c/o Christopher M. Mason
> Nixon Peabody LLP
> Tower 46
> 55 West 46th Street
> New York, New York 10036
> (212) 940-3017

Dated  January 12, 2023

_____
Daniel Pisarski