# Exhibit A

**DECLARATION OF AUTHENTICATION OF BUSINESS RECORDS**

I, Kimberly Orlando, am the custodian of records for the payments department and am otherwise qualified to authenticate the records for Tampa Electric Company and Peoples Gas Systems, Inc. I provided the records to the United States pursuant to Subpoena No. 2022R02121-007.

List of records provided: Please see documents titled: Payments Response.

I certify that the above records are business records of regularly conducted activity and that I am a custodian or am otherwise qualified as to the authentication of these records. I also certify that the records: (1) were made at or near the time of the occurrence of the matters set forth in the records by a person with knowledge of those matters or from information transmitted by a person with knowledge of those matters; (2) were kept in the course of a regularly conducted activity; and (3) were made by the regularly conducted activity as a regular practice. I make these claims under penalty of perjury.

☐ **Please check if appropriate**

Additionally, such records were generated by _____ electronic process or system that produces an accurate result, to wit:

The records were copied from electronic device(s), storage medium(s), or file(s) in the custody of _____, in a manner to ensure that they are true duplicates of the original records; and

The process or system is regularly verified by _____, and at all times pertinent to the records certified here the process and system functioned properly and normally.

The address and telephone number where I can be reached are:

702 N. Franklin Street, Tampa, FL 33602
(813-228-1806) c/o Barbara Taulton, Paralegal

Name: Kimberly Orlando            *Kimberly Orlando*
                                  Signature

                                  Date: 02/14/2023

DocuSign Envelope ID: 11DB1B8B-BA14-4EB9-9424-E4D770BA908D

## DECLARATION OF AUTHENTICATION OF BUSINESS RECORDS

I, Russell Webster, am the custodian of records for the system restoration department and am otherwise qualified to authenticate the records for Tampa Electric Company and Peoples Gas Systems, Inc. I provided the records to the United States pursuant to Subpoena No. 2022R02121-007.

List of records provided: Please see documents titled: System Restoration Response.

I certify that the above records are business records of regularly conducted activity and that I am a custodian or am otherwise qualified as to the authentication of these records. I also certify that the records: (1) were made at or near the time of the occurrence of the matters set forth in the records by a person with knowledge of those matters or from information transmitted by a person with knowledge of those matters; (2) were kept in the course of a regularly conducted activity; and (3) were made by the regularly conducted activity as a regular practice. I make these claims under penalty of perjury.

☐ **Please check if appropriate**

   Additionally, such records were generated by _____ electronic process or system that produces an accurate result, to wit:

   The records were copied from electronic device(s), storage medium(s), or file(s) in the custody of _____, in a manner to ensure that they are true duplicates of the original records; and

   The process or system is regularly verified by _____, and at all times pertinent to the records certified here the process and system functioned properly and normally.

The address and telephone number where I can be reached are:

702 N. Franklin Street, Tampa, FL 33602
(813-228-1806) c/o Barbara Taulton, Paralegal

Name: Russell Webster

DocuSigned by:

*Russell Webster*

66CF2BFC46A24C0...

Signature

Date: 2/14/2023

## DECLARATION OF AUTHENTICATION OF BUSINESS RECORDS

I, Angela Mount, am the custodian of records for the credit/collections department and am otherwise qualified to authenticate the records for Tampa Electric Company and Peoples Gas Systems, Inc. I provided the records to the United States pursuant to Subpoena No. 2022R02121-007.

List of records provided: Please see documents titled: Credit and Collections Response.

I certify that the above records are business records of regularly conducted activity and that I am a custodian or am otherwise qualified as to the authentication of these records. I also certify that the records: (1) were made at or near the time of the occurrence of the matters set forth in the records by a person with knowledge of those matters or from information transmitted by a person with knowledge of those matters; (2) were kept in the course of a regularly conducted activity; and (3) were made by the regularly conducted activity as a regular practice. I make these claims under penalty of perjury.

☐ **Please check if appropriate**

Additionally, such records were generated by _____ electronic process or system that produces an accurate result, to wit:

The records were copied from electronic device(s), storage medium(s), or file(s) in the custody of _____, in a manner to ensure that they are true duplicates of the original records; and

The process or system is regularly verified by _____, and at all times pertinent to the records certified here the process and system functioned properly and normally.

The address and telephone number where I can be reached are:

702 N. Franklin Street, Tampa, FL 33602
(813-228-1806) c/o Barbara Taulton, Paralegal

Name: Angela Mount

DocuSigned by:

*Angela Mount*

E095B868C4EE4C1...

_____
Signature

Date: 2/14/2023