Exhibit C



**Dropbox, Inc.**
1800 Owens Street
San Francisco, CA 94158
records@dropboxlegal.com

<u>**Certificate of Business Records**</u>

Service date of process: 1/30/2023

Requesting individual: Mark Haines

Name of business from whom records are sought: Dropbox Inc.

Process reference number (assigned by Dropbox): 00029309

I, Han Vu, the undersigned, state:

1. I am the duly authorized custodian of the records.
2. My title is Analyst, Law Enforcement Response Team at Dropbox.
3. I have authority to certify as genuine copies of records of the above-named business.
4. Copies of the records transmitted herewith are documents related to the Dropbox account(s) identified in the above-referenced legal process. These records are true copies of all of the original records of the above-named business described in the legal process identified above, to the extent that the business has such records and could locate them using reasonable diligence.
5. The original records (referred to above in number 4) were prepared by the employees of the above-named business in the following manner: Downloading said records, encrypting them, and sending them to the requesting individual identified above.
6. The records referred to above were prepared by personnel of the above-named business in the ordinary course of business. Dropbox's servers record the data reflected in the records automatically at or near the time it is entered or transmitted by the user.
7. The records referred to above were also generated by an electronic system that produces an accurate result.

I declare under penalty of perjury that the above is true and correct.

Executed on: February 2, 2023

Location: Oakland, California

Signature:

Name: Han Vu