Exhibit D

## CERTIFICATION OF APPLE INC. CUSTODIAN OF RECORDS

I, Michael Souto, hereby declare:

1.      I am employed by Apple Inc. and my official title is Legal Specialist. I am a duly authorized Custodian of Records, or other qualified witness for Apple Inc. ("Apple") located in Cupertino, California.  As such I have the authority to certify these records, APL000001_APPLE_CONFIDENTIAL and APLiC000001_APPLE_CONFIDENTIAL produced March 1, 2023, in response to the legal process served on Apple on January 30, 2023.  I am authorized to submit this declaration on behalf of Apple.

2.      Each of the records produced is the original or a duplicate of the original record in the custody of Apple Inc.

3.      With respect to the records contained in APL000001_APPLE_CONFIDENTIAL, these records were:

    a.  made at or near the time by, or from information transmitted by, someone with knowledge or from a process or system that produces an accurate result, the accuracy of which is regularly verified by Apple;

    b.  kept in the course of a regularly conducted activity of Apple's business; and

    c.  made as part of a regular practice of the activity of Apple's business.

I declare under penalty of perjury under the laws of the State of California that the

foregoing is true and correct

  DATED:  March 1, 2023                    **APPLE INC.**

                                          By:  /s/ Michael Souto
                                          _____
                                          Name:  Michael Souto
                                          Title:  Legal Specialist, Apple Inc.