# Exhibit E

2022R02121 - 019

# DECLARATION OF AUTHENTICATION OF BUSINESS RECORDS

I, Daneli Acevedo, am the custodian of records or am otherwise
(name)
qualified to authenticate the records of Grow Financial Federal Credit Union
(company or business)
I have provided the following records to the United States pursuant to Subpoena No.
2022R02121-019

List of records provided:
Signature Cards, Statements, account notes, wire transfer, cancelled checks and check deposits

I certify that the above records are business records of regularly conducted activity and that I am a custodian or am otherwise qualified as to the authentication of these records. I also certify that the records. (1) were made at or near the time of the occurrence of the matters set forth in the records by a person with knowledge of those matters or from information transmitted by a person with knowledge of those matters; (2) were kept in the course of a regularly conducted activity; and (3) were made by the regularly conducted activity as a regular practice. I make these claims under penalty of perjury.

☐ **Please check if appropriate**

Additionally, such records were generated by _____ electronic process or system that produces an accurate result, to wit:

The records were copied from electronic device(s), storage medium(s), or file(s) in the custody of _____, in a manner to ensure that they are true duplicates of the original records; and

The process or system is regularly verified by _____, and at all times pertinent to the records certified here the process and system functioned properly and normally.

The address and phone number where I can be reached are:
9927 Delaney Lake Drive
Tampa, FL 33619
813-837-2451 ext 2511

Daneli Acevedo                                    [signature]
Printed Name                                      Signature
3/6/2023
Date