# Exhibit F

## CERTIFICATE OF AUTHENTICITY
## OF
## BUSINESS RECORDS

I, Kimberly A. Groff, declare, pursuant to Title 28, U.S.C. § 1746, that I am employed by Wild West Domains, LLC, and that my office title or position is Admin-Legal III.  I further declare that I am a custodian of records of said business and that each of the records attached hereto is the original or a duplicate (exact photocopy) of an original record in the custody of Wild West Domains, LLC.

I further state that:

1.     Such records were made, at or near the times of the occurrence of the matters set forth by (or from information transmitting by) a person with knowledge of those matters;

2.     such records are kept in the course of a regularly conducted business activity;

3.     the business activity made such records as a regular practice; and

4.     if such records are not the originals, such records are duplicates of the originals.

I declare under penalty of perjury the forgoing is true and correct.

Dated this 22nd day of June 2023.

Kimberly A. Groff
Admin-Legal III
Wild West Domains, LLC
2150 E. Warner Rd.
Tempe, AZ 85284