# Exhibit I

# Exhibit I

# DECLARATION OF AUTHENTICATION OF BUSINESS RECORDS

I, __Brian Garsson__, am the custodian of records or am otherwise
    (name)
qualified to authenticate the records of __MVP Group Inc.__
                                              (company or business)
I have provided the following records to the United States pursuant to Subpoena No.
__2022R02121-039__

List of records provided:
- 2020 Contract
- 2022 Contract Renewal (Includes draft sent by Burke on 5-12-22)
- All paid invoices over both contracts

I certify that the above records are business records of regularly conducted activity and that I am a custodian or am otherwise qualified as to the authentication of these records. I also certify that the records: (1) were made at or near the time of the occurrence of the matters set forth in the records by a person with knowledge of those matters or from information transmitted by a person with knowledge of those matters; (2) were kept in the course of a regularly conducted activity; and (3) were made by the regularly conducted activity as a regular practice. I make these claims under penalty of perjury.

☐ **Please check if appropriate**

   Additionally, such records were generated by _____ electronic process or system that produces an accurate result, to wit:

   The records were copied from electronic device(s), storage medium(s), or file(s) in the custody of _____, in a manner to ensure that they are true duplicates of the original records; and

   The process or system is regularly verified by _____, and at all times pertinent to the records certified here the process and system functioned properly and normally.

The address and phone number where I can be reached are:

__3267 Bee Caves Road, Suite #107-162__
__Austin, TX 78746__
__512-689-6188__

__Brian Garsson__                              __Brian G.__ (Signature)
Printed Name                                    Signature
__7-27-23__
Date