# Exhibit J

## DECLARATION OF SOKHNA ADAMA M. S. NGOM

I, Sokhna Adama M. S. Ngom, pursuant to 28 U.S.C.§ 1746, hereby declare as follows:

1. I am over the age of eighteen (18), and I am fully competent to make this declaration.

2. This Declaration is based on my personal knowledge.

3. I am the Software Developer at Media Matters for America. By reason of my position, I am authorized and qualified to make this Declaration.

4. As a Software Developer I am familiar with the manner in which Media Matters for America maintains its articles and videos published on its website, www.mediamatters.org, in the regular course of business.

5. I am in receipt of a United States District Court Grand Jury Subpoena #2022R02121–043 dated October 30, 2023, issued by Assistant United States Attorney Jay. G. Trezevant, requesting, certain "online articles and any accompanying videos previously published by Media Matters for America, along with information confirming the authentication for evidentiary purposes of the same."

6. Attached hereto are 5 PDF files representing printed versions of the online articles published by Media Matters for America which are responsive to the subpoena. I understand how these responsive documents were created and prepared for publication.

7. The accompanying videos responsive to the subpoena have been retrieved from Media Matters for America's website and sent under separate cover via secured FTP. I understand how these responsive documents were created and prepared for publication.

8. The attached pages and videos were accessed and downloaded on November 18, 2023, and were not edited or otherwise altered in doing so.

9. The attached pages and videos are true and correct copies of the articles and videos that are responsive to Subpoena #2022R02121–043.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on this 28th day of November, 2023.

*Adama Ngom*

Sokhna Adama M. S. Ngom