# Exhibit K

# DECLARATION OF AUTHENTICATION OF BUSINESS RECORDS

I, __Margaret Phillips_____, am the custodian of records or am otherwise
              (name)
qualified to authenticate the records of _TVU Networks Corporation_____
                                              (company or business)
I have provided the following records to the United States pursuant to Subpoena No.

2022R02121 - 045_____.

List of records provided:

1. MediaSource Content License Agreement - TVU Networks. Website image (some text is obscured due to formatting) and text-only versions. Downloaded from https://www.tvunetworks.com/company-content-license-agreement/

2. TVU Networks website Terms of Use. Website image (some text is obscured due to formatting) and text-only versions. Downloaded from https://www.tvunetworks.com/company-terms-and-conditions/

The above documents were downloaded/copied from the TVU Networks website on 1/7/2024.

I certify that the above records are business records of regularly conducted activity and that I am a custodian or am otherwise qualified as to the authentication of these records. I also certify that the records: (1) were made at or near the time of the occurrence of the matters set forth in the records by a person with knowledge of those matters or from information transmitted by a person with knowledge of those matters; (2) were kept in the course of a regularly conducted activity; and (3) were made by the regularly conducted activity as a regular practice. I make these claims under penalty of perjury.

☐ **Please check if appropriate**

Additionally, such records were generated by _____ electronic process or system that produces an accurate result, to wit:

The records were copied from electronic device(s), storage medium(s), or file(s) in the custody of _____, in a manner to ensure that they are true duplicates of the original records; and

The process or system is regularly verified by _____, and at all times pertinent to the records certified here the process and system functioned properly and normally.

The address and phone number where I can be reached are:

TVU Networks Corporation, 20370 Town Center Lane, Suite 100,
Cupertino, CA 95014
mphillips@tvunetworks.com  phone 650-703-9500

Margaret Phillips                           _Margaret C Phillips_
Printed Name                                 Signature
1/8/2024
_____
Date

2022R02121 - 045

# DECLARATION OF AUTHENTICATION OF BUSINESS RECORDS

I, __Chris Bell_____, am the custodian of records or am otherwise
              (name)
qualified to authenticate the records of __TVU Networks Corporation_____
                                              (company or business)
I have provided the following records to the United States pursuant to Subpoena No.

__2022R02121 - 045_____. US District Court, Middle District of Florida

List of records provided:
1: Excerpt of dated log file showing access to the TVU Search system, and extraction review of 12 video/audio clips by user identified as Johnathan Vuman
2: Database record of company Mocksession.com and the two associated users. **(printed PDF and Excel file)**

I certify that the above records are business records of regularly conducted activity and that I am a custodian or am otherwise qualified as to the authentication of these records. I also certify that the records: (1) were made at or near the time of the occurrence of the matters set forth in the records by a person with knowledge of those matters or from information transmitted by a person with knowledge of those matters; (2) were kept in the course of a regularly conducted activity; and (3) were made by the regularly conducted activity as a regular practice. I make these claims under penalty of perjury.

☒ **Please check if appropriate**
   Additionally, such records were generated by _____X_____ electronic process or system that produces an accurate result, to wit:
   The records were copied from electronic device(s), storage medium(s), or file(s) in the custody of __Chris Bell_____, in a manner to ensure that they are true duplicates of the original records; and
   The process or system is regularly verified by __Chris Bell_____, and at all times pertinent to the records certified here the process and system functioned properly and normally.

The address and phone number where I can be reached are:

TVU Networks Corporation, 20370 Town Center Lane, Suite 100,
Cupertino, CA 95014
cbell@tvunetworks.com; phone: 919-706-6846

Chris    Bell                                    _[signature]_
Printed Name                                     Signature

Date    **December 5, 2023**

# DECLARATION OF AUTHENTICATION OF BUSINESS RECORDS

I, __Dan Lofgren_____, am the custodian of records or am otherwise
         (name)
qualified to authenticate the records of __TVU Networks Corporation_____
                                         (company or business)
I have provided the following records to the United States pursuant to Subpoena No.

__2022R02121 - 045__  US District Court, Middle District of Florida

List of records provided:

__Email from D. Lofgren entitled "Notice letter - content takedown" dated January 26, 2021__
__referring to a letter attached to the email_____

__Letter attached to the above email_____

I certify that the above records are business records of regularly conducted activity and that I am a custodian or am otherwise qualified as to the authentication of these records. I also certify that the records: (1) were made at or near the time of the occurrence of the matters set forth in the records by a person with knowledge of those matters or from information transmitted by a person with knowledge of those matters; (2) were kept in the course of a regularly conducted activity; and (3) were made by the regularly conducted activity as a regular practice. I make these claims under penalty of perjury.

☐ **Please check if appropriate**

Additionally, such records were generated by _____ electronic process or system that produces an accurate result, to wit:

The records were copied from electronic device(s), storage medium(s), or file(s) in the custody of _____, in a manner to ensure that they are true duplicates of the original records; and

The process or system is regularly verified by _____, and at all times pertinent to the records certified here the process and system functioned properly and normally.

The address and phone number where I can be reached are:

__TVU Networks Corporation,  20370 Town Center Lane,  Suite 100,__
__Cupertino,  CA 95014_____
__dlofgren@tvunetworks.com   phone (408) 691-5615__

__Dan Lofgren_____       _____
Printed Name                                Signature

_____
Date