Exhibit C-1

```
-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA512
```

I, Fernando Henrique Luiz Mendes Barbosa, hereby certify:

1. I am a duly authorized custodian of records for Twitter, Inc. ("Twitter"), located in San Francisco, California. I am authorized to submit this certification on behalf of Twitter. I have personal knowledge of the following facts and could testify competently thereto if called as a witness.

2. I am qualified to authenticate the records because I am familiar with how the records were created, managed, stored, and retrieved.

3. On 2023/03/07, Twitter captured the following records:
    account-creation-ip.txt
    account-suspension.txt
    account-timezone.txt
    account.txt
    ageinfo.txt
    block.txt
    community_tweet.txt
    community_tweet_media
    connected-application.txt
    contact.txt
    deleted-direct-messages-group.txt
    deleted-direct-messages.txt
    deleted-tweets.txt
    deleted_direct_messages_group_media
    deleted_direct_messages_media
    deleted_tweets_media
    direct-messages-group.txt
    direct-messages.txt
    direct_messages_group_media
    direct_messages_media
    follower.txt
    following.txt
    ip-audit.txt
    like.txt
    mute.txt
    ni-devices.txt
    phone-number.txt
    profile.txt
    profile_media
    protected-history.txt
    screen-name-change.txt
    smartblock.txt
    spaces_media
    tweets.txt
    tweets_media
    twitter-circle-tweet.txt

```
        twitter_circle_tweet_media
        verified.txt
```
("Records").

4. The Records were prepared by Twitter and are data that Twitter servers record automatically at the time, or reasonably soon after, the data is transmitted by the user, and the data is kept in the course of regularly conducted business activity and was made by Twitter as a regular practice.

5. The Records were generated by Twitter's electronic process or system that produces an accurate result and were copied in a manner to ensure they are true duplicates of the original records.

6. I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 7th day of March, 2023.

s/ Fernando Henrique Luiz Mendes Barbosa

AAAAEIDdjhS0YZI2dO/CS0qsfodbaY3tY9s3qMJqaLwL1xuTHmiYIQBTJkplNX+79uaiR6X4Zh+cLDDKfy4
kX6qC8O5/cgReo2EyHViU+35CkmB9UfpAkXwM+5B3iIgiNmDuf5gsw/Zon6tACJdL0m5uYSwNIDN/WqsBi+
7nzWLztIeStE8CaM13IXdxDfPkzYYGOJcLGZnWPZNuSFe7P2wlPGk5wuGXfrGLNSmO9Gly541cXjtgAaSFs
m4ZRV8kueBAsENm9c8eMvbw1O+YRBgGxAFr+09u3DdLBUsFFAu+I1HxTMAoRju0qBg+J048mstxiVQvzkJ7
0WiE7nxzsKee8N5hpdnQAp1THIU=
-----BEGIN PGP SIGNATURE-----
Version: BCPG v1.69

iQIHBAEBCgDxBQJkB8XCwCkcVHdpdHRlciBTZWN1cml0eSBPcGVyYXRpb25zIChU
aGlzIGlzIHRoZSBHUEcgS2V5IGZvciB0aGUgZW1haWwgYWxpYXMgc2VjdXJpdHlA
IGJlaW5nIHJlbmV3ZWQgZm9yIFNFQ1VSSVRZLTIzMTg3LiBUaGlzIGtleSBpcyBw
cmltYXJpbHkgdXNlZCB0byBzaWduIGRhdGEgdGhhdCBpcyB0cmFuc21pdHRlZCBi
eSBBZ2VudC1Ub29scywgWmlwYmlyZCBhbm5kIFppcGJveCkgPHNlY3VyaXR5QHR3
aXR0ZXIuY29tPgAKCRBxyfgLhkT88yf3B/472D6EuTg5lMd4FxquPLzqMHLACOFP
xfDOsQlHXC12ba9E0jZbL9ce+Gttizn4+xpj1FE5AjIoR0BdjugHD2UEjMiEzvU/
VWja2nqc4xT1smhA2kxITFsfx/QcrAq5h+iw3uwa584OckDEp1rf2ZJ8GTHDnyXq
hLKLQMtvGbGTzaL9SnCKyczLoMdbHA5Ny0rSTlF7FPW+Xkx1odTd5OFCSUNRq01c
GGs7pVAmgkIWmRaKFTycB1tdXEjBTvJ78kTo/5lEa6a4AZlI+4euxmv01cHJAWoD
HZBx3Pu02Ch2CcHW499XOdm0mmP5nL4EI9bRHOimAn+RHYFF4X55hbMa
=7lnd
-----END PGP SIGNATURE-----

```
-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA512
```

I, Fernando Henrique Luiz Mendes Barbosa, hereby certify:

1. I am a duly authorized custodian of records for Twitter, Inc. ("Twitter"), located in San Francisco, California. I am authorized to submit this certification on behalf of Twitter. I have personal knowledge of the following facts and could testify competently thereto if called as a witness.

