Exhibit D-1



Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043
www.google.com

## CERTIFICATE OF AUTHENTICITY

I hereby certify:

1.      I am authorized to submit this affidavit on behalf of Google LLC ("Google"), located in Mountain View, California. I have personal knowledge of the following facts, except as noted, and could testify competently thereto if called as a witness.

2.      I am qualified to authenticate the records because I am familiar with how the records were created, managed, stored and retrieved.

3.      Google provides Internet-based services.

4.      Attached is a true and correct copy of records pertaining to the Google account-holder(s) identified with account(s) *TIMOTHY.BURKE@GMAIL.COM, TIM@BURKE-COMMUNICATIONS.COM,* with Google Ref. No. 34613984 ("Document"). Accompanying this Certificate of Authenticity as Attachment A is a list of hash values corresponding to each file produced in response to the Search Warrant.

5.      The Document is a record made and retained by Google. Google servers record this data automatically at the time, or reasonably soon after, it is entered or transmitted by the user, and this data is kept in the course of this regularly conducted activity and was made by regularly conducted activity as a regular practice of Google.

6.      The Document is a true duplicate of original records that were generated by Google's electronic process or system that produces an accurate result.  The accuracy of Google's electronic process and system is regularly verified by Google.

7.      Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

___/s_Hannah Haskins_____                    Date: 06/29/23
(Signature of Records Custodian)


      Hannah Haskins
(Name of Records Custodian)

Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043
www.google.com

**Attachment A: Hash Values for Production Files (Google Ref. No. 34613984)**

tim@burke-communications.com.449033835013.GooglePay.BillingInformation_001.zip:

MD5- c0343c32bab322d944e682429680c83a
SHA512-
edd65308d38ef0ce93087c774242d637672eb860605df291c0aeac2b96927f2645f62bb30d6f50d89
b6930a64d4b35e68a0cc9594a1e5762ae11456dddb20521

tim@burke-communications.com.449033835013.GooglePay.CustomerInformation_001.zip:

MD5- faf7c1c7d2f4b57974ebd39e8d4ac835
SHA512-
5751ece64b42c69be0f6943dbe331253f2dd101989b733dc16a35aa72b979e20e82f0b3e9e24772af
d1f5b6814320cc376d7ada0763566d5a4c8a6c4de022f77

tim@burke-communications.com.449033835013.Preserved_001.GooglePay.BillingInformation_
001.zip:

MD5- 5ee7c9655fd81ec7c5febe932051edaf
SHA512-
69724f8c1b528264436d4ebf7d5c3f1297dc3dae2d2964337432f5a18439d80566b3c9f0dd33938ae
b76cd508c9bda1f2340faeb221abfdb752c69e0823e0385

tim@burke-communications.com.449033835013.Preserved_001.GooglePay.CustomerInformatio
n_001.zip:

MD5- 24a0f181c5ec759ce71d13501ed9ead7
SHA512-
19c29cb176f7a79b8e2330b6f7419b18c25192473a41a3f9694e6da6a2f71344882d0663913a51f66
04d797a6733668e10ac27cb631d471f8011856d0c3ea262

tim@burke-communications.com.455709721372.GooglePay.BillingInformation_001.zip:

MD5- 63fa49dcd972484035b2c568018d1b7a
SHA512-

Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043
www.google.com

ad14348d6a2672ded79668257d6725f0e121484ebe368d9428502f7a498c54419c5f027894cfa6c5b
a09f56fb71cdf8dc1b5ea331fff9785e820c0a6d229ded6

tim@burke-communications.com.455709721372.GooglePay.CustomerInformation_001.zip:

MD5- 89bbbf86ff0476886179384f0999db93
SHA512-
421037d836f6d9deea361484335c31b28ab8a085076c0ea1743f60eee8feb50bca567aec8aad7e0a8f
fdbc6c89ec4e5c40d83f1658598556a2744d36f172d705

tim@burke-communications.com.455709721372.Preserved_001.GooglePay.BillingInformation_
001.zip:

MD5- 4644a1971500bf61d07237d0726020b1
SHA512-
84b8fe2b2fa419055637eaa1e6b974161260e84578f6b305c4bc2be4df627121d9371a4d9525d01bb
9536c333c668a8ee4b02d06ab1d29f3979c21cde5dce3ac

tim@burke-communications.com.455709721372.Preserved_001.GooglePay.CustomerInformatio
n_001.zip:

MD5- 07911f6c45e20699a794ba28ed0462a9
SHA512-
9823823ae11d096c7468aedb3138792944f60de2b0ff7f9a3178f8a93931aa0218d25ad9fb91a4073b
257acae6c20425b764b4bd21932fa5f4f0b9bbaf8dfdb3

tim@burke-communications.com.867030490921.AccessLogActivity.Activity_001.zip:

MD5- e8177bd20ce062e36721affe7312cf51
SHA512-
6410ff61c836f72b97a7947e89e98a77134d5398baa9d0d97bcc7faeb60aaf1e679a4fa6a524f63537
e70526399c3e24a70d3fd3355e207505f3fd69fd7f6530

tim@burke-communications.com.867030490921.Calendar.Calendars_001.zip:

