# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

## CLERK'S MINUTES

| CASE NO.: | 8:24-cr-68-KKM-TGW | | DATE: | May 14, 2024 |
|---|---|---|---|---|
| HONORABLE KATHRYN KIMBALL MIZELLE | | | INTERPRETER: | n/a |
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**TIMOTHY BURKE** | | | LANGUAGE: | n/a |
| | | | GOVERNMENT COUNSEL<br>Jay Trezevant, AUSA<br>Adam Duso, AUSA | |
| | | | DEFENSE COUNSEL<br>Michael Maddux, retained | |
| COURT REPORTER: Bill Jones | | | DEPUTY CLERK: | Gretchen O'Brien |
| TIME: | 9:22 a.m.–9:44 a.m. | TOTAL: 22 minutes | COURTROOM: | 13B |

**PROCEEDINGS: STATUS CONFERENCE**

The parties update the Court on the status of the defendant and trial.

The parties anticipate a trial in this case would last approximately two weeks.

This case is in a trial posture, and the defendant is not inclined to plea.

70 jurors will be requested.

Pretrial matters discussed.

With no objection from the United States, the defense orally moves to continue the trial.

For the reasons stated on the record, namely to allow the defense additional time to review discovery and prepare for trial, the Court grants the continuance.

The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.

The trial is removed from the June 2024 trial calendar and rescheduled for a status conference on September 16, 2024, at 9:30 a.m. before Judge Thomas P. Barber in Courtroom 14A.

The trial is continued to a date certain of October 21, 2024. The pretrial conference will be scheduled for the

week of October 7, 2024.

The time from today through November 8, 2024, is excluded under 18 U.S.C. § 3161(h).

The pretrial motions deadline is extended to July 1, 2024.