UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No.: 8:24-cr-68-KKM-TGW

TIMOTHY BURKE

## ORDER

At a May 14, 2024, status conference, the defendant orally moved to continue the trial from the June 2024 trial calendar to a date certain in the October 2024 trial calendar. For reasons stated on the record, the motion is **GRANTED**. *See* 18 U.S.C. § 3161(h)(7)(A). The trial is continued to the **October 2024** trial calendar. The status conference is rescheduled for **September 16, 2024, at 9:30 a.m.** in Tampa Courtroom 14A before Judge Thomas P. Barber. The time from today through November 8, 2024, is "excludable time."

Timothy Burke's Jury Trial is scheduled to commence on **October 21, 2024, at 9:00 a.m.** in Courtroom 13B of the United States Courthouse, 801 N. Florida Avenue, Tampa, Florida 33602-3800. A Pretrial Conference is scheduled for **October 7, 2024, at 10:00 a.m.** in Courtroom 13B.

The following trial-related deadlines apply:

- The deadline to file pretrial motions is extended to **July 1, 2024**.

- The parties must provide expert disclosures in compliance with Rule 16(a)(1)(G) and 16(b)(1)(C).

    - The United States must provide its disclosures by **August 2, 2024**.
    - The defendant must provide his disclosures by **August 16, 2024**.
    - Rebuttal disclosures are due no later than **August 30, 2024**.

- Parties must file all motions in limine, including any *Daubert* motions, no later than **September 6, 2024**, and any responses no later than **September 20, 2024**.

- Parties must file exhibit and witness lists no later than **September 27, 2024**.

- Parties must file all of the following documents and email a Word version of them to the chambers inbox no later than **September 27, 2024**:

    - Jointly proposed jury instructions and a verdict form.
    - Jointly proposed statement of the nature of the charges for the purpose of reading to the jury venire or a stipulation to the Court reading the indictment to the jury venire.
    - Proposed questions for voir dire.

- If the Parties desire to use demonstrative exhibits during trial (including photos, diagrams, or timelines and the like), each item must be disclosed to

the opposing party not later than **October 4, 2024**. In the event a party objects to the use of a particular demonstrative aid, then the party must raise that issue with the Court at the Pretrial Conference. No demonstrative exhibit may be displayed to the jury absent prior written agreement between the parties or, absent such agreement, prior approval by the Court.

- A variety of audio-visual equipment is available for use by counsel during trial. Counsel are advised to contact the courtroom deputy at 813-301-6156 **at least one week prior to trial** to arrange a time to become familiar with the availability, operation, and compatibility of the courtroom technology systems, should they wish to utilize it. Failure to do so may result in the equipment not being available for use.

**ORDERED** in Tampa, Florida, on May 15, 2024.

*Kathryn Kimball Mizelle*
Kathryn Kimball Mizelle
United States District Judge