UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:24-cr-00068-KKM-TGW

TIMOTHY BURKE

### *UNOPPOSED* UNITED STATES' MOTION FOR LEAVE TO REPLY TO DEFENDANT BURKE'S RESPONSE IN OPPOSITION TO A PROTECTIVE ORDER

Pursuant to this Court's May 21, 2024 Order and Middle District of Florida Local Rule 3.01(d), the United States submits this unopposed motion for leave to reply to defendant Burke's response in opposition to the United States' motion for protective order. Docs. 33, 39, and 43. In support of this unopposed motion, the United States submits as follows:

1. On February 15, 2024, a federal grand jury sitting in the Middle District of Florida returned a fourteen-count indictment against Timothy Burke, charging him in Count One with engaging in a conspiracy from in or around February 2022, and continuing through May 2023, in violation of 18 U.S.C. § 371. Counts Two through Fourteen of the indictment charge Burke with related substantive law violations of 18 U.S.C. §§ 1030 and 2511. Doc. 1.

2. Thereafter, and pursuant to Rule 16(d)(1), Fed. R. Crim. P., and 18 U.S.C. § 3771(a) and (d) (the "Crime Victims' Rights Act"), the United States filed a

motion requesting that this Court enter a protective order in this case limiting the dissemination of certain discoverable materials, namely materials that contain personally identifying information ("PII"), intellectual property of certain Victim-Entities and others (*e.g.*, proprietary information, trade secrets, and copyrighted material), and/or are contraband, secured during the investigation leading to the indictment in this case.

3.  The United States submitted along with its motion a proposed protective order that, if entered, will permit the defense full access to all discoverable materials for its use in investigating and preparing for trial, subject only to restrictions against reproduction or dissemination of certain "Covered Materials" and a requirement that Burke—charged with theft and unlawful interceptions of pertinent Covered Materials—not be permitted unsupervised access to the materials.

4.  On May 13, 2024, the defense filed *Defendant Timothy Burke's Opposition to the Government's Motion for a Protective Order*. Doc. 39. Therein, the defense claims (1) that the United States is attempting to unilaterally and in bulk secure a protective order that restricts the use of discoverable information by the defense, (2) that much of the information has been collected "over decades" by Burke, (3) that the United States has not identified any specific information for which the United States is seeking its protective order, and (4) that the United States should present more specificity about the materials the government seeks to protect and the necessity for the proposed protective order. Doc. 39.

5.   This Court has now entered an Order scheduling a hearing on the United States' motion for protective order for Friday, May 31, 2024. Doc. 43. That Order notes that this Court expects the submitted memoranda to contain all information the parties wish to present or argue at the hearing, and that a party may not file a reply without leave of court, consistent with Local Rule 3.01(d).

6.   A timely reply by the United States of no more than seven pages is required to address and clarify the Unites States' position as to the defense arguments noted above in paragraph four.

7.   Upon inquiry, the defense, through attorney Mark Rasch, has informed the United States that the defense does not oppose this motion and, further, does not oppose a companion motion to seal a submission by the United States of specific materials (or examples thereof), to permit the Court's *in camera* review of said materials.

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

By:   */s/Jay G. Trezevant*
Jay G. Trezevant
Assistant United States Attorney
Florida Bar No. 0802093
400 N. Tampa St., Suite 3200
Tampa, Florida 33602-4798
Telephone: (813) 274-6000
Email: jay.trezevant@usdoj.gov

/s/ Adam J. Duso
Adam J. Duso
Assistant United States Attorney
Florida Bar No. 1026003
400 N. Tampa St., Suite 3200
Tampa, Florida 33602-4798
Telephone: (813) 274-6000
Email: adam.duso@usdoj.gov

U.S. v. TIMOTHY BURKE   CASE NO. 8:24-cr-00068-KKM-TGW

## CERTIFICATE OF SERVICE

I hereby certify that on May 29, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel for the Defendant.

            /s/Jay G. Trezevant
            Jay G. Trezevant
            Assistant United States Attorney