# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:24-cr-68-KKM-TGW

TIMOTHY BURKE

## ORDER AND BRIEFING SCHEDULE

THIS CAUSE came on for consideration upon the Unopposed United States' Motion for Leave to Reply to Defendant Burke's Response in Opposition to a Protective Order (Doc. 45), Defendant Timothy Burke's Motion for Leave to File a Second Response and Exceed Page Limitation in Response to the Government's Motion for Protective Order (Doc. 47), and the hearing scheduled on the Motion for Protective Order (Doc. 43).

Because the defendant's opposition memorandum apparently did not respond fully to the United States' Motion for a Protective Order, the hearing on the motion, originally scheduled for May 31, will be continued. Furthermore, the parties will have an additional opportunity to address the issues. The briefing schedule is listed below.

However, the defendant's request to file a second opposition memorandum of 24 pages will not be granted. He has not established that it is warranted. He will be limited to a second memorandum containing no

more than 15 pages. I note, when combined with the first opposition memorandum, his memoranda exceed by several pages the 20-page limit under the Local Rules. See Local Rule 3.01(b) (emphasis added) ("A party responding to a motion ... may file a legal memorandum no longer than twenty pages inclusive of all parts."). The Government will have an opportunity to file one reply that addresses both the original and second memorandum, not to exceed 15 pages.

It is, therefore, upon consideration,

ORDERED:

1. That the hearing on the United States' Motion for Protective Order (Doc. 33), scheduled for May 31, 2024, at 3:30 p.m. is **RESCHEDULED** for **June 26, 2024, at 2:30 p.m.**, in Courtroom 12A, United States Courthouse, 801 North Florida Avenue, Tampa, Florida. The hearing will be electronically recorded.

2. That the Defendant Timothy Burke's Motion for Leave to File a Second Response and Exceed Page Limitation in Response to the Government's Motion for Protective Order (Doc. 47) is **GRANTED TO THE EXTENT** that he may file a second opposition memorandum not to exceed 15 pages. The deadline for filing the second opposition memorandum is **June 10, 2024**.

3. That the Unopposed United States' Motion for Leave to Reply to Defendant Burke's Response in Opposition to a Protective Order (Doc. 45) is **GRANTED TO THE EXTENT** that it may file one reply memorandum addressing both of the defendant's opposition memoranda, not to exceed 15 pages. The deadline for filing the reply is 14 days after the defendant files his second memorandum.

DONE and ORDERED at Tampa, Florida, this 30th day of May, 2024.

_____
THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE