UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

    v.                                              CASE NO. 8:24-cr-68-KKW-TGW

TIMOTHY BURKE

**NOTICE OF RELATED CASE**

The United States of America hereby notifies this Honorable Court, pursuant to Rule 1.07(c) of the Local Rules of the United States District Court, Middle District of Florida, of the existence of a similar or related case which concerns issues of law and facts related to those of the above-captioned case. That case is *United States of America v. Marco Gaudino*, Case No. 8:24-cr-165-CEH-SPF. Both cases allege that the named defendants participated in the same conspiracy.

                                              Respectfully submitted,

                                              ROGER B. HANDBERG
                                              United States Attorney

                     By:    */s/ Jay G. Trezevant*
                                Jay G. Trezevant
                                Assistant United States Attorney
                                Florida Bar No. 2012221
                                400 N. Tampa Street, Suite 3200
                                Tampa, Florida 33602-4798
                                Telephone:  (813) 274-6000
                                Facsimile:   (813) 274-6358
                                E-mail: jay.trezevant@usdoj.gov

U.S. v. Timothy Burke        Case No. 8:24-cr-68-KKW-TGW

## CERTIFICATE OF SERVICE

I hereby certify that on May 31, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

    Michael P. Maddux, Esq.
    Mark D. Rasch, Esq.

                                      */s/ Jay G. Trezevant*
                                      Jay G. Trezevant
                                      Assistant United States Attorney