# Attachment 1

# TIMOTHY J. BURKE



### Profile
Visual & social communication expert with a long track record of reaching broad audiences through effective social media strategy & a deep understanding of online human behavior. Tens of millions reached through viral social media posts with topics including politics, sports, and commentary.

### Experience
**Director of Video, The Daily Beast — 2018-2019**
Managed video team & budgets for major national news & politics organization. Created assets, organized archives, handled purchase orders, hiring, and accounting. Produced video content for web & social.

**Video Director, Gizmodo Media Group — 2011-2018**
Managed video team for sites including Deadspin and Gawker. Produced video content for web & social while writing investigative and sports media reporting articles.

**Video/Assignment Editor, Abrams Media — 2011**
Monitored sports news space to identify and elevate breaking news stories, acquiring and editing video assets, & publishing major news articles.

**Professor/Instructor, Colleges & Universities — 1999-2011**
Taught public speaking, rhetoric, media theory, argumentation, and persuasion at Eastern Michigan University, Muskingum University, Noble Correctional Institution, University of South Florida, Hillsborough Community College, and Florida State College. Served as Director of Forensics at Muskingum College from 2001-2004, leading team to twice finish in the top ten nationally.

### Education
**University of South Florida** — Ph.D (ABD, communication), 2008
**Eastern Michigan University** — Master of Arts (communication), 2000
**Ohio University** — Bachelor of Science (Broadcast Journalism), 1999

### Skills
Social media campaign inception, monitoring, & analysis. Budgeting, accounting, and hiring. Expert level experience with video and closed captioning processing using ffmpeg, custom scripting (bash, php, python, perl), managing teams of up to 20 members, video and audio editing (Adobe Premiere, After Effects, Final Cut, Logic, Audition). Broadcast production for web, RTMP/HDS/HLS streaming. Live broadcasts over IP to Facebook/Twitter APIs. Custom hardware construction and creation of private archive currently holding more than 100,000 hours of live broadcast news and sports footage.

### Noteworthy Publications
"How America's Largest Local TV Owner Turned Its News Anchors Into Soldiers In Trump's War On The Media" (March 2018)
"Manti Te'o's Dead Girlfriend, The Most Heartbreaking And Inspirational Story Of The College Football Season, Is A Hoax" (January 2013)
"The Long Con: How The Manziels Conquered America" (August 2013)
"This Is Why There Are So Many Ties In Swimming" (August 2016)

### Awards
Finalist, National Magazine Award (Video), 2019
Finalist, Mirror Award (John M. Higgins Award for Best In-Depth/Enterprise Reporting), 2014



