UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | | | |
|---|---|---|---|
| **CASE NO.:** | 8:24-cr-068-KKM-TGW | **DATE:** | June 27, 2024 |
| **HONORABLE: THOMAS G. WILSON** | | **INTERPRETER:** | N/A |
| UNITED STATES OF AMERICA<br><br>v.<br><br>TIMOTHY BURKE | | **LANGUAGE:** | N/A |
| | | **GOVERNMENT COUNSEL**<br>Adam Duso & Jay Trezevant, AUSA | |
| | | **DEFENSE COUNSEL**<br>Michael Maddux & Mark Rasch, Retained | |
| **COURT REPORTER:** | DIGITAL | **DEPUTY CLERK:** | Karina Nieves |
| **TIME:** 2:36 PM- 3:59 PM | **TOTAL:** 1:23 mins | **U.S. PRETRIAL:** | N/A |
| | | **COURTROOM:** | 12A |

**PROCEEDINGS:** Motion for Protective Order (Doc. 33)

-Court in session.

-Court calls case and counsel enter appearances.

-Oral arguments made by counsel.

-The Court directs counsel to file supplemental memos regarding the issues discussed in court due by July 9, 2024.

-Court adjourned.