UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:24-cr-68-KKM-TGW

TIMOTHY BURKE.
_____/

## ORDER

THIS CAUSE came to be heard upon the Motion for Protective Order (Doc. 33). The defendant has filed two responses to which the government has filed a reply (see Docs. 39, 51, 52). An in-person hearing occurred on June 27, 2024.

As discussed at the hearing, this matter involves three categories of information, which the government seeks to obtain a protective order for. The third category of information, "contraband or fruits of the identified crimes," requires supplemental memoranda. Thus, this is information or items that the government asserts the defendant illegally stole or intercepted. At the hearing, the government argued that the defendant should not be permitted to publish these items given the fact that he, allegedly, obtained them illegally. The defendant refutes that assertion.

Accordingly, the parties are directed to file simultaneous supplemental memoranda, spanning no more than 20 pages, by July 9, 2024.

It is, therefore, upon consideration,

ORDERED:

That the parties submit supplemental memoranda, in the manner discussed at the hearing and in this order, **by July 9, 2024.**

DONE and ORDERED at Tampa, Florida, this 27 day of June, 2024.

_____
THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE