UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

## SECOND AMENDED[1]
## CLERK'S MINUTES

| CASE NO.: | 8:24-cr-68-KKM-TGW | DATE: | November 12, 2024 |
|---|---|---|---|
| HONORABLE KATHRYN KIMBALL MIZELLE | | INTERPRETER: | n/a |
| **UNITED STATES OF AMERICA** | | LANGUAGE: | n/a |
| v. | | GOVERNMENT COUNSEL | Jay Trezevant and Adam Duso, AUSAs |
| **TIMOTHY BURKE** | | DEFENSE COUNSEL | Michael Maddux, Retained |
| COURT REPORTER: Bill Jones | | DEPUTY CLERK: | Kristin Carreon |
| TIME: | 9:48 a.m. – 10:13 a.m.   TOTAL: 25 minute(s) | COURTROOM: | 13B |

**PROCEEDINGS: STATUS CONFERENCE**

The parties update the Court on the status of the defendant and trial.

For the reasons stated on the record, the parties are each directed to file a supplemental briefing, 10 pages max, due by December 13, 2024.

Counsel anticipates a trial in this case would last approximately 2-3 weeks. The parties request 75 jurors for jury selection.

Defendant's unopposed motion to continue trial to the February 2025 trial calendar is GRANTED, for the reasons stated on the record.

The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.

The trial is removed from the January 2025 trial calendar and rescheduled for a status conference on April 7, 2025, at 10:00 a.m. before Judge Mizelle in Courtroom 13B.

The trial is continued to the June 2025 trial calendar, with a jury trial (date certain) set for June 9, 2025. A separate scheduling order will follow.

The time from today through July 7, 2025, is excluded under 18 U.S.C. § 3161(h).

---

[1] Amended to correct status conference date back to April 7, 2024 (the original date given in open court) from April 8, 2024. No other changes made.