UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                              CASE NO.: 8:24-cr-00068-KKM-TGW

TIMOTHY BURKE

_____/

DEFENDANT TIMOTHY BURKE'S RESPONSE TO
OBJECTION TO MOTION REGARDING DUPLICITY

Defendant takes no issue with the government's position that an indictment may posit in the alternative multiple means of committing an offense,[1] and that a conspiracy may have many statutory objectives. Interceptions of "wire" "oral" and "electronic" communications are distinct *and inconsistent offenses* because a communication cannot simultaneously (or alternatively) be "wire" "oral" AND "electronic" as alleged. The government's suggestion that it could legally allege that the same communication in separate counts as "wire" "oral" and "electronic" illustrates the misunderstanding (Doc 98, p. 9-10). By statute, a single

---

[1] 18 USC 2511 specifies multiple means of violating the statute, including, to "*intercept*'[], *endeavor*[] to intercept, or *procure*[] any other person to intercept or endeavor to intercept…" or to "*use*[], *endeavor*[] to use, or *procure*[] any other person to use or endeavor to use [a] device to intercept…" or to "*disclose*[], or *endeavor*[] to disclose" or to "*use*[], or *endeavor*[] to use, the contents.."

communication cannot be oral, wire AND electronic as the grand jury has alleged.[2]

A petit jury could not convict under the indictment as written, as a finding that the communication is "oral" precludes a finding in the same (or separate) count that it is "electronic" and vice versa.

Respectfully submitted,

*s/Michael P. Maddux*
Michael P. Maddux, Esquire
Florida Bar # 964212
Michael P. Maddux, P.A.
2102 West Cleveland Street
Tampa, Florida 32606
Phone: (813) 253-3363
Fax: (813) 253-2553
Email: mmaddux@madduxattorneys.com
        ctonski@madduxattorneys.com

*s/Mark D. Rasch*
Mark D. Rasch
Law Office of Mark Rasch
Member, MD, MA, NY Bar
MDRasch@gmail.com
(301) 547-6925
Admitted *Pro hac vice*

COUNSEL FOR TIMOTHY BURKE

---

[2] 18 USC 1511(2)( "oral communication"... does not include any electronic communication); 18 USC 2511(12)(A)("electronic communication"... does not include …any wire or oral communication.)

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 4th day of March 2025, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.

s/*Michael P. Maddux*
Michael P. Maddux, Esquire