UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:24-cr-68-KKW-TGW

TIMOTHY BURKE

**UNITED STATES'** *UNOPPOSED* **MOTION FOR A TWO-WEEK EXTENSION OF TIME TO FILE ANY REBUTTAL DISCLOSURES**

The United States of America, pursuant to FED. R. CRIM. P. 45(b), files this *unopposed* motion requesting a two-week extension of time to make any rebuttal disclosures to those noticed by the defense. In support of this unopposed motion, the United States submits the following:

1. This Court entered a scheduling Order in this case on November 13, 2024, in which the Court specified trial-related deadlines in this case. Doc. 86. Therein, this Court specified a deadline for: (1) the United States to provide to the defense any disclosures in compliance with Fed. R. Crim. P. 16(a)(1)(G) and 16(b)(1)(C), (2) the defense to provide to the United States like disclosures by April 1, 2025, and (3) any rebuttal disclosures by either party no later than April 8, 2025. *Id*.

2. Despite diligent efforts to prepare this case for trial, the United States is unable to identify and provide its rebuttal disclosures to the defense on or before the April 8, 2025 deadline.

3. The United States believes that the requested two-week extension will allow the United States to appropriately consider the defense disclosures and to make

any necessary rebuttal disclosures. The requested extension will also allow the United States to consider any additional information gleaned from the upcoming status conference, scheduled for Friday April 11, 2025.

4. The United States has consulted with counsel for the defendant, Michael Maddux and Mark Rasch, who do not object to the requested two-week extension. The United States likewise has no objection to the defense also having a two-week extension to make any rebuttal disclosures.

## MEMORANDUM IN SUPPORT

A motion for an extension of time is committed to the sound discretion of the Court. Thus, the Court, for cause shown, may at any time in its discretion order a period enlarged if a request is made prior to the expiration of the period originally prescribed. FED. R. CRIM. P. 45(b). This request is made prior to midnight, April 8, 2025, the present deadline to file rebuttal disclosures. This motion for an extension of time to make any rebuttal disclosures to the defense is not made for the purpose of unnecessary delay. Rather, as explained above, the United States believes that the requested extension of time is necessary to fully consider and address, if necessary, the defense disclosures referred to above.

## **CONCLUSION**

WHEREFORE, the United States of America, moves for an extension of two weeks, or through April 22, 2025, to make any rebuttal disclosures to those noticed by the defense. The United States has no objection to the defense receiving a similar extension of time to make its rebuttal disclosures.

                                        Respectfully submitted,

                                        GREGORY W. KEHOE
                                        United States Attorney

By:   */s/ Jay G. Trezevant*
        Jay G. Trezevant
        Assistant United States Attorney
        Florida Bar No. 2012221
        400 N. Tampa Street, Suite 3200
        Tampa, Florida 33602-4798
        Telephone:  (813) 274-6000
        Facsimile:   (813) 274-6358
        E-mail: jay.trezevant@usdoj.gov

U.S. v. Timothy Burke  Case No. 8:24-cr-68-KKW-TGW

## CERTIFICATE OF SERVICE

I hereby certify that on April 8, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Michael P. Maddux, Esq.
Mark D. Rasch, Esq.

                                                                     */s/ Jay G. Trezevant*
                                                                     Jay G. Trezevant
                                                                     Assistant United States Attorney