UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

## CLERK'S MINUTES

| CASE NO.: | 8:24-cr-68-KKM-TGW | DATE: | April 11, 2025 |
|---|---|---|---|
| HONORABLE KATHRYN KIMBALL MIZELLE | | INTERPRETER: | n/a |
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**TIMOTHY BURKE** | | LANGUAGE: | n/a |
| | | GOVERNMENT COUNSEL<br>Jay Trezevant, AUSA<br>Adam Duso, AUSA | |
| | | DEFENSE COUNSEL<br>Michael Maddux, retained<br>Mark Rasch, retained | |
| COURT REPORTER: David Walker-Collier | | DEPUTY CLERK: | Gretchen O'Brien |
| TIME: | 11:31 a.m.–12:08 p.m.   TOTAL: 37 minutes | COURTROOM: | 13B |

**PROCEEDINGS: STATUS CONFERENCE**

The parties update the Court on the status of the defendant and trial.

There are two pending motions to dismiss.

The pretrial conference is currently scheduled for May 20, 2025, and the trial is currently scheduled for June 9, 2025.

The defendant orally moves to continue the trial.

The United States opposes the motion to continue.

The parties anticipate a trial in this case would last approximately three weeks.

Daubert motions are due no later than April 29, 2025, and any response is due no later than May 13, 2025.

75–80 jurors will be requested for voir dire.

Four alternates will be selected.

The defendant's oral motion to continue the trial is taken under advisement.

Hearing concluded