UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                             Case No.: 8:24-cr-68-KKM-TGW

TIMOTHY BURKE

_____

<u>ORDER</u>

Timothy Burke moves to continue his jury trial. (Doc. 109). Because a recent production of discovery was provided in a new format that both parties agree requires substantial time to review, I grant the motion to continue. Burke's jury trial will commence on **September 8, 2025, at 9:00 a.m.** in Courtroom 13B of the United States Courthouse, 801 N. Florida Avenue, Tampa, Florida 33602-3800.

The final Pretrial Conference is scheduled for **August 28, 2025, at 10:00 a.m**.

The following trial-related deadlines apply:

- The government and defense's expert disclosures have already passed. But in the light of their representations about forthcoming review of discovery, the below expert disclosures govern. *See* Rule 16(a)(1)(G) and 16(b)(1)(C).
    - The government's expert disclosures, including any supplemental reports, are due no later than **July 10, 2025.**

- o Defendant Burke's expert disclosures, including any supplemental reports, are due no later than **July 24, 2025.**
- o Rebuttal disclosures are due no later than **July 31, 2025**.

- Parties must file all motions in limine, including any *Daubert* motions, no later than **August 7, 2025**, and any responses no later than **August 21, 2025**.

- Parties must file all of the following documents and email a Word version of them to the chambers inbox no later than **August 14, 2025**:
  - o Jointly proposed jury instructions and a verdict form.
  - o Jointly proposed statement of the nature of the charges for the purpose of reading to the jury venire or a stipulation to the Court reading the indictment to the jury venire.
  - o Proposed questions for voir dire.

- Parties must file exhibit and witness lists no later than **August 25, 2025**.

- If the Parties desire to use demonstrative exhibits during trial (including photos, diagrams, or timelines and the like), each item must be disclosed to the opposing party not later than **August 25, 2025**. In the event a party objects to the use of a particular demonstrative aid, then the party must raise that issue with the Court at the final Pretrial Conference. No demonstrative

exhibit may be displayed to the jury absent prior written agreement between the parties or, absent such agreement, prior approval by the Court.

- A variety of audio-visual equipment is available for use by counsel during trial. Counsel is advised to contact the courtroom deputy at 813-301-6156 **at least one week prior to trial** to arrange a time to become familiar with the availability, operation, and compatibility of the courtroom technology systems, should they wish to utilize it. Failure to do so may result in the equipment not being available for use.

**ORDERED** in Tampa, Florida, on April 14, 2025.

*Kathryn Kimball Mizelle*
Kathryn Kimball Mizelle
United States District Judge