UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

# CLERK'S MINUTES

| CASE NO.: | 8:24-cr-68-KKM-TGW | DATE: | May 20, 2025 |
|---|---|---|---|
| HONORABLE KATHRYN KIMBALL MIZELLE | | INTERPRETER: | n/a |
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**TIMOTHY BURKE** | | LANGUAGE: | n/a |
| | | GOVERNMENT COUNSEL<br>Jay Trezevant, AUSA | |
| | | DEFENSE COUNSEL<br>Michael Maddux, retained<br>Mark Rasch, retained | |
| COURT REPORTER: Bill Jones | | DEPUTY CLERK: | Gretchen O'Brien |
| TIME: | 2:04 p.m.–2:26 p.m. | TOTAL: 22 minutes | COURTROOM: | 13B |

**PROCEEDINGS: STATUS CONFERENCE**

The Court admonishes the defendant for the misrepresentations in the Second Motion to Dismiss (Doc. 119).

The Court addresses the Defendant's Motion to Dismiss (Doc. 125). The United States' response is due on June 2, 2025.

The time from today through October 5, 2025, is excluded under 18 U.S.C. § 3161(h).

Hearing concluded