# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**UNITED STATES OF AMERICA**

v.                              CASE NO.: 8:24-cr-00068-KKM-TGW

**TIMOTHY BURKE**

_____/

## DEFENDANT'S MOTION TO ALLOW TRAVEL

**COMES NOW**, the undersigned attorney, Michael P. Maddux, on behalf of the Defendant, TIMOTHY BURKE, and files this Motion to Allow Travel and states the following grounds for the Motion:

1. Mr. Burke was placed on pretrial release in which travel was limited to the Middle District of Florida. (Doc 9)

2. Mr. Burke requests permission to travel to Nisswa, Minnesota from July 1, 2025-July 7, 2025, to visit his wife's great aunt who is 88 years old. He is requesting to fly from Tampa International Airport to Minneapolis–Saint Paul International Airport and back. The address he would be staying at is 7468 Christty Dr., Nisswa MN 56468.

3. Pretrial Release Officer, Jasmine King, has no objection to the Motion.

4. Assistant United States Attorney, Jay Trezevant, has no objection to the Motion.

**WHEREFORE**, the Defendant respectfully requests that the Court grant his Motion to allow travel to Nisswa, Minnesota, from July 1-7, 2025.

Respectfully Submitted,

*s/Michael P. Maddux*
Michael P. Maddux, Esquire
Florida Bar No.: 0964212
Counsel for Defendant
Michael P. Maddux, P.A.
2102 West Cleveland Street
Tampa, Florida 33606
Phone: (813) 253-3363
Fax: (813) 253-2553
E-mail:
mmaddux@madduxattorneys.com

## CERTIFICATE OF SERVICE

I **HEREBY CERTIFY** that on this 12th **day of June, 2025**, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.

*s/Michael P. Maddux*
Michael P. Maddux, Esquire