1      **UNITED STATES DISTRICT COURT**
       **MIDDLE DISTRICT OF FLORIDA**
2            **TAMPA DIVISION**

3    UNITED STATES OF AMERICA,

4                        Plaintiff,

5        vs.                    CASE NO. 8:24-cr-68-KKM-TGW
                                May 20, 2025
6                               Tampa, Florida
                                2:04 p.m. - 2:26 p.m.
7
     TIMOTHY BURKE,
8
                        Defendant.
9    _____/

10

11

12            **TRANSCRIPT OF MOTION HEARING**
          BEFORE THE HONORABLE KATHRYN K. MIZELLE
13              UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24   Proceedings reported and transcribed by
     computer-aided transcription.
25

                 UNITED STATES DISTRICT COURT
                 MIDDLE DISTRICT OF FLORIDA
                      TAMPA DIVISION

1  **APPEARANCES:**

2  For the Government:      JAY TREZEVANT, ESQ.
                           ADAM DUSO, ESQ.
3                          Assistant U.S. Attorneys
                           400 N. Tampa Street, Suite 3200
4                          Tampa, Florida 33602
                           813/274-6000
5

6  For the Defendant:      MICHAEL P. MADDUX, ESQ.
                           Michael P. Maddux, PA
7                          2102 West Cleveland Street
                           Tampa, Florida 33606
8                          813/253-3363

9                          MARK D. RASCH, ESQ.
                           Law Office of Mark D. Rasch
10                         7919 Springer Road
                           Bethesda, Maryland 20817
11                         301/547-6925

12 Also Present:           Gina Wetherald, Paralegal, U.S.
                           Attorney's Office
13
   Court Reporter:         Howard W. Jones, RDR, RMR, FCRR
14                         801 N. Florida Avenue, Suite 13B
                           Tampa, Florida 33602
15                         813/301-6158

16

17                  *  *  *  *  *  *  *  *  *

18

19

20

21

22

23

24

25

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

```
 1                        I N D E X

 2                                                    PAGE

 3    ARGUMENT BY MR. :

 4    ARGUMENT BY MR. :

 5    RULING OF THE COURT:

 6    CERTIFICATE OF COURT REPORTER:

 7

 8                    * * * * * * * * * *

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
14:04    1   (COURT CALLED TO ORDER)

         2              P R O C E E D I N G S

         3         THE COURT:  Good afternoon.  We are here in case

         4   8:24-cr-68.  United States v. Mr. Burke.  We are here for a

14:05    5   status conference.

         6         Who speaks for the United States?

         7         MR. TREZEVANT:  Good afternoon, Your Honor.  Jay

         8   Trezevant for the United States and with me is Gina

         9   Wetherald, a paralegal in our office.

14:05   10         THE COURT:  Good afternoon to you both.

        11         Who speaks for the Defendant?

        12         MR. MADDUX:  Good afternoon, Your Honor.  Michael

        13   Maddux.  I'm here with me is Mark Rasch and Mr. Burke is

        14   also present.

14:05   15         THE COURT:  Good afternoon to you all.

        16         MR. MADDUX:  Good afternoon.

        17         THE COURT:  There are two main things I want to

        18   address with today's hearing.  The first is with regards to

        19   last week's briefing.  I saw the notice that was filed by

14:05   20   defense counsel.  I suspected what was represented that it

        21   was not Mr. Maddux who authored that brief.

        22         I want to emphasize that I expect the highest

        23   ethical standards and proficiency in briefing in this court.

        24   Particularly as being admitted pro hac vice, I do not ever

14:06   25   want to see that sort of clearly not cite checked work
```

14:06   1    product that misleads the Court and opposing counsel and is

        2    a disservice to the whole enterprise that we are trying to

        3    achieve here.  I expect research to be done by human beings

        4    and cite checks to be done by human beings.

14:06   5            Is there anything else I need to say with regards

        6    to that?

        7            MR. MADDUX:  No, Your Honor.

        8            THE COURT:  Thank you.

        9            The second big issue is I do think some of the

14:06  10    goal posts have moved with this motion, but they are not

       11    unanticipated in light of what we have discussed at the last

       12    few hearings.  And I want to make sure that the United

       13    States appreciates what is expected in response.

       14            It seems to me there are a few sort of preliminary

14:07  15    issues before we even get to the First Amendment which is

       16    the real heart of the constitutional challenge.

       17            Mr. Trezevant, it seems that the defense took your

       18    representations at the last hearing to mean that any human

       19    voice is considered a wire communication and all other sorts

14:07  20    of communications that are transmitted over the internet

       21    would be considered an electronic communication.

       22            If that's the government's position and how they

       23    intend on proceeding in this case, I just want that to be

       24    clear in the response so that I understand and I can sort

14:07  25    that out because I think --

14:07  1           MR. TREZEVANT:  Yes.

       2           THE COURT:  -- which bucket of communication has

       3    grave implications for which exceptions apply or which don't

       4    apply.  So, that's the first issue.

14:08  5           This is a sub-point of that.  A question after I

       6    read the motion that was filed last night is, are all sounds

       7    that are not human voice -- voices considered an electronic

       8    communication?  So, music without someone singing or the

       9    like.

14:08  10          If those buckets are as we -- as the defense and I

       11   understood the government to be representing at the last

       12   hearing, how is consent, which is currently an exception to

       13   either wire or electronic communication, how is that

       14   defined?  And by that, I mean, if it's a video, which is

14:08  15   what we are talking about for purposes of this trial, are

       16   the two individuals or the multiple individuals who are

       17   speaking on the recorded video are they the ones whose

       18   consent is required, or is it the consent of the person

       19   reposting it, vis-a-vis, the person using the internet who

14:09  20   is receiving it?  I think that changes the analysis.

       21          How if it is that latter situation in the

       22   government's view that it's, say, like the -- the website or

       23   the individual who posts something that's communicating with

       24   the recipient who is taking it off the internet if that's

14:09  25   their view of consent, how is that any different than the

14:09   1   readily available exception that applies to electronic

2   communications?

3   And then the rest I think are ones that we already

4   appreciated from the last round of briefing, which was the

14:09   5   First Amendment concerns if it is that the elements are just

6   the interception of an electronic or wire communication, how

7   do those not create an affront to the First Amendment

8   particularly chilling core protected speech?

9   That, of course, breaks into the question that the

14:10   10   government agrees that the only element is the interception

11   of a wire or electronic communication.

12   And if the government is sticking by that those

13   are the only elements and then the rest are defenses that

14   the Defendant bears the burden of proof of trial of

14:10   15   producing, I want to know that's the government's position

16   and that's the one they are going to press on appeal.

