UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,
Plaintiff,

v.   CASE NO. 8:24-cr-68-KKM-TGW

TIMOTHY BURKE,
Defendant.
_____/

**ORDER**

THIS CAUSE came on for consideration upon the Unopposed Motion for Special Admission (Doc. 137).

Gabriel Rottman requests special admission to represent proposed amicus Reporters Committee for Freedom of the Press (id.).

It is, therefore, upon consideration,

ORDERED:

That the Unopposed Motion for Special Admission (Doc. 137) be, and the same is hereby, **GRANTED** and Gabriel Rottman will represent proposed amicus Reporters Committee for Freedom of the Press

DONE and ORDERED at Tampa, Florida, this 24th day of June 2025.

_____
THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE