# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**UNITED STATES OF AMERICA**

v.                              CASE NO.: 8:24-cr-00068-KKM-TGW

**TIMOTHY BURKE**

_____/

## DEFENDANT TIMOTHY BURKE'S UNOPPOSED MOTION FOR LEAVE TO FILE REPLY TO RESPONSE TO MOTION TO DISMISS

COMES NOW, Defendant Burke, by and through the undersigned counsel and pursuant to Local Rule 3.01(d) hereby moves this Honorable Court to allow an opportunity to reply to Government's Response to Motion to Dismiss. (Doc 138) In support thereof, Defendant states as follows:

1. On May 19, 2025, Defendant filed a Replacement Motion to Dismiss. (Doc 125)

2. On June 23, 2025, the Government filed the Response in Opposition. (Doc 138)

3. Defendant seeks leave to reply to address specifically, 1) the legislative history of the ordinary course of business exception, and 2) whether Mr. Burke is a "subscriber or user."

4. Defendant seeks to file a Reply which is six (6) pages in length.

## Memorandum of Law

Local Rule 3.01(c) requires that "[n]o party shall file any reply or further memorandum directed to the motion or response allowed … unless the Court grants leave." Defendant seeks leave to reply to specifically address, 1) the legislative history of the ordinary course of business exception, and 2) whether Mr. Burke is a "subscriber or user."

WHEREFORE, Defendant respectfully requests leave to file a Reply no longer than six (6) pages in length to provide this Honorable Court with a full understanding of the issues presented.

## LOCAL RULE 3.01 CERTIFICATION

In accordance with Middle District Local Rule 3.01(g), the undersigned certifies that he has conferred, in good faith, with counsel for the Government who does not object to the requested relief.

Respectfully submitted,

*s/Michael P. Maddux*
Michael P. Maddux, Esquire
Florida Bar # 964212
Michael P. Maddux, P.A.
2102 West Cleveland Street
Tampa, Florida 32606
Phone: (813) 253-3363
Fax: (813) 253-2553
Email: mmaddux@madduxattorneys.com
         ctonski@madduxattorneys.com

*s/Mark D. Rasch*
Mark D. Rasch
Law Office of Mark Rasch
Member, MD, MA, NY Bar
MDRasch@gmail.com
(301) 547-6925
Admitted *Pro hac vice*


COUNSEL FOR TIMOTHY BURKE

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 2nd day of July 2025, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.

                                        s*/Michael P. Maddux*
                                        Michael P. Maddux, Esquire

3