IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    v.                                    Case No. 8:24-cr-00068-KKM-TGW

TIMOTHY BURKE,

    Defendant.
_____/

**MOTION OF THE FIRST AMENDMENT LAWYERS ASSOCIATION
FOR LEAVE TO JOIN IN THE AMICUS BRIEF OF
THE REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS**

The First Amendment Lawyers Association ("FALA") respectfully moves the Court for leave to join in the amicus brief filed herein on June 27, 2025 by The Reporters Committee for Freedom of the Press (Doc. 146), in lieu of FALA filing a separate amicus brief.

Counsel for The Reporters Committee *amicus curiae,* Gabe Rottman, Esq., has authorized the undersigned to represent that The Reporters Committee supports this request.

Proposed additional amicus, FALA, is a nonprofit organization comprised of attorneys across the United States with a shared commitment to preserving and advancing the rights guaranteed by the First Amendment. Since its founding in the 1960s, FALA has actively participated in cases concerning free expression, freedom

of the press, and restrictions on speech in public spaces. FALA members are often on the front lines of First Amendment litigation, and the organization frequently appears as amicus to protect against government encroachment on constitutional expression.

Proposed amicus, FALA, shares The Reporters Committee's concerns regarding the chilling effect of the Government's position in this matter, adopts the arguments advanced by The Reporters Committee as though separately stated herein, and accordingly urges the Court to reject the Government's position, for all of the reasons stated in The Reporters Committee's brief.

There was no opposition to The Reporters Committee amicus brief and, as stated in the motion of The Reporters Committee, "District Courts have broad discretion to grant leave to file an amicus curiae brief." We accordingly urge the Court to exercise its discretion in this case to permit FALA to join in the amicus brief filed by The Reporters Committee, in lieu of FALA filing a separate brief.

Dated: July 9, 2025

*Respectfully submitted,*

BENJAMIN, AARONSON, EDINGER
& PATANZO, P.A.

  /s/ Gary S. Edinger
GARY S. EDINGER, Esquire
Florida Bar No.: 0606812
305 N.E. 1st Street
Gainesville, Florida 32601
(352) 338-4440/ 337-0696 (Fax)
GSEdinger12@gmail.com
*Attorneys for FALA*

*On The Motion:*

**EDWARD S. RUDOFSKY**
FALA Amicus Chair
Five Arrowwood Lane
Melville, NY 11747
(917) 913-9697
ed@rudofskylaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 9, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system, which will serve notice of the same upon all counsel of record.

  /s/ Gary S. Edinger
GARY S. EDINGER, Esquire
Florida Bar No.: 0606812