## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **Plaintiff,** | CASE NO.: 8:24-cr-00068-KKM-TGW |
| **v.** | |
| **TIMOTHY BURKE,** | |
| **Defendant,** | |

### AMENDED UNOPPOSED MOTION FOR SPECIAL ADMISSION

Pursuant to Local Rule 2.01(d), Counsel for prospective Amicus Curiae, the Internet Accountability Project, hereby moves for special admission of Attorney John D. Ohlendorf to the bar of this Court to represent prospective Amicus Curiae, the Internet Accountability Project, in this action. In support of the motion, John D. Ohlendorf states as follows:

I am not a member in good standing of The Florida Bar.

I am a member in good standing of a bar of a United States District Court; specifically, the United States District Courts for the Eastern District of Missouri, the District of Columbia, and the District of Colorado.

I have not abused the privilege of special admission by maintaining a regular law practice in Florida.

I have initially appeared in the last thirty-six months in these cases in state or federal court in Florida:

*Novoa v. Diaz*, No. 4:22-cv-324 (N.D. Fla.) (PHV granted 9/15/22)

*Pernell v. Lamb*, No. 4:22-cv-324 (N.D. Fla.) (PHV granted 8/31/22)

*Honeyfund v. Desantis*, No. 4:22-cv-00227 (N.D. Fla.) (PHV granted 7/21/22)

I will comply with the federal rules and this Court's local rules.

I am familiar with 28 U.S.C. § 1927, which provides:

> Any attorney or other person admitted to conduct cases in any court of the United States or any Territory thereof who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct.

I have paid the fee for special admission or will pay the fee upon special admission.

I will register with the Court's CM/ECF system.

I affirm the oath, which states:

> I will support the Constitution of the United States. I will bear true faith and allegiance to the government of the United States. I will maintain the respect due to the courts of justice and all judicial officers. I will well and faithfully discharge my duties as an attorney and officer of this Court. I will conduct myself uprightly and according to the law and the recognized standards of ethics of the legal profession.

Dated: July 9, 2025                Respectfully submitted,

John D. Ohlendorf*            */s/ Jason Gonzalez*
Adam P. Laxalt*             Jason Gonzalez (FBN: 146845)
COOPER & KIRK, PLLC      LAWSON HUCK GONZALEZ, PLLC
1523 New Hampshire Ave.,   215 South Monroe St., Suite 320
NW                        Tallahassee, FL 32301
Washington, DC 20036       (850) 825-4334
(202) 220-9600            jason@lawsonhuckgonzalez.com
johlendorf@cooperkirk.com   marsha@lawsonhuckgonzalez.com
alaxalt@cooperkirk.com      michelle@lawsonhuckgonzalez.com

*Pro Hac Vice Pending*

## LOCAL RULE 3.01(g) CERTIFICATION

Counsel for prospective Amicus Curiae, the Internet Accountability Project, has conferred with counsel for the opposing parties and represent the opposing parties do not oppose this motion for special admission.

By: */s/ Jason Gonzalez*
Attorney

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed via the Florida Courts CM/ECF, and a copy of said document has been served on all counsel of record this July 9, 2025.

By: */s/ Jason Gonzalez*
Attorney