2. I am qualified to authenticate the records because I am familiar with how the records were created, managed, stored, and retrieved.

3. On 2023/04/05, Twitter captured the following records:
    community_tweet.txt
    community_tweet_media
    deleted-direct-messages-group.txt
    deleted-direct-messages.txt
    deleted-tweets.txt
    deleted_direct_messages_group_media
    deleted_direct_messages_media
    deleted_tweets_media
    direct-messages-group.txt
    direct-messages.txt
    direct_messages_group_media
    direct_messages_media
    spaces_media
    tweets.txt
    tweets_media
    twitter-circle-tweet.txt
    twitter_circle_tweet_media
("Records").

4. The Records were prepared by Twitter and are data that Twitter servers record automatically at the time, or reasonably soon after, the data is transmitted by the user, and the data is kept in the course of regularly conducted business activity and was made by Twitter as a regular practice.

5. The Records were generated by Twitter's electronic process or system that produces an accurate result and were copied in a manner to ensure they are true duplicates of the original records.

6. I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 5th day of April, 2023.

s/ Fernando Henrique Luiz Mendes Barbosa
AAAAEICZGdQSv4G0iJ2yLG9Id/0aXQ69xqjbqsk+yeA2vAW1mTNNt913r5EY+MHWZvXd1Q1IztfmRjQRCty
QGzclD7/Ci16zNAFvNQ8+6bmr0k0bEk/bSO57G8Oj6y1c9lFrSSIeLXU4ksGXtwCPVxbmc3sg2S0b78wrli

g/pHs9lYB/jzL9tLuUhnsN/DauB2aBtlg3HanS1/Jomglon+5uReauUPDOJazbOf9VpojpOfGjPrUwjE7qX
BgSbZKlYPIqTwHWHCJTVJfXcH4wMxfl9llfcPbmqmAUD2hhxBME6PhgpDTNcxKR9j2CYjXrg054EK6aiWSw
+UFNFWG1+WfJEN3g0Ne8vGWXvGY=
-----BEGIN PGP SIGNATURE-----
Version: BCPG v1.69

iQIHBAEBCgDxBQJkLda9wCkcVHdpdHRlciBTZWN1cml0eSBPcGVyYXRpb25zIChU
aGlzIGlzIHRoZSBHUEcgS2V5IGZvciB0aGUgZW1haWwgYWxpYXMgc2VjdXJpdHlA
IGJlaW5nIHJlbmV3ZWQgZm9yIFNFQ1VSSVRZLTIzMTg3LiBUaGlzIGtleSBpcyBw
cmltYXJpbHkgdXNlZCB0byBzaWduIGRhdGEgdGhhdCBpcyB0cmFuc21pdHRlZCBi
eSBBZ2VudC1Ub29scywgWmlwYmlyZCBhbm5kIFppcGJveCkgPHNlY3VyaXR5QHR3
aXR0ZXIuY29tPgAKCRBxyfgLhkT884mCB/4qyQUxra/rfDaKydm+KtJaV8bDZjz1
Fw5cDzamt2pbdytL014s/hMNZSkR9PqvIe2rUd5lCmOmVy7AttI2PZzs38x56CYZ
2Ipo9Ngk4hKfzRKjM4IuFBMVF6yt0B0u61J1BbsVcbx06iJY1r09Q9/ZKvQemjI2
7KXWp4YziiNKx4VH1Zc/qiZbWqJX01Q+iCC+IVYcCH5GbLNmOHU95TWy3b4La9t5
Ry6iJjDbLgwfFlSoMD7yBECRUD18vm40FWkxz/1lsbmVITDEzqeTzbkoYjQknxj5
Rv2byaJzQqCzdZcMBGyH6nx/2lmE0WAVN5LObNEMwQmE6bEa3jcIoUDB
=m/fW
-----END PGP SIGNATURE-----