MD5- 40ecd2cdd93e7676c118c5ece129a46d
SHA512-
10eda72ab806975256ad96c26d8fbe8806a7f7b5c71c188157cad6bab11271a2518e15af7cabb94f2
2cab4b40928ec62466f1b59caeecbe9cf190a3b4839acf3

# Google

Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043
www.google.com

tim@burke-communications.com.867030490921.Calendar.UserSettings_001.zip:

MD5- 9ea493d2588087c3592baa649fa1a0db
SHA512-
e4a007e58c31f34baac363fb9cf94d609081335a3ff7f2b74038353c643256e602ccc0018f4d5ebb6e
cf3d539e177e47bbac087f4a47d66fb19efc3e45e1787a

tim@burke-communications.com.867030490921.DriveAssociatedTargets.SharedDrives(a.k.a.Tea
mDrives)_001.Preserved.zip:

MD5- 184bb6d404f4015a9ad5a1a112aa20c3
SHA512-
e8d0140a7a26a93ae5f04ad4c879c5a11794ff5a90fff93b1a4edb31a547bd293f54026e9f4dd8d8229
7fdc575dbca3d1d87ba0063a402b5bb5e9151e893dacf

tim@burke-communications.com.867030490921.DriveAssociatedTargets.SharedDrives(a.k.a.Tea
mDrives)_001.zip:

MD5- 9b7915866e9ee5fc43af79b6ac0dc36a
SHA512-
aeda3b1bc241a81de9fad58a634a350f4d5af6423b09da161d622959afbe349b58952dcd345af961ff
7c0fa35935f40906316a6ea9935e65ebd64973febd78f0

tim@burke-communications.com.867030490921.DriveMobileBackups.Backup_001.Preserved.zi
p:

MD5- 0d08858f0180b367338aad4ebb071de1
SHA512-
b737af055f3e11ac24e49b1d20b631f1510b5bc77a92cf2f48cb98325f54fea6c5328f282653064c43
6cbfe8e8cc339ce19215f425b75c2872a1eb2879dbe397

tim@burke-communications.com.867030490921.DriveMobileBackups.Backup_001.zip:

MD5- 9966f7108e318e645df08fd96b674a63
SHA512-
eb9e64938db7dc082e9c06922b96ed3f7aba0d7f962b868c1a4c8eaf4579099521ab079cd3a6d069c
96f58a5db1399b5d1137ff8e2cf9dbb2944c70d03d20e4f

tim@burke-communications.com.867030490921.GoogleAccount.SubscriberInfo_001.zip:

# Google

Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043
www.google.com

MD5- 1a98378fa5c5fa3434b977d9f82afad5
SHA512-
97973295c1721e69ffbac7b2af048f6353e3008ef788cdfcd6e11b82f826b1890601064a0e15846c77
5b28a3addc76a0482c3e7fe7f64029e9b36b3edf43af6e

tim@burke-communications.com.867030490921.GooglePhotos.PhotoResourceLegal_001.zip:

MD5- 399c204350f3e68f00b6613cd7ba9f16
SHA512-
f32e3c3d3b5e0ba286f0ab9cc2bf79317799127b19c5aef815cfbc106caf3b70add35e6f72eeb20bdd
2ad3fb321ddbf7a4eba2a6cb48c4a6d213989e531420c4

tim@burke-communications.com.867030490921.GooglePhotos.PhotoSubscriptionAndOrders_00
1.Preserved.zip:

MD5- 9e65aff837bfef258d2df561a64a97e8
SHA512-
b924e61e6f02d5863dcc7cee69c1c8eed8bca83bc2b1c252b574b4c6840caf578159702eaa910c340
228546b8fe2cb3094d460dbf93b31d6a7bf6bba9638209f

tim@burke-communications.com.867030490921.GooglePhotos.PrintSubscriptionAndOrdersRes
ource_001.zip:

MD5- 927172d187c8375231db1209783eea68
SHA512-
61f2c0ce6c286ff0293d64959adf141d99c431f26bf165763e404153cbabea34f7d18f408ca6e4431f2
17f327dea3438816bab2d75c7edbc7c2b0e2912352e64

tim@burke-communications.com.867030490921.Mail.MessageContent_001.zip:

MD5- 75495884de4b144c137517d414dcceb3
SHA512-
9366c382e514da4e220a188d64cfb236c77b41d2c01a38213a4efdd2fb2644bccf916b9e291a7efecb
af0925f6ef1ce5a661e91fac0c94b2fd7af4f02de68a62

tim@burke-communications.com.867030490921.Mail.MessageInformation_001.zip:

MD5- 1f259f70dcaf412e5aae9bdc3a45e57f
SHA512-
f4afe516f243f3437300578dfd7eafe0e31ee242d959aab85a6e4ba535c90bef673e79c94a4d565882

# Google

Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043
www.google.com

5419ec8b6aec9869704341770e0341f22cadd01bd5b135

tim@burke-communications.com.867030490921.MyActivity.MyActivity_001.zip:

MD5- 88f7187fd92800e2c8a551fd99542211
SHA512-
eb7e6f8c31bafc5b9e9bbd136dbc9702785b4951f8eeac23752ec2cce7d33e6a34e91a40774db4539
7a48380bf85858384c6bb406b9b87cd9dde3441a8f968a6

tim@burke-communications.com.867030490921.Preserved_001.AccessLogActivity.Activity_00
1.zip:

MD5- 307d27915f329e6d0a4ea663eb48a73f
SHA512-
1887cce055e32764e4df8c8f540f2f572c9b2ef113117f5157615fe53aac50e859d20a462a4a1c7c48d
7737d2943c91fb3e0d4bdd207cd3f07271bedbf520f80

tim@burke-communications.com.867030490921.Preserved_001.Calendar.Calendars_001.zip:

MD5- c0f95b40f1c0df669f2dc482c46460d5
SHA512-
842c13ef40476cf4db5879f323a72d31a6af066512f436a04ef712011c61c1d5fd4447f3343593f53a
93ef56309f427f746174f601f7d23269796464bc7c39e0

tim@burke-communications.com.867030490921.Preserved_001.Calendar.UserSettings_001.zip:

MD5- 6826d5d1f535c51b8130bf0220233f70
SHA512-
16098aafc4ee3eec50830d7a3a5c1a05248645f4c5874e90f629fa58801b7db66b13644eb5c7bef3f2
eb43d837dc2e14a1400e0a34fc33d3326e8eeeb0f09aa9

tim@burke-communications.com.867030490921.Preserved_001.GoogleAccount.SubscriberInfo_
001.zip:

MD5- 7e1c6021e08557cbbd8e60719d3a1250
SHA512-
93f1a2d9e1b8089a3e13d22790e38c1e698178f88265a1fc40c1480e9f6bd5c8d30aea4cbcb6e130a6
831ed5d73a0740ea9bf36fe1218721192c8b79cc6ace10

tim@burke-communications.com.867030490921.Preserved_001.GooglePhotos.PhotoResourceLe

Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043
www.google.com

gal_001.zip:

MD5- 56433bfe0561767beda3d3d49de19334
SHA512-
f3a2e3bc3127580e2b4a7e5c81e03a9a88bee984fb1f649bfce24c39dca87cbfb9910da8c9644e3dccf
771708dd9ae8bdb71bd373b053dd4c6761a5a226fdad9

tim@burke-communications.com.867030490921.Preserved_001.Mail.MessageContent_001.zip:

MD5- fd04fc998d4f24fd0c6d834504741544
SHA512-
99eb815a6cb6668932ed55457e58d65d51b7ddd89f74b0a93782d1eb2dbc0bfb599b22bf89415626
18a041e4c7cf85b8ba71de643104edd60e25c89e68e03fd6

tim@burke-communications.com.867030490921.Preserved_001.Mail.MessageInformation_001.z
ip:

MD5- bf83f559a2e7564dc0c8acb5a9136d90
SHA512-
8ec91b8fffea58c8d874128be0d71c40eb3f801b51dd0716383a3452b580414e540dee0b9c746d15a
ec0224199a9197594fcd4a20f9f884de2d23a72063fb4dd

tim@burke-communications.com.867030490921.Preserved_001.MyActivity.MyActivity_001.zip
:

MD5- eb3ba9ad8f0f1899b0697024f39e3c76
SHA512-
0a2c2dbc1299b3d99e50199e083253f341b37119f9d2f76564bb299831ac3a0fb3d435f0145a09494
1aec91eeb68be58fbf2d713a802accf1a381f90406ba40a

tim@burke-communications.com.964454946476.AccessLogActivity.Activity_001.Preserved.zip:

MD5- 2b749471aba7df44254f8272a5cc246a
SHA512-
c64a88e77270dd19f7dbd2fe616261ac707bc7b837a62ee8af591efbdd3860c530792cb44784452da
8a1fdc719b133f5c4daafdc132301fe611c0ff38ed4648e

tim@burke-communications.com.964454946476.AccessLogActivity.Activity_001.zip:

MD5- d5e50f601da9f3a996e1e3c1f4cdf956

# Google

Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043
www.google.com

SHA512-
1644a7b2ce0f23691d9bd61adb6b920e9905c33e8d0ea796a1ca7f9cf6578444ed7223c7bfee9e1d4
39e8a191270715fba57a3d877aeab955a3ff3c275852f8c

tim@burke-communications.com.964454946476.Calendar.Calendars_001.Preserved.zip:

MD5- 33e51917dd40f239e11fa0870041e297
SHA512-
2cf0c9358eb7841944b6243a3129c421baa8e7d097f6cd3993765d45de47e4458b4d9ae6bdb51067
950dc6c555645020c89a2bdcf21a52b8e53287c02486653f

tim@burke-communications.com.964454946476.Calendar.Calendars_001.zip:

MD5- d49f9497ab4dfb6a9a6f2dfcf4de9828
SHA512-
94fdbe6d6ca1d8357647ba17fdcbb4213198f75f7b669f920209c55c3e8131b2eebf7af810881f25bd
01f873cdafbded0677da3d9712c9537e7dc67b19f90365

tim@burke-communications.com.964454946476.Calendar.UserSettings_001.Preserved.zip:

MD5- c42c7a249e669db76e0317a67d8b8707
SHA512-
197fb4c51067a48529a001cb0f6f88db728066150deb0271904ea2303ccb6564e2b63d75bb63b60b
040d559f9426d0d41b999a4f479e3e0c1a92c0ac3c2ad3d1

tim@burke-communications.com.964454946476.Calendar.UserSettings_001.zip:

MD5- 06a6a539471b5a95248def5f1ea6cac7
SHA512-
2f95630fc3f25de5d56c9d81ac6e4a119c5af79d8f025ae0b13c3a8012e8c373bc0656924c4c4b6faac
568f9c206c49dfb5d6df50be6c4036f7b4ebe0941c59f

tim@burke-communications.com.964454946476.Drive.DriveFiles_001.zip:

MD5- 390df31ebb6333593624b29acd5ff0c2
SHA512-
33f08d6ea6a0ef052d2f817042c50acad593fa13f8e9249c6efbdff9ea32c14ea8df26743628d1ba0c0f
6217ba2cedeb346cf18b070356f7f77bbf6c98e1ca4c

tim@burke-communications.com.964454946476.DriveAssociatedTargets.SharedDrives(a.k.a.Tea

# Google

Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043
www.google.com

mDrives)_001.Preserved.zip:

MD5- 2760ef900c32695b2210dd13b63d7cbd
SHA512-
c1d8c125c69510b0678b2a3e2b0a4263847992bfd8650834a3fb5fe5dae9fa88f920865661c560bbd
c29caf167582ffb9f5843728f67aac92214e4f9e5c568e0

tim@burke-communications.com.964454946476.DriveAssociatedTargets.SharedDrives(a.k.a.Tea
mDrives)_001.zip:

MD5- 50a4a41004e1b58a7a7eb7444cc96438
SHA512-
5e2dca6891ce45c36de37a2a8ced8bdcf4ae20838757a6375912039f16cb964c0633bab130c13a68e
8302d36ad75bd4ab3a2c189c87a4d15d5a5dd97d3a9c6d6

tim@burke-communications.com.964454946476.DriveMobileBackups.Backup_001.Preserved.zi
p:

MD5- 13d7e8952a2372a60dea489569b2efe7
SHA512-
21acfd4a33fa99ba14795dd64aa5f14d36d517dc022723d1625626463f947e65d2ba64aa344f36d89
e4265b7626eaba6aff9fd078a08d5bd5f1fd400fcc508e6

tim@burke-communications.com.964454946476.DriveMobileBackups.Backup_001.zip:

MD5- 4597a12584f4a72d8be9ed0954bbed5b
SHA512-
db2d8e516273b99ed476212f44a505c18e5976c31545b13348f7dc51dcb6f27af51d9ce5ca58c7f63
e937eaee822040f03b56b2a9d566df98ca1bdec4804152a

tim@burke-communications.com.964454946476.GoogleAccount.SubscriberInfo_001.zip:

MD5- 3d212b1148d3913b8755b12ee5a86a4c
SHA512-
db1d303d54900e7b4d6826b031767bfcec8ec7f014b162c11b4d4a333f0928c5d99f337b4d3988ac0
f90c8b4643d4a742ac66d7b8b3d6449e9e860194b4654a4

tim@burke-communications.com.964454946476.GooglePhotos.PhotoResourceLegal_001.Preser
ved.zip:

# Google

Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043
www.google.com

MD5- d7eda0eb189b579ccc57f93bc8afc6c8
SHA512-
8744255c85d73cf141b54fb33cc37abc373315cad534a7572bca3c2342f8a534bdc5482f9b8c93f08a
4154a177f4af385b3d432c1c90120a7dd9331b89a6937d

tim@burke-communications.com.964454946476.GooglePhotos.PhotoResourceLegal_001.zip:

MD5- 559d9a0b9688ea73920a8331723dc6ff
SHA512-
879799c6b8d016bd95ac3d3011c1f345639e1035222b591393376dbbd55c6696d4bb120d9130148
4e98cc8819d66c562a9f36dd3cffc1ee0ba50506b4ad16de9

tim@burke-communications.com.964454946476.GooglePhotos.PhotoSubscriptionAndOrders_00
1.Preserved.zip:

MD5- fe8b83131152152938990cd2d3cecaba
SHA512-
63f67eb947f93c8db8c17d49161cfeee0e44c59bc9d7cba075a8ffd98de72ad44edae40bf100dbf7a87
14f440f79b81cbae1db4129defebccf6d082f036f6522

tim@burke-communications.com.964454946476.GooglePhotos.PrintSubscriptionAndOrdersRes
ource_001.zip:

MD5- ff9fb62794426b8d5923416d14b3a837
SHA512-
5b696366b374013cde685f8b5a3d98c25361dd602a65af3789bf3de93c4bd2fe376a8d53ca8b60019
9dc7e96643af760c61a059c2080687746c6837febec89ac

tim@burke-communications.com.964454946476.Mail.MessageContent_001.Preserved.zip:

MD5- 3f1fdc05efd692ecb02a6d0a34eb1d74
SHA512-
df26509ccd20cdef156053ab1639984825bfd187720eac228ccf8ac3bddac23f4e672f726008141cc2
2546cb0520a9bf4045cf132161b64926bc79c36df7d2ef

tim@burke-communications.com.964454946476.Mail.MessageContent_001.zip:

MD5- 535ffec1abccbb886df8638042574ab4
SHA512-
2c8f6df0ea293f93f1401bfbc1f72c8e86235e95fcd644ec9c2862cd86293c5afd54d108b921454bcf8

Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043
www.google.com

252934d0dbdb9aaca6bfd45e750caf6fe3979148a6479

tim@burke-communications.com.964454946476.Mail.MessageInformation_001.Preserved.zip:

MD5- 09a7a779d73c39ef44f8c50745a50622
SHA512-
482e2eb06ea30b4a92940e79b8176816d9e6b5535147c17e852b58a6429f0fef73592cd47256077bf
49d395d1fd709e6cea1853fb9e20c2e4d3c5e91ae639516

tim@burke-communications.com.964454946476.Mail.MessageInformation_001.zip:

MD5- 0ebd7b286f54241713d15a9ccc94bf80
SHA512-
aca9e2fc403807b5c07156eb5e4922b42a6b17d6cc24ee8a2646350bcea1f21e85bee989797ba0afa0
4afbcc0848842418dbcc807d497a22c496273479c344b7

tim@burke-communications.com.964454946476.MyActivity.MyActivity_001.Preserved.zip:

MD5- eec33d17154a4cacf6767431b5bc4122
SHA512-
8dc32d7e72b2ae71b7aa814a816378a22be68e3fbbc6a98b9edb5034b6b8cf62ac0d5b97f40e5f2f3c
d77bf53d2dec4b043083f6085371e556e603e99d71c155

tim@burke-communications.com.964454946476.MyActivity.MyActivity_001.zip:

MD5- 37179add5687c22b8f514944f2ca87ea
SHA512-
2c966c9d55f9847b4a087d70b9b55d4433b1ba425b107b6dc4d0847c667a2089925dc0ec0fa9c754
3373e0681c4d487a1c7db7131582cccd92b674bd191d557c

tim@burke-communications.com.964454946476.Preserved_001.Drive.DriveFiles_001.zip:

MD5- 7a85898e4dffc5181bae844e99eb477a
SHA512-
e9d5cd1b8da7d5def2e9d8818727b9a99e0f145df582cba31768630a9a12232fd8399901549514fb5
e7d7ddb2f4261d6cae0211c03090fdd5786b5f6b30df1f2

tim@burke-communications.com.964454946476.Preserved_001.GoogleAccount.SubscriberInfo_
001.zip:

Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043
www.google.com

MD5- b86504c323e35ee7e0a8f06fa6cc6cee
SHA512-
080af85129da4ca4ec604d7fb685af568d442df349406fbd81a6a381b30843de932c7bdcb9a993045
31b28c900a520033b4b3fc24312e127eadae06ed4a99e82

tim@burke-communications.com.964454946476.Preserved_002.Drive.DriveFiles_001.zip:

MD5- d6201d8f744bfe890c169214efc1b6c2
SHA512-
f63a5cb5c293e050a93d85a5df8c0d517bb3799aea2e55515787b8a32eb4b428ff444de3014f8a00b
24daa89330d23c2a3d45c0b7a7e185cde6e308f4ccc11eb

tim@burke-communications.com.Gmail.Contacts.Preserved.vcf:

MD5- d41d8cd98f00b204e9800998ecf8427e
SHA512-
cf83e1357eefb8bdf1542850d66d8007d620e4050b5715dc83f4a921d36ce9ce47d0d13c5d85f2b0ff
8318d2877eec2f63b931bd47417a81a538327af927da3e

tim@burke-communications.com.Gmail.Contacts.Preserved.vcf:

MD5- 462f1e5c297519529664ff72f7dd5430
SHA512-
076c8710a3ce35b37c3c7754935fdd940f76cfd5729df9542b864612ee1744e8f83ce969de93e97dfa
44112cf71a5303e27a61e164dac15b1411d8cd2d64bab4

tim@burke-communications.com.Gmail.Contacts.vcf:

MD5- d41d8cd98f00b204e9800998ecf8427e
SHA512-
cf83e1357eefb8bdf1542850d66d8007d620e4050b5715dc83f4a921d36ce9ce47d0d13c5d85f2b0ff
8318d2877eec2f63b931bd47417a81a538327af927da3e

tim@burke-communications.com.Gmail.Contacts.vcf:

MD5- 1f15a397740db17f6d369dea3c911661
SHA512-
f3724d204ab079e6dc49a687ba65f33b90763dd931b1db5d3ed2076370526f250e2fa449e1d95c99f
41f5f3c54a990a49970f41afd106f404be23164ae338d68

Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043
www.google.com

timothy.burke.Gmail.Contacts.Preserved.vcf:

MD5- 06a39b74e766f3ddfa06e829d73fb0c2
SHA512-
900f04419c3b513dcd87c3ebac2579bbd904b4ddcf322240c2c6c847b31eec7d37229493a9ee21195
86c0a060757f2d4df1eaa4b1cc0b3c3a2b1c27ee8a713ce

timothy.burke.Gmail.Contacts.vcf:

MD5- 19f85248111301dc9f6668199f21808e
SHA512-
79023e5a17bf7cddb13febf8d8dbce54aa0e2db5972a015df2c1a6c8b4e3245ded2e5022d6c061a24
8ec7b78c5ec95ebbf96e609a93bfb269abe486475f13da6

timothy.burke@gmail.com.723162333977.GooglePay.BillingInformation_001.zip:

MD5- e8c9decb2e15f79335be4d71bd0b7faf
SHA512-
9a445a2402c6b8d369f16d866818549081b5b1b3e009929bf05238da8e43e4d6ac50526b24d2e967
993ee6a9234203f94419290f618e24be5ea458e1325d169a

timothy.burke@gmail.com.723162333977.GooglePay.CustomerInformation_001.zip:

MD5- 6043dba29fde9b7f2e26a73cc4733498
SHA512-
63e96b164beac47f8b36f23e8f08ec48fc89ad121dbf021a735a6130c22978a611a5662a3402984eaf
74562871f0bd439a983120b3f42d42d4335db2cd0ce2b1

timothy.burke@gmail.com.723162333977.Preserved_001.GooglePay.BillingInformation_001.zip
:

MD5- f2aa54b759f087cda8fbed02f54da20f
SHA512-
a4f00c6d4279f521cad74bf921afdaf7d94db843b0736062893df0b07b34615701097437618079336
19a5d7dbb957d66f4de850a2d3214452451659bf16ee964

timothy.burke@gmail.com.723162333977.Preserved_001.GooglePay.CustomerInformation_001.
zip:

MD5- 0cb272bb8786438559b9d26e2917d0ba

Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043
www.google.com

SHA512-
fbedf716262aeb8e6f1292e0c0c89b23612e279f91854e5ad2f8cc1dba9d64f21f4f4433d2c7262c31
37d4718752f33b985c7ec2b2a4235a47e7fe75ee9c134a

timothy.burke@gmail.com.760757673375.AccessLogActivity.Activity_001.zip:

MD5- 9c5056c91dc66ac4fbd5047c502ceb6d
SHA512-
5817f6a1d6c4685d3c5a0634ac8c2494f9f2fd9501dbb8f83290f859045b6167e42dfb60ee5e1d9e5a
d3e8ae5ca9f8801f3c94ddcfb3cb22ab86477ab7bf9960

timothy.burke@gmail.com.760757673375.Calendar.Calendars_001.zip:

MD5- 1d6dd0edef9e34eece38eca8f28b4eb5
SHA512-
1350faf72fbe3f7fbe4fe965d9e53ddd5eba121642f2f606a7c19554aa3bb5a88c5eaffc5b28d5e2e31
61ba13acab3ae16c47a0a7b4b598bc8a348d91cf6bcda

timothy.burke@gmail.com.760757673375.Calendar.UserSettings_001.zip:

MD5- 73269b8c9223c631b0dbdc537c8e134a
SHA512-
1a9bc57bf47834f5913aaa8cddf49345825104fcfb47f32770d3dffc5449cf6fb3f88693380f2d5b254
b00fefe6f097e692b8c3a6e049fc399d40fbce5e7f81d

timothy.burke@gmail.com.760757673375.Drive.DriveFiles_001.zip:

MD5- b1646c07fea2e2870d25b8114cdee1e1
SHA512-
63e4b9c8de6568d587cd6eb6b10c6239f2875a80e8e2786370ab3fb45e057c74ce0546ebdf5423299
b43c0b2431cf49dc0b89d52f6c3b02e451c19bffe63a31f

timothy.burke@gmail.com.760757673375.Drive.DriveFiles_002.zip:

MD5- 517cf59b71f05904e066f04751a3f78d
SHA512-
0cd7bb760044b8e051306288111f6af9d9a5a2cbcb3f4e55d9be76a26b72dbde7d292d5fd5c158c60
7da98eca2caccb9ab2ba0322416035b010fcbe799819372

timothy.burke@gmail.com.760757673375.DriveAssociatedTargets.SharedDrives(a.k.a.TeamDriv

Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043
www.google.com

es)_001.Preserved.zip:

MD5- 005805ea62e73e11988f2dbe607161e9
SHA512-
46cbf4a68eec1fdb9d02db5bac8630010abf4b2b7c71531a24dec09862dd0cc969657cb98167678aa
1b52dba53fcd00cb5916089daba923b97a0b6ba68a8a282

timothy.burke@gmail.com.760757673375.DriveAssociatedTargets.SharedDrives(a.k.a.TeamDriv
es)_001.zip:

MD5- 0fffd17379cc62d180bf033f827ddd39
SHA512-
3eea0df6f9d12e32ac43df9fb9e85743e36cd7893a751c1e1c804c93ad2ce6a709b0f2f1fed17c7371c
633c52ea10331f20b2572ca84ecfb16de09f12aeaa41a

timothy.burke@gmail.com.760757673375.DriveMobileBackups.Backup_001.Preserved.zip:

MD5- 3cbf0bac7f3aeb5589bfd6168b3e70cb
SHA512-
3df6284fb000b77cd23a3b02154e61aebecf2bc883f9ee39143fda181fcdd0f3c189b8685f42cf77393
09840d6a5ad0fa5d35331fbf3b9ac51a1dad9d75b8583

timothy.burke@gmail.com.760757673375.DriveMobileBackups.Backup_001.zip:

MD5- 546cfbd0fa3d8d52f84558964b738f2d
SHA512-
461f6ff79306ad4027a174d540fa1e058396cf0bbe58b7a615f41b8b4907164c3ec789ca855435492
69de6ff158dc3a59553b516ddaa354c7ab5cf2b53a4ac6b

timothy.burke@gmail.com.760757673375.GoogleAccount.SubscriberInfo_001.zip:

MD5- b4bda93209b13a58056576b0a05b228f
SHA512-
f84dfbedb50a8103f91cab2102f24e64ebcbdafc72061a6a520d472b0fecaed2bd0bb0a4667353d799
eb62a6e973a677d4c74d7c039ff9c2a824ac6e1daca297

timothy.burke@gmail.com.760757673375.GooglePhotos.PhotoResourceLegal_001.zip:

MD5- 4b9cc9fe484f787f3bbb7854a41603b7
SHA512-

Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043
www.google.com

b2866e9baab9f546fddee982a9c20c9b26b2dae6ac5220576f352434173fec7f9bb2836243c067ec0a
981d6539d1b3ff1840889eab6e62588d026ef3da8a47c9

timothy.burke@gmail.com.760757673375.GooglePhotos.PhotoSubscriptionAndOrders_001.Pres
erved.zip:

MD5- 229d0fb99bc9e4b6759a71d3e0a45518
SHA512-
a1bc35a79cfb9f6d8f4ad7bb2b69bb4abd84b0f434a5a0b1f60147763d497c194fc7ca62f226b4fdb4
9421d24ad048321d15c9c71b4b023517f3a6b2d6bb96e2

timothy.burke@gmail.com.760757673375.GooglePhotos.PrintSubscriptionAndOrdersResource_
001.zip:

MD5- f9f4eebd6e85a5ca582efbbcacd0a1e2
SHA512-
6a716bba40d817510b7cf00a0de651033b34721465ec010190da488b0a00da5b4924767aba368af2
19e07d84365067bc7dbcc4cc650a96a8850d4fae5cc8fb32

timothy.burke@gmail.com.760757673375.Mail.MessageContent_001.zip:

MD5- 0a1ec8ce34a8bcfdd0aea0a4b6d18ec2
SHA512-
4a5a947b1cf5f33d0fa43bd424a57c970e65bdd287b632d88dbc8cdb9a0522c8129b910c01bf0abf9
95667f4fcbe8682cde9e7765ebc987297d79f737c7e446e

timothy.burke@gmail.com.760757673375.Mail.MessageContent_002.zip:

MD5- b814920e624dfbadfe9a0b35f854f93d
SHA512-
3a15561b8cb83d78605f63c7ca489e952f9d83eb651eaf8ae86e76c6330b5d9989d9d54ba746eb796
c06be1a123a125fd22270f229d858637dc24747d08e95fc

timothy.burke@gmail.com.760757673375.Mail.MessageInformation_001.zip:

MD5- 9279589f5c2d98ef091b0429432635bb
SHA512-
4defc60ccff8991c2f6f6c56361dc79967017fb874486b1e760297a4bb47255e72bd05dd80f697a299
718588ffdcc38e199eaeb4fcfe0fb1970e2ac4b0751680

Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043
www.google.com

timothy.burke@gmail.com.760757673375.MyActivity.MyActivity_001.zip:

MD5- c77dced131c1a8c3f9d1fd06a7a8754e
SHA512-
330ee2d785ebf87074c471ad85ae879f7823fe3610ab8248cdd7be6a28f146bd0b767f239d29ac789
b7235673e9e4da6d615b13e4d44c25aef58f1185f948ead

timothy.burke@gmail.com.760757673375.Preserved_001.AccessLogActivity.Activity_001.zip:

MD5- 7fac6958253de1fcb1229b821c76c71f
SHA512-
9789f7b4fd0fe5a1011b49d6ec4de2a60223696078a8e9cfbc1b324c9a0ee89d82e5ffb7f5938548cca
998e9687c7ad21301b31ace75f197d0ed320519b88956

timothy.burke@gmail.com.760757673375.Preserved_001.Calendar.Calendars_001.zip:

MD5- 8098f57293b9c8869807858df92a665b
SHA512-
6c25664102504a8aca1c1f9d0c4be2bf17c1e1e4511632810f9f890f4ef35c3fcb02bf9f86b55ce6bf3
a10c2282ff8b89333d299f4e52745380818fe2a60da7e

timothy.burke@gmail.com.760757673375.Preserved_001.Calendar.UserSettings_001.zip:

MD5- 5f2b201c4503314b84a7801d7fa0571d
SHA512-
599ada1ef2c7ce3e49e79971e448fe26bfc8a473e20066de2f123616914e864cf8068f4fc52d17afa24
9bf47072792a09564dfa2ad0d2a432715b173e61bf40c

timothy.burke@gmail.com.760757673375.Preserved_001.Drive.DriveFiles_001.zip:

MD5- eaf1b8c86daa751be27dbe7ac7783a3b
SHA512-
6425bca7565299207ad8d570486124e278c31107addcceca4221ebaf145b167f438f4b7fedf20f68dd
9f6dfd7f3161990bab1bd9f8528ee45e426709bdb06448

timothy.burke@gmail.com.760757673375.Preserved_001.GoogleAccount.SubscriberInfo_001.zi
p:

MD5- 81fb6baecaf1e08c0fabaf29fc394e62
SHA512-

# Google

Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043
www.google.com

ab494a8e65d497c15ff357ada267294f344660c69c4af45545c58ee0fd9c775cb30024a1b08cb780ea
5edce065e24fcf02d422efa55d8778e1314025dcc0aab8

timothy.burke@gmail.com.760757673375.Preserved_001.GooglePhotos.PhotoResourceLegal_00
1.zip:

MD5- ebb69f61d224f0743dd0130066fed553
SHA512-
08cfa0a3043d64484af7d9cc3362c730948c6a7ad8ceb11855a6f664a5cf8e1c7f958d99bd856ebd39
8dc2dd318b57891592f8cc5ead5d4b4f6be172187011e3

timothy.burke@gmail.com.760757673375.Preserved_001.Mail.MessageContent_001.zip:

MD5- a9fbec754b5edca4c9e149c4c736fcb0
SHA512-
398c77039a9f2d0bc3df84100890c93cb36f5fd99a5994e5fdf56b589a3c1a6155f52bbd2502ef61c2
a2ab806e54e49321c53d16615a7cc16fafb9bcf45ddbe8

timothy.burke@gmail.com.760757673375.Preserved_001.Mail.MessageContent_002.zip:

MD5- 1aad04642324011dd787bbd764033471
SHA512-
cef142b2981752299e0bb8b56128d278ab284c4bcd417e3731c809b05ef9ac414fba487137e693731
874bbbfa61bc4fa8f00b06517bcf3f3f411292aca73209d

timothy.burke@gmail.com.760757673375.Preserved_001.Mail.MessageInformation_001.zip:

MD5- ade309a876671621a26cd0c7ed56690d
SHA512-
a429c2619e38b646f2afbfb3d32399fc8d1a434e8734435fe2f4f2a13f42ff47b5e5f8a2e9fcea9aec55
51e93d0a6b8f1b2ee22d38efb2a523ae25b2e7c2806e

timothy.burke@gmail.com.760757673375.Preserved_001.MyActivity.MyActivity_001.zip:

MD5- 56005a363f9a28dd596866fffb3ff569
SHA512-
a75e15ebd7d61b4b0dab774b54d7fcc2b9524d2e19f6b9b4812d87bd1dc7fef241e707b98b04cf53b
88c0df262d646c41c96fc493c15c12e63501bdcb22357dd

timothy.burke@gmail.com.974393965000.GooglePay.BillingInformation_001.zip:

# Google

Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043
www.google.com

MD5- 33a67f0fa530ec7b4d494a2a28117d4e
SHA512-
f1c38a8446007cb1403256955491b0e0652aa99f69308f97a4e7fae20d159705c1342fc61d77bf3eb0
e4f74cdf39016aa24cb3294ab7549483480cdb87443fd6

timothy.burke@gmail.com.974393965000.GooglePay.CustomerInformation_001.zip:

MD5- 56112461b3f17cc2bed877b78e0cd0f5
SHA512-
8375e5cad78188e54533cf4ab9559693cab86a0e36511a61910deb12d0626e0e7011719258448a1e
1592d991497a2a9f78b83dfcb95e66538adc4c1db3241787

timothy.burke@gmail.com.974393965000.Preserved_001.GooglePay.BillingInformation_001.zip
:

MD5- 9ddb3773a14336ae85b21457f137fb77
SHA512-
28b9a4e329f1b2feef779574e228722176cb7d0b06850bc448fe7f636d68df7c48e2b987a7fbb078bc
ae932417f87dbc33f487c444134bb7177b1b988aeff890

timothy.burke@gmail.com.974393965000.Preserved_001.GooglePay.CustomerInformation_001.
zip:

MD5- 21ae82eb87a58a17cc1c8fadb6f5a7cc
SHA512-
77910d3de03b9855f5758363a773de102f82150107e861897d02882019181dbe0e563243e8193a2d
ecbd668c1386ee3057148b3a9e0522e4f6aad98d85ee626e