17   MR. TREZEVANT:  Yes, ma'am.

18   THE COURT:  Defense's motion hit a point that

19   wasn't identified, I think, at the last hearing, which is

14:10   20   the readily accessible statutory exception for electronic

21   communications could be required as an element to avoid the

22   First Amendment problem.

23   I do not know what the government's position is

24   with regards to consent, vis-a-vis, wire communications to

14:11   25   avoid the same First Amendment problem.  And I think those

14:11   1   have different -- there is a different legal landscape in

2   light of McCann with regards to consent.  And obviously then

3   that falls back on to the -- how you define consent, consent

4   from whom is the question, whether that's an element or a

14:11   5   defense.

6          So, there's a lot of moving pieces I think with

7   regards to the government's obligation to respond in this --

8   in this matter and I do think they are raising much -- there

9   are a lot of substantial arguments here and the first order

14:11   10   of operations is to understand the government's position as

11   to the technology and what it's going to consider a wire vs.

12   an electronic communication and then how it would respond to

13   the exceptions as it poses them to be exceptions in light of

14   the First Amendment challenges.

14:12   15          From defense's perspective, are there any other

16   pressure points that need to be responded to?  I very much

17   am endeavoring to get a -- I think I have the defense's

18   position.  It's, like I said, changed and narrowed from our

19   last hearing a bit, but I think I understand its position.

14:12   20          Are there any things -- any aspects of the

21   argument that I'm missing because I very much want the

22   government to respond.  I don't want another iteration of

23   briefing?

24          MR. RASCH:  Yes, Your Honor, just one issue and

14:12   25   that is whether the interception has to occur while the

14:12   1   communication is occurring or while it's in transmission.

2   That's one other issue.

3           The government is relying on the Turk case.  It

4   said that the interception has to occur while the two

14:12   5   parties are speaking to each other.  But the case law also

6   suggests that it has to be intercepted while it's being

7   transmitted.  So, that's another issue that will raise First

8   Amendment concerns.

9           THE COURT:  I think -- okay.  Understand.  And I

14:13   10   think the government appreciates the nuance on of that

11   versus the other.  It very much informs the whole definition

12   of consent, right?  Consent to what?  Which communication,

13   right?  The communication between the two people at the time

14   or the communication from someone re-communicating that

14:13   15   earlier communication?

16           Are there any questions for me?

17           Mr. Trezevant, this is the kind of case I would

18   imagine conferring with criminal appellate would be useful.

19           MR. TREZEVANT:  Yes, Your Honor.  I brought them

14:13   20   here today.

21           THE COURT:  Okay.  These are obviously more

22   involved arguments than sometimes are raised in criminal

23   motions practice.

24           MR. TREZEVANT:  Yes.

14:14   25           THE COURT:  I just want to get the parties'

14:14    1    arguments.  I want to know what both sides arguments are,

2    their final arguments so I can make an informed resolution

3    of this matter, which throughout the various iterations of

4    the motions to dismiss I have found to be the most

14:14    5    substantial in terms of where the case law is and the

6    pressure points of how this type of charge has been

7    litigated in the past by the government.  And that's all

8    overlaid by the seemingly significant technological

9    advancement since the time act was initially passed by

14:14    10    Congress.

11         There is no need to move the trial date.  I hope

12    the productions are continuing to move along appropriately.

13         Anything else the Court should be aware of?  I

14    will tell you, I am going to probably enter an order

14:15    15    inviting any amicus to submit briefing on the question.

16    These questions, not every question that's ever been raised

17    in this case, but on these points.  But I intend on ruling

18    on this so that we can continue to proceed with the

19    September trial date.

14:15    20         MR. TREZEVANT:  Your Honor, if I could, I do have

21    a couple points I would like to at least bring up, one is

22    unrelated and the others are related.

23         THE COURT:  Okay.

24         MR. TREZEVANT:  The first that is unrelated is

14:15    25    that when the trial was continued in November of 2024 to the

14:15    1    June date, this Court -- it was an oral motion and an oral

2    granting of the motion in which the Court noted the 3161(h)

3    in the interest of justice as part of the finding in

4    granting that oral motion.  And that's in the order and it's

14:16    5    as well as in the minutes for the hearing.

6         At the last hearing where the Defendant asked that

7    it be continued to later, which is the September date, it

8    was in the context of what would be normally considered to

9    be 3161(h) in the interest of justice continuance, but the

14:16    10   Judge -- this Court took it under advisement and that

11   finding it not in the written order so that I would -- but

12   we're still fine through -- right now it's --

13        THE COURT:  Are you saying I didn't actually rule

14   on the oral motion to continue?

14:16    15        MR. TREZEVANT:  You did not at the time, Your

16   Honor, you have never made a 3161(h) --

17        THE COURT:  Okay.  I can do that.

18        MR. TREZEVANT:  -- interest of justice finding.

19        THE COURT:  I'm happy to do that.

14:16    20        MR. TREZEVANT:  And so right now it's through

21   July 7th, so I just wanted to raise that so we are never in

22   a backward looking posture.

23        THE COURT:  I understand.  Thank you for bringing

24   that to my attention.

14:17    25        Ms. O'Brien, can you tell me what the first day of

14:17  1  the -- the last day I should say of the September trial term

2  is?  I think there is multiple bases which I'll articulate

3  in a moment for --

4       It's October what?  October 5th?

14:17  5       Does defense need to be heard on any of this?  I

6  didn't realize I hadn't officially ruled on this motion.

7       MR. MADDUX:  No, Your Honor.  It was our

8  expectation that that would have been just part of the

9  posture of the case because we asked for the request.

14:17  10       THE COURT:  Okay.  I am granting the defense's

11  motion to continue the trial.  As I have entered a

12  scheduling order setting it for date certain to begin in the

13  September 2025 trial term, I find that there is good cause

14  to grant the motion and that the ends of justice are served

14:17  15  and outweigh the best interest of the public and the

16  Defendant in a speedy trial.  The case, to the extent it

17  hasn't already been, is removed from the June 2025 trial

18  term, reset for the date certain pursuant to the scheduling

19  order in September 2025.

14:18  20       All time from now through October 5, 2025 is

21  excludable under 3161(h) and the underlying bases were the

22  transfer of data in the form most accessible to the defense

23  and coupled with the renewed motion which obviously needs to

24  be resolved before we go to trial.

14:18  25       MR. TREZEVANT:  And then the second matter, Your

13

14:18  1  Honor, from the United States is that am I correct in

2  understanding that with the motion filed last night our

3  response is due June 2 of 2025, the 14 days?  I didn't want

4  to just assume that even though that's the --

14:18  5        THE COURT:  That's the two week --

6        MR. TREZEVANT:  Yes.

7        THE COURT:  Yes.  If the government is making a

8  motion for more time, I will entertain that.  Like I said, I

9  intend on probably entering an order inviting any amicus who

14:18 10  wish to participate and I am gonna allow that to be a little

11  bit later in June given that they aren't up to speed with

12  this case if anyone elects to do that.

13        MR. TREZEVANT:  Yes, ma'am.  At this point, it's

14  just the 14 days is June 2?  I didn't want to just assume

14:19 15  that without at least addressing it.

16        THE COURT:  June 2nd absent a motion from the

17  government.

18        MR. TREZEVANT:  Yes.  And then the final thing,

19  Your Honor, and this is -- I was -- originally when the

14:19 20  Court entered its order 124 striking the last -- the

21  previous motion to dismiss, I was a little concerned because

22  that it might raise a conflict issue.  I'm not worried about

23  that any more.  They filed a new motion, a replacement

24  motion as well as the other brief as directed by the Court,

14:19 25  so that's not an issue.

14:19   1    I did however want to raise it -- and I don't want

2    to rub salt in the wound, Your Honor.  Everybody can make an

3    error and I get that.  But it does seem like it might be

4    appropriate for the Court, whether we are here or not in the

14:20   5    courtroom, to at least at some point have some sort of

6    colloquy with the Defendant, Mr. Burke, so that he is always

7    aware that he has assistance of counsel.  It's his right at

8    every stage of the proceedings and that he is aware of the

9    pertinent documents and that he understands those documents

14:20   10   and if he has any questions for the Court about those

11   documents, his representation, just so that there would

12   never be a situation -- there's a lot of work to be done, I

13   get that, a lot of water is going to go under the bridge

14   before there is ever chance of a conviction at trial in this

14:20   15   case, but I would never want to get to the end and have

16   someone suggest that they weren't aware and somehow had

17   ineffective assistance because I don't think that would be

18   appropriate.

19       I just want to at least raise that to the Court so

14:21   20   that it could be addressed.  It -- I don't like to do that.

21   I just don't -- I think it's just better to have a clear

22   record.  I know they are both good attorneys, Judge, I'm not

23   worried about that.

24       THE COURT:  Mr. Burke, do you have any questions

14:21   25   for me with regards to your right to counsel?  You are

| | | |
|---|---|---|
| 14:21 | 1 | exercising your right to retain counsel.  Obviously, the |
| | 2 | Sixth Amendment right to do that. |
| | 3 | Do you have any questions for me? |
| | 4 | THE DEFENDANT:  I have no questions, Your Honor. |
| 14:21 | 5 | THE COURT:  Okay. |
| | 6 | MR. TREZEVANT:  Thank you, Your Honor. |
| | 7 | THE COURT:  From my perspective, I don't think |
| | 8 | that the errors that precipitated my order last week were |
| | 9 | due to a lack of zealous advocacy.  I think Mr. Burke has |
| 14:22 | 10 | two very capable lawyers.  I am familiar with Mr. Maddux's |
| | 11 | work from other cases and I can say I think he's a very |
| | 12 | competent, zealous advocate and I think Mr. Burke has more |
| | 13 | than adequate representation.  I'm just not as familiar with |
| | 14 | other counsel's work given he's not a member of this Bar. |
| 14:22 | 15 | MR. TREZEVANT:  And, Your Honor, I worked with Mr. |
| | 16 | Maddux.  We both started at the State together a long time |
| | 17 | ago and I'm very familiar with him and I have no -- I've |
| | 18 | always respected and admired his work.  I'm just -- |
| | 19 | THE COURT:  I understand.  I think we all -- |
| 14:22 | 20 | MR. TREZEVANT:  -- coming from the back side of |
| | 21 | this. |
| | 22 | THE COURT:  I think everyone understands. |
| | 23 | I don't think there is any question as to |
| | 24 | Mr. Burke getting good representation.  And to the extent my |
| 14:22 | 25 | order had any hiccups, it isn't -- the issues have been |

14:23    1    preserved by counsel.  These are tricky legal questions and,

2    so, the extra burden might be on me in navigating them when

3    the citations are not accurate.  But the issues have been

4    properly raised, which is why I want the government to

14:23    5    respond to all the issues so that I can make the most

6    informed decision from both parties' briefing.

7             MR. TREZEVANT:  Yes, Your Honor.  We have nothing

8    else other than that.

9             THE COURT:  The only thing that -- that I want to

14:23    10   remind the government of, because we talked about it at the

11   last hearing, given that the Grand Jury found probable cause

12   for oral, wire and electronic communications, if I am

13   inclined to agree with the defense that there is a First

14   Amendment problem with the exceptions being exceptions and

14:23    15   not elements that the government bears the burden of

16   proving, the remedy is still an issue, because I wouldn't be

17   dismissing the whole counts in light of the fact that oral

18   communications would still be alleged.  But it's my

19   understanding based off of just the filings and what I'm

14:24    20   aware of with the discovery that there is in real evidence

21   of an oral communication as defined under the statute.  It's

22   really all wire and electronic.

23             MR. TREZEVANT:  Yes, Your Honor.

24             THE COURT:  So then we would be in a situation

14:24    25   where you would not have the right to appeal my ruling

| 14:24 | 1 | because there would be no counts being dismissed, but you |
|---|---|---|
| | 2 | would also have no evidence to put on of those counts. |
| | 3 | MR. TREZEVANT:  Yes, Your Honor.  I understand. |
| | 4 | THE COURT:  Okay.  And I don't want to beat a dead |
| 14:24 | 5 | horse but it's clear from the last set of briefing and what |
| | 6 | we have discussed at other hearings as well that there might |
| | 7 | not be a solution to the wire communications consent as |
| | 8 | satisfying the First Amendment; whereas, I think the |
| | 9 | electronic communication, as I understand the argument, the |
| 14:25 | 10 | readily accessible exception would ameliorate the First |
| | 11 | Amendment problem as to those.  But I don't think I |
| | 12 | appreciate the government's responses as to how consent |
| | 13 | would do that for wire communication. |
| | 14 | Okay.  Is there anything else that I need to be |
| 14:25 | 15 | aware of? |
| | 16 | MR. TREZEVANT:  Not that I'm aware of, no, Your |
| | 17 | Honor.  Thank you. |
| | 18 | THE COURT:  If there are any issues or for any |
| | 19 | reason counsel thinks that -- the sooner the better I guess |
| 14:25 | 20 | is what I'm trying to say with regards to discovery |
| | 21 | production given the volume and all that's involved.  Like I |
| | 22 | said, I'm highly disinclined to move the trial again given |
| | 23 | how long it is and counsel's need to allocate time and |
| | 24 | resources and Mr. Burke's interest in a speedy trial, too. |
| 14:25 | 25 | Anything else that I need to be aware of? |

14:26    1              MR. TREZEVANT:  Nothing from the government.

2              DEFENSE COUNSEL:  No, Your Honor.  Thank you.

3              THE COURT:  Okay.  Thank you we are adjourned.

4              (Proceedings concluded.)

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

19

14:26  1    **UNITED STATES DISTRICT COURT )**
                                       **)**
       2    **MIDDLE DISTRICT OF FLORIDA   )**

       3                    <u>**REPORTER TRANSCRIPT CERTIFICATE**</u>

       4

14:26  5         I, Howard W. Jones, Official Court Reporter for the
            United States District Court, Middle District of Florida,
       6    certify, pursuant to <u>*Section 753, Title 28, United States*</u>
            <u>*Code*</u>, that the foregoing is a true and correct transcription
       7    of the stenographic notes taken by the undersigned in the
            above-entitled matter (Pages 1 through 18 exclusive) and
       8    that the transcript page format is in conformance with the
            regulations of the Judicial Conference of the United States
            of America.

       9

14:26  10                              /s   Bill Jones

                                       _____
       11                              Bill Jones, RDR, RMR, FCRR
                                       Official Court Reporter
       12                              United States District Court
                                       Middle District of Florida
       13                              Tampa Division
                                       Date:  05-29-25

       14

       15

       16

       17

       18

       19

       20

       21

       22

       23

       24

       25

DEFENSE COUNSEL: [1] 18/2
MR. MADDUX: [4] 4/12 4/16 5/7 12/7
MR. RASCH: [1] 8/24
MR. TREZEVANT: [22]
THE COURT: [29]
THE DEFENDANT: [1] 15/4

**/**
/s [1] 19/10

**0**
05-29-25 [1] 19/13

**1**
124 [1] 13/20
13B [1] 2/14
14 [2] 13/3 13/14
18 [1] 19/7

**2**
20 [1] 1/5
2024 [1] 10/25
2025 [6] 1/5 12/13

13/3
20817 [1] 2/10
2102 [1] 2/7
25 [1] 19/13
28 [1] 19/5
2:04 [1] 1/6
2:26 [1] 1/6
2nd [1] 13/16

**3**
301/547-6925 [1] 2/11
3161 [4] 11/2 11/9 11/16 12/21
3200 [1] 2/3
33602 [2] 2/4 2/14
33606 [1] 2/7
3363 [1] 2/8

**4**
400 [1] 2/3

**5**
5th [1] 12/4

**6**
6000 [1] 2/4
6158 [1] 2/15
68 [1] 4/4
6925 [1] 2/11

**7**
753 [1] 19/5
7919 [1] 2/10

**8**
801 [1] 2/14
813/253-3363 [1] 2/8
813/274-6000 [1] 2/4
813/301-6158 [1] 2/15
8:24-cr-68 [1] 4/4
8:24-cr-68-KKM-T GW [1] 1/5

**A**
about [5] 6/15 13/22 14/10 14/23 16/10
above [1] 19/7
above-entitled [1] 19/7
absent [1] 13/16
accessible [3] 7/20 12/22 17/10
accurate [1] 16/3
achieve [1] 5/3
act [1] 10/9
actually [1] 11/13
ADAM [1] 2/2
address [1] 4/18
addressed [1] 14/20
addressing [1] 13/15
adequate [1] 15/13

# A

adjourned [1]  18/3
admired [1]  15/18
admitted [1]  4/24
advancement [1]
 10/9
advisement [1]
 11/10
advocacy [1]  15/9
advocate [1]  15/12
affront [1]  7/7
after [1]  6/5
afternoon [6]  4/3
 4/7 4/10 4/12 4/15
 4/16
again [1]  17/22
ago [1]  15/17
agree [1]  16/13
agrees [1]  7/10
aided [1]  1/24
all [9]  4/15 5/19 6/6
 10/7 12/20 15/19
 16/5 16/22 17/21
alleged [1]  16/18
allocate [1]  17/23
allow [1]  13/10
along [1]  10/12
already [2]  7/3
 12/17
also [4]  2/12 4/14
 9/5 17/2
always [2]  14/6
 15/18

12/10 13/1 13/10
 15/10 16/12
ameliorate [1]
 17/10
Amendment [11]
 5/15 7/5 7/7 7/22
 7/25 8/14 9/8 15/2
 16/14 17/8 17/11
AMERICA [2]  1/3
 19/8
amicus [2]  10/15
 13/9
analysis [1]  6/20
another [2]  8/22
 9/7
any [17]  5/18 6/25
 8/15 8/20 8/20 9/16
 10/15 12/5 13/9
 13/23 14/10 14/24
 15/3 15/23 15/25
 17/18 17/18
anyone [1]  13/12
anything [4]  5/5
 10/13 17/14 17/25
appeal [2]  7/16
 16/25
APPEARANCES
 [1]  1/25
appellate [1]  9/18
applies [1]  7/1
apply [2]  6/3 6/4
appreciate [1]

appreciated [1]  7/4
appreciates [2]
 5/13 9/10
appropriate [2]
 14/4 14/18
appropriately [1]
 10/12
are [40]
aren't [1]  13/11
argument [4]  3/3
 3/4 8/21 17/9
arguments [5]  8/9
 9/22 10/1 10/1 10/2
articulate [1]  12/2
as [21]
asked [2]  11/6 12/9
aspects [1]  8/20
assistance [2]  14/7
 14/17
Assistant [1]  2/3
assume [2]  13/4
 13/14
attention [1]  11/24
Attorney's [1]  2/12
attorneys [2]  2/3
 14/22
authored [1]  4/21
available [1]  7/1
Avenue [1]  2/14
avoid [2]  7/21 7/25
aware [8]  10/13
 14/7 14/8 14/16

Case 8:24-cr-00068-KKM-TGW   Document 119   Filed 06/11/25   Page 22 of 33 PageID 1099

# A

aware... [4]  16/20
 17/15 17/16 17/25

# B

back [2]  8/3 15/20
backward [1]  11/22
Bar [1]  15/14
based [1]  16/19
bases [2]  12/2 12/21
be [31]
bears [2]  7/14
 16/15
beat [1]  17/4
because [8]  5/25
 8/21 12/9 13/21
 14/17 16/10 16/16
 17/1
been [6]  10/6 10/16
 12/8 12/17 15/25
 16/3
before [4]  1/12 5/15
 12/24 14/14
begin [1]  12/12
being [4]  4/24 9/6
 16/14 17/1
beings [2]  5/3 5/4
best [1]  12/15
Bethesda [1]  2/10
better [2]  14/21
 17/19
between [1]  9/13
big [1]  5/9

bit [2]  8/19 13/11
both [5]  4/10 10/1
 14/22 15/16 16/6
breaks [1]  7/9
bridge [1]  14/13
brief [2]  4/21 13/24
briefing [7]  4/19
 4/23 7/4 8/23 10/15
 16/6 17/5
bring [1]  10/21
bringing [1]  11/23
brought [1]  9/19
bucket [1]  6/2
buckets [1]  6/10
burden [3]  7/14
 16/2 16/15
BURKE [8]  1/7 4/4
 4/13 14/6 14/24
 15/9 15/12 15/24
Burke's [1]  17/24

# C

CALLED [1]  4/1
can [8]  5/24 10/2
 10/18 11/17 11/25
 14/2 15/11 16/5
capable [1]  15/10
case [12]  1/5 4/3
 5/23 9/3 9/5 9/17
 10/5 10/17 12/9
 12/16 13/12 14/15
cases [1]  15/11

16/11
certain [2]  12/12
 12/18
CERTIFICATE [2]
 3/6 19/3
certify [1]  19/5
challenge [1]  5/16
challenges [1]  8/14
chance [1]  14/14
changed [1]  8/18
changes [1]  6/20
charge [1]  10/6
checked [1]  4/25
checks [1]  5/4
chilling [1]  7/8
citations [1]  16/3
cite [2]  4/25 5/4
clear [3]  5/24 14/21
 17/5
clearly [1]  4/25
Cleveland [1]  2/7
Code [1]  19/6
colloquy [1]  14/6
coming [1]  15/20
communicating [2]
 6/23 9/14
communication
 [16]  5/19 5/21 6/2
 6/8 6/13 7/6 7/11
 8/12 9/1 9/12 9/13
 9/14 9/15 16/21
 17/9 17/13

C

communications [7] 5/20 7/2 7/21 7/24 16/12 16/18 17/7
competent [1] 15/12
computer [1] 1/24
computer-aided [1] 1/24
concerned [1] 13/21
concerns [2] 7/5 9/8
concluded [1] 18/4
conference [2] 4/5 19/8
conferring [1] 9/18
conflict [1] 13/22
conformance [1] 19/7
Congress [1] 10/10
consent [12] 6/12 6/18 6/18 6/25 7/24 8/2 8/3 8/3 9/12 9/12 17/7 17/12
consider [1] 8/11
considered [4] 5/19 5/21 6/7 11/8
constitutional [1] 5/16
context [1] 11/8
continuance [1] 11/9
continue [3] 10/18

continued [2] 10/25 11/7
continuing [1] 10/12
conviction [1] 14/14
core [1] 7/8
correct [2] 13/1 19/6
could [3] 7/21 10/20 14/20
counsel [7] 4/20 5/1 14/7 14/25 15/1 16/1 17/19
counsel's [2] 15/14 17/23
counts [3] 16/17 17/1 17/2
couple [1] 10/21
coupled [1] 12/23
course [1] 7/9
court [21]
courtroom [1] 14/5
cr [2] 1/5 4/4
create [1] 7/7
criminal [2] 9/18 9/22
currently [1] 6/12

D

data [1] 12/22
date [7] 10/11

12/12 12/18 19/13
day [2] 11/25 12/1
days [2] 13/3 13/14
dead [1] 17/4
decision [1] 16/6
Defendant [7] 1/8 2/6 4/11 7/14 11/6 12/16 14/6
defense [7] 4/20 5/17 6/10 8/5 12/5 12/22 16/13
defense's [4] 7/18 8/15 8/17 12/10
defenses [1] 7/13
define [1] 8/3
defined [2] 6/14 16/21
definition [1] 9/11
did [2] 11/15 14/1
didn't [4] 11/13 12/6 13/3 13/14
different [3] 6/25 8/1 8/1
directed [1] 13/24
discovery [2] 16/20 17/20
discussed [2] 5/11 17/6
disinclined [1] 17/22
dismiss [2] 10/4 13/21

# D

dismissed [1]  17/1
dismissing [1]  16/17
disservice [1]  5/2
DISTRICT [9]  1/1 1/1 1/13 19/1 19/2 19/5 19/5 19/12 19/12
DIVISION [2]  1/2 19/13
do [14]  4/24 5/9 7/7 7/23 8/8 10/20 11/17 11/19 13/12 14/20 14/24 15/2 15/3 17/13
documents [3]  14/9 14/9 14/11
does [2]  12/5 14/3
don't [10]  6/3 8/22 14/1 14/17 14/20 14/21 15/7 15/23 17/4 17/11
done [3]  5/3 5/4 14/12
due [2]  13/3 15/9
DUSO [1]  2/2

# E

each [1]  9/5
earlier [1]  9/15
either [1]  6/13
electronic [11]  5/21 6/7 6/13 7/6 7/6 7/11 7/20 8/12 16/12 16/22 17/9
elects [1]  13/12
element [3]  7/10 7/21 8/4
elements [3]  7/5 7/13 16/15
else [5]  5/5 10/13 16/8 17/14 17/25
emphasize [1]  4/22
end [1]  14/15
endeavoring [1]  8/17
ends [1]  12/14
enter [1]  10/14
entered [2]  12/11 13/20
entering [1]  13/9
enterprise [1]  5/2
entertain [1]  13/8
entitled [1]  19/7
error [1]  14/3
errors [1]  15/8
ESQ [4]  2/2 2/2 2/6 2/9
ethical [1]  4/23
even [2]  5/15 13/4
ever [3]  4/24 10/16 14/14
every [2]  10/16 14/8
Everybody [1]  14/2
everyone [3]  13/5/22
evidence [2]  16/20 17/2
exception [4]  6/12 7/1 7/20 17/10
exceptions [5]  6/3 8/13 8/13 16/14 16/14
excludable [1]  12/21
exclusive [1]  19/7
exercising [1]  15/1
expect [2]  4/22 5/3
expectation [1]  12/8
expected [1]  5/13
extent [2]  12/16 15/24
extra [1]  16/2

# F

fact [1]  16/17
falls [1]  8/3
familiar [3]  15/10 15/13 15/17
FCRR [2]  2/13 19/11
few [2]  5/12 5/14
filed [4]  4/19 6/6 13/2 13/23
filings [1]  16/19
final [2]  10/2 13/18
find [1]  12/13

**F**

finding [3]  11/3 11/11 11/18
fine [1]  11/12
first [15]  4/18 5/15 6/4 7/5 7/7 7/22 7/25 8/9 8/14 9/7 10/24 11/25 16/13 17/8 17/10
FLORIDA [9]  1/1 1/6 2/4 2/7 2/14 2/14 19/2 19/5 19/12
foregoing [1]  19/6
form [1]  12/22
format [1]  19/7
found [2]  10/4 16/11

**G**

get [6]  5/15 8/17 9/25 14/3 14/13 14/15
getting [1]  15/24
Gina [2]  2/12 4/8
given [5]  13/11 15/14 16/11 17/21 17/22
go [2]  12/24 14/13
goal [1]  5/10
going [4]  7/16 8/11 10/14 14/13
gonna [1]  13/10

good [9]  4/3 4/7 4/10 4/12 4/15 4/16 12/13 14/22 15/24
government [14]  2/2 6/11 7/10 7/12 8/22 9/3 9/10 10/7 13/7 13/17 16/4 16/10 16/15 18/1
government's [7]  5/22 6/22 7/15 7/23 8/7 8/10 17/12
Grand [1]  16/11
grant [1]  12/14
granting [3]  11/2 11/4 12/10
grave [1]  6/3
guess [1]  17/19

**H**

hac [1]  4/24
had [2]  14/16 15/25
hadn't [1]  12/6
happy [1]  11/19
has [9]  6/2 8/25 9/4 9/6 10/6 14/7 14/10 15/9 15/12
hasn't [1]  12/17
have [22]
he [5]  14/6 14/7 14/8 14/9 14/10
he's [2]  15/11 15/14
heard [1]  12/5
hearing [9]  1/12

4/18 5/18 6/12 7/19 8/19 11/5 11/6 16/11
hearings [2]  5/12 17/6
heart [1]  5/16
here [7]  4/3 4/4 4/13 5/3 8/9 9/20 14/4
hiccups [1]  15/25
highest [1]  4/22
highly [1]  17/22
him [1]  15/17
his [3]  14/7 14/11 15/18
hit [1]  7/18
Honor [19]  4/7 4/12 5/7 8/24 9/19 10/20 11/16 12/7 13/1 13/19 14/2 15/4 15/6 15/15 16/7 16/23 17/3 17/17 18/2
HONORABLE [1]  1/12
hope [1]  10/11
horse [1]  17/5
how [11]  5/22 6/12 6/13 6/21 6/25 7/6 8/3 8/12 10/6 17/12 17/23
Howard [2]  2/13 19/4

# H

however [1]  14/1
human [4]  5/3 5/4 5/18 6/7

# I

I'll [1]  12/2
I'm [12]  4/13 8/21 11/19 13/22 14/22 15/13 15/17 15/18 16/19 17/16 17/20 17/22
I've [1]  15/17
identified [1]  7/19
imagine [1]  9/18
implications [1]  6/3
inclined [1]  16/13
individual [1]  6/23
individuals [2]  6/16 6/16
ineffective [1]  14/17
informed [2]  10/2 16/6
informs [1]  9/11
initially [1]  10/9
intend [3]  5/23 10/17 13/9
intercepted [1]  9/6
interception [4]  7/6 7/10 8/25 9/4
interest [5]  11/3 11/9 11/18 12/15

internet [3]  5/20 6/19 6/24
inviting [2]  10/15 13/9
involved [2]  9/22 17/21
is [64]
isn't [1]  15/25
issue [8]  5/9 6/4 8/24 9/2 9/7 13/22 13/25 16/16
issues [5]  5/15 15/25 16/3 16/5 17/18
it [32]
it's [16]  6/14 6/22 8/11 8/18 9/1 9/6 11/4 11/12 11/20 12/4 13/13 14/7 14/21 16/18 16/21 17/5
iteration [1]  8/22
iterations [1]  10/3
its [2]  8/19 13/20

# J

JAY [2]  2/2 4/7
Jones [4]  2/13 19/4 19/10 19/11
JUDGE [3]  1/13 11/10 14/22
Judicial [1]  19/8

July [2]  11/21
July 7th [1]  11/21
June [6]  11/1 12/17 13/3 13/11 13/14 13/16
June 2 [1]  13/3
June 2025 [1]  12/17
June 2nd [1]  13/16
Jury [1]  16/11
just [16]  5/23 7/5 8/24 9/25 11/21 12/8 13/4 13/14 13/14 14/11 14/19 14/21 14/21 15/13 15/18 16/19
justice [4]  11/3 11/9 11/18 12/14

# K

KATHRYN [1]  1/12
kind [1]  9/17
KKM [1]  1/5
know [4]  7/15 7/23 10/1 14/22

# L

lack [1]  15/9
landscape [1]  8/1
last [15]  4/19 5/11 5/18 6/6 6/11 7/4 7/19 8/19 11/6 12/1 13/2 13/20 15/8 16/11 17/5

## L

later [2]  11/7 13/11
latter [1]  6/21
law [3]  2/9 9/5 10/5
lawyers [1]  15/10
least [4]  10/21
 13/15 14/5 14/19
legal [2]  8/1 16/1
light [4]  5/11 8/2
 8/13 16/17
like [8]  6/9 6/22
 8/18 10/21 13/8
 14/3 14/20 17/21
litigated [1]  10/7
little [2]  13/10
 13/21
long [2]  15/16
 17/23
looking [1]  11/22
lot [4]  8/6 8/9 14/12
 14/13

## M

ma'am [2]  7/17
 13/13
MADDUX [5]  2/6
 2/6 4/13 4/21 15/16
Maddux's [1]  15/10
made [1]  11/16
main [1]  4/17
make [4]  5/12 10/2
 14/2 16/5
making [1]  13/7

MARK [3]  2/9 2/9
 4/13
Maryland [1]  2/10
matter [4]  8/8 10/3
 12/25 19/7
May [1]  1/5
McCann [1]  8/2
me [8]  4/8 4/13
 5/14 9/16 11/25
 14/25 15/3 16/2
mean [2]  5/18 6/14
member [1]  15/14
MICHAEL [3]  2/6
 2/6 4/12
MIDDLE [4]  1/1
 19/2 19/5 19/12
might [4]  13/22
 14/3 16/2 17/6
minutes [1]  11/5
misleads [1]  5/1
missing [1]  8/21
MIZELLE [1]  1/12
moment [1]  12/3
more [4]  9/21 13/8
 13/23 15/12
most [3]  10/4 12/22
 16/5
motion [18]  1/12
 5/10 6/6 7/18 11/1
 11/2 11/4 11/14
 12/6 12/11 12/14
 12/23 13/2 13/8
 13/16 13/21 13/23

motions [2]  9/23
 10/4
move [3]  10/11
 10/12 17/22
moved [1]  5/10
moving [1]  8/6
MR [7]  3/3 3/4 4/21
 5/17 9/17 15/10
 15/15
Mr. [8]  4/4 4/13
 14/6 14/24 15/9
 15/12 15/24 17/24
Mr. Burke [7]  4/4
 4/13 14/6 14/24
 15/9 15/12 15/24
Mr. Burke's [1]
 17/24
Ms. [1]  11/25
Ms. O'Brien [1]
 11/25
much [4]  8/8 8/16
 8/21 9/11
multiple [2]  6/16
 12/2
music [1]  6/8
my [6]  11/24 15/7
 15/8 15/24 16/18
 16/25

## N

narrowed [1]  8/18
navigating [1]  16/2

**N**

need [7]  5/5 8/16
 10/11 12/5 17/14
 17/23 17/25
needs [1]  12/23
never [4]  11/16
 11/21 14/12 14/15
new [1]  13/23
night [2]  6/6 13/2
no [10]  1/5 5/7
 10/11 12/7 15/4
 15/17 17/1 17/2
 17/16 18/2
normally [1]  11/8
not [21]
noted [1]  11/2
notes [1]  19/6
nothing [2]  16/7
 18/1
notice [1]  4/19
November [1]
 10/25
now [3]  11/12 11/20
 12/20
nuance [1]  9/10

**O**

O'Brien [1]  11/25
obligation [1]  8/7
obviously [4]  8/2
 9/21 12/23 15/1
occur [2]  8/25 9/4
occurring [1]  9/1

October [3]  12/4
 12/4 12/20
October 5 [1]  12/20
October 5th [1]
 12/4
off [2]  6/24 16/19
office [3]  2/9 2/12
 4/9
Official [2]  19/4
 19/11
officially [1]  12/6
okay [9]  9/9 9/21
 10/23 11/17 12/10
 15/5 17/4 17/14
 18/3
one [4]  7/16 8/24
 9/2 10/21
ones [2]  6/17 7/3
only [3]  7/10 7/13
 16/9
operations [1]  8/10
opposing [1]  5/1
oral [7]  11/1 11/1
 11/4 11/14 16/12
 16/17 16/21
order [11]  4/1 8/9
 10/14 11/4 11/11
 12/12 12/19 13/9
 13/20 15/8 15/25
originally [1]  13/19
other [10]  5/19 8/15
 9/2 9/5 9/11 13/24
 15/11 15/14 16/8

others [1]  10/22
our [4]  4/9 8/18
 12/7 13/2
out [1]  5/25
outweigh [1]  12/15
over [1]  5/20
overlaid [1]  10/8

**P**

p.m [2]  1/6 1/6
PA [1]  2/6
page [2]  3/2 19/7
Pages [1]  19/7
paralegal [2]  2/12
 4/9
part [2]  11/3 12/8
participate [1]
 13/10
particularly [2]
 4/24 7/8
parties [1]  9/5
parties' [2]  9/25
 16/6
passed [1]  10/9
past [1]  10/7
people [1]  9/13
person [2]  6/18
 6/19
perspective [2]  8/15
 15/7
pertinent [1]  14/9
pieces [1]  8/6

# P

Plaintiff [1]  1/4
point [4]  6/5 7/18
13/13 14/5
points [4]  8/16 10/6
10/17 10/21
poses [1]  8/13
position [6]  5/22
7/15 7/23 8/10 8/18
8/19
posts [2]  5/10 6/23
posture [2]  11/22
12/9
practice [1]  9/23
precipitated [1]
15/8
preliminary [1]
5/14
present [2]  2/12
4/14
preserved [1]  16/1
press [1]  7/16
pressure [2]  8/16
10/6
previous [1]  13/21
pro [1]  4/24
probable [1]  16/11
probably [2]  10/14
13/9
problem [4]  7/22
7/25 16/14 17/11
proceed [1]  10/18
proceeding [1]  5/23
proceedings [3]
1/24 14/8 18/4
producing [1]  7/15
product [1]  5/1
production [1]
17/21
productions [1]
10/12
proficiency [1]  4/23
proof [1]  7/14
properly [1]  16/4
protected [1]  7/8
proving [1]  16/16
public [1]  12/15
purposes [1]  6/15
pursuant [2]  12/18
19/5
put [1]  17/2

# Q

question [6]  6/5 7/9
8/4 10/15 10/16
15/23
questions [7]  9/16
10/16 14/10 14/24
15/3 15/4 16/1

# R

raise [5]  9/7 11/21
13/22 14/1 14/19
raised [3]  9/22
10/16 16/4
raising [1]  8/8
RASCH [3]  2/9 2/9

RDR [2]  2/13 19/11
re [1]  9/14
re-communicating
[1]  9/14
read [1]  6/6
readily [3]  7/1 7/20
17/10
real [2]  5/16 16/20
realize [1]  12/6
really [1]  16/22
reason [1]  17/19
receiving [1]  6/20
recipient [1]  6/24
record [1]  14/22
recorded [1]  6/17
regards [7]  4/18 5/5
7/24 8/2 8/7 14/25
17/20
regulations [1]  19/8
related [1]  10/22
relying [1]  9/3
remedy [1]  16/16
remind [1]  16/10
removed [1]  12/17
renewed [1]  12/23
replacement [1]
13/23
reported [1]  1/24
Reporter [5]  2/13
3/6 19/3 19/4 19/11
reposting [1]  6/19
representation [3]

# R

**representation... [3]**  14/11 15/13 15/24
**representations [1]**  5/18
**represented [1]**  4/20
**representing [1]**  6/11
**request [1]**  12/9
**required [2]**  6/18 7/21
**research [1]**  5/3
**reset [1]**  12/18
**resolution [1]**  10/2
**resolved [1]**  12/24
**resources [1]**  17/24
**respected [1]**  15/18
**respond [4]**  8/7 8/12 8/22 16/5
**responded [1]**  8/16
**response [3]**  5/13 5/24 13/3
**responses [1]**  17/12
**rest [2]**  7/3 7/13
**retain [1]**  15/1
**right [9]**  9/12 9/13 11/12 11/20 14/7 14/25 15/1 15/2 16/25
**RMR [2]**  2/13 19/11
**Road [1]**  2/10

**round [1]**  7/4
**rub [1]**  14/2
**rule [1]**  11/13
**ruled [1]**  12/6
**ruling [3]**  3/5 10/17 16/25

# S

**said [4]**  8/18 9/4 13/8 17/22
**salt [1]**  14/2
**same [1]**  7/25
**satisfying [1]**  17/8
**saw [1]**  4/19
**say [5]**  5/5 6/22 12/1 15/11 17/20
**saying [1]**  11/13
**scheduling [2]**  12/12 12/18
**second [2]**  5/9 12/25
**Section [1]**  19/5
**see [1]**  4/25
**seem [1]**  14/3
**seemingly [1]**  10/8
**seems [2]**  5/14 5/17
**September [5]**  10/19 11/7 12/1 12/13 12/19
**September 2025 [2]**  12/13 12/19
**served [1]**  12/14
**set [1]**  17/5

**setting [1]**  12/12
**should [2]**  10/13 12/1
**side [1]**  15/20
**sides [1]**  10/1
**significant [1]**  10/8
**since [1]**  10/9
**singing [1]**  6/8
**situation [3]**  6/21 14/12 16/24
**Sixth [1]**  15/2
**so [18]**  5/24 6/4 6/8 8/6 9/7 10/2 10/18 11/11 11/20 11/21 11/21 13/25 14/6 14/11 14/19 16/2 16/5 16/24
**solution [1]**  17/7
**some [3]**  5/9 14/5 14/5
**somehow [1]**  14/16
**someone [3]**  6/8 9/14 14/16
**something [1]**  6/23
**sometimes [1]**  9/22
**sooner [1]**  17/19
**sort [4]**  4/25 5/14 5/24 14/5
**sorts [1]**  5/19
**sounds [1]**  6/6
**speaking [2]**  6/17 9/5
**speaks [2]**  4/6 4/11

## S

speech [1]  7/8
speed [1]  13/11
speedy [2]  12/16
 17/24
Springer [1]  2/10
stage [1]  14/8
standards [1]  4/23
started [1]  15/16
State [1]  15/16
STATES [13]  1/1
 1/3 1/13 4/4 4/6 4/8
 5/13 13/1 19/1 19/5
 19/5 19/8 19/12
status [1]  4/5
statute [1]  16/21
statutory [1]  7/20
stenographic [1]
 19/6
sticking [1]  7/12
still [3]  11/12 16/16
 16/18
Street [2]  2/3 2/7
striking [1]  13/20
sub [1]  6/5
sub-point [1]  6/5
submit [1]  10/15
substantial [2]  8/9
 10/5
suggest [1]  14/16
suggests [1]  9/6
Suite [2]  2/3 2/14
sure [1]  5/12

suspected [1]  4/20

## T

taken [1]  19/6
taking [1]  6/24
talked [1]  16/10
talking [1]  6/15
TAMPA [7]  1/2 1/6
 2/3 2/4 2/7 2/14
 19/13
technological [1]
 10/8
technology [1]  8/11
tell [2]  10/14 11/25
term [3]  12/1 12/13
 12/18
terms [1]  10/5
TGW [1]  1/5
than [4]  6/25 9/22
 15/13 16/8
Thank [6]  5/8
 11/23 15/6 17/17
 18/2 18/3
that [100]
that's [16]  5/22 6/4
 6/23 6/24 7/15 7/16
 8/4 9/2 9/7 10/7
 10/16 11/4 13/4
 13/5 13/25 17/21
their [2]  6/25 10/2
them [3]  8/13 9/19
 16/2
then [7]  7/3 7/13

 8/2 8/12 12/25
 13/18 16/24
there [20]
there's [2]  8/6
 14/12
these [4]  9/21 10/16
 10/17 16/1
they [9]  5/10 5/22
 6/17 7/16 8/8 13/11
 13/23 14/16 14/22
thing [2]  13/18 16/9
things [2]  4/17 8/20
think [24]
thinks [1]  17/19
this [22]
those [8]  6/10 7/7
 7/12 7/25 14/9
 14/10 17/2 17/11
though [1]  13/4
through [4]  11/12
 11/20 12/20 19/7
throughout [1]
 10/3
time [7]  9/13 10/9
 11/15 12/20 13/8
 15/16 17/23
TIMOTHY [1]  1/7
Title [1]  19/5
today [1]  9/20
today's [1]  4/18
together [1]  15/16
too [1]  17/24
took [2]  5/17 11/10

# T

transcribed [1]  1/24
transcript [3]  1/12 19/3 19/7
transcription [2]  1/24 19/6
transfer [1]  12/22
transmission [1]  9/1
transmitted [2]  5/20 9/7
TREZEVANT [4]  2/2 4/8 5/17 9/17
trial [14]  6/15 7/14 10/11 10/19 10/25 12/1 12/11 12/13 12/16 12/17 12/24 14/14 17/22 17/24
tricky [1]  16/1
true [1]  19/6
trying [2]  5/2 17/20
Turk [1]  9/3
two [6]  4/17 6/16 9/4 9/13 13/5 15/10
type [1]  10/6

# U

U.S [2]  2/3 2/12
unanticipated [1]  5/11
under [4]  11/10 12/21 14/13 16/21

# underlying [1]

12/21
undersigned [1]  19/6
understand [8]  5/24 8/10 8/19 9/9 11/23 15/19 17/3 17/9
understanding [2]  13/2 16/19
understands [2]  14/9 15/22
understood [1]  6/11
UNITED [13]  1/1 1/3 1/13 4/4 4/6 4/8 5/12 13/1 18/5 19/5 19/5 19/8 19/12
unrelated [2]  10/22 10/24
up [2]  10/21 13/11
useful [1]  9/18
using [1]  6/19

# V

various [1]  10/3
versus [1]  9/11
very [6]  8/16 8/21 9/11 15/10 15/11 15/17
vice [1]  4/24
video [2]  6/14 6/17
view [2]  6/22 6/25

# vis [1]

7/24 7/24
voice [2]  5/19 6/7
voices [1]  6/7
volume [1]  17/21
vs [2]  1/5 8/11

# W

want [19]  4/17 4/22 4/25 5/12 5/23 7/15 8/21 8/22 9/25 10/1 13/3 13/14 14/1 14/1 14/15 14/19 16/4 16/9 17/4
wanted [1]  11/21
was [12]  4/19 4/20 4/21 6/6 7/4 10/9 10/25 11/1 11/8 12/7 13/19 13/21
wasn't [1]  7/19
water [1]  14/13
we [20]
we're [1]  11/12
website [1]  6/22
week [2]  13/5 15/8
week's [1]  4/19
well [3]  11/5 13/24 17/6
were [2]  12/21 15/8
weren't [1]  14/16
West [1]  2/7
Wetherald [2]  2/12 4/9

# W

**what [14]**  4/20 5/11 5/13 6/15 7/23 8/11 9/12 10/1 11/8 11/25 12/4 16/19 17/5 17/20

**when [3]**  10/25 13/19 16/2

**where [3]**  10/5 11/6 16/25

**whereas [1]**  17/8

**whether [3]**  8/4 8/25 14/4

**which [15]**  5/15 6/2 6/3 6/3 6/12 6/14 7/4 7/19 9/12 10/3 11/2 11/7 12/2 12/23 16/4

**while [4]**  8/25 9/1 9/4 9/6

**who [8]**  4/6 4/11 4/21 6/16 6/19 6/23 6/24 13/9

**whole [3]**  5/2 9/11 16/17

**whom [1]**  8/4

**whose [1]**  6/17

**why [1]**  16/4

**will [3]**  9/7 10/14 13/8

**wire [10]**  5/19 6/13 7/6 7/11 7/24 8/11 16/12 16/22 17/7

**wish [1]**  13/10

**without [2]**  6/8 13/15

**work [5]**  4/25 14/12 15/11 15/14 15/18

**worked [1]**  15/15

**worried [2]**  13/22 14/23

**would [18]**  5/21 8/12 9/17 9/18 10/21 11/8 11/11 12/8 14/11 14/15 14/17 16/18 16/24 16/25 17/1 17/2 17/10 17/13

**wouldn't [1]**  16/16

**wound [1]**  14/2

**written [1]**  11/11

# Y

**Yes [12]**  6/1 7/17 8/24 9/19 9/24 13/6 13/7 13/13 13/18 16/7 16/23 17/3

**you [19]**  4/10 4/15 5/8 8/3 10/14 11/13 11/15 11/16 11/23 11/25 14/24 14/25 15/3 15/6 16/25 17/1 17/17 18/2 18/3

**your [22]**

# Z

**zealous [2]**  15/9 15/12