**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| **CASE NO.:** | 8:24-cr-68-KKM-TGW | **DATE:** | April 13, 2026 |
|---|---|---|---|
| **HONORABLE: AMANDA A. SANSONE** | | **INTERPRETER:** | N/A |
| UNITED STATES OF AMERICA<br><br>v.<br><br>TIMOTHY BURKE | | **LANGUAGE:** | N/A |
| | | **GOVERNMENT COUNSEL**<br>Jay Trezevant | |
| | | **DEFENSE COUNSEL**<br>Michael Maddux- Retained | |
| **COURT REPORTER:**   DIGITAL | | **DEPUTY CLERK:** | Jeremiah Smith |
| **TIME:** 10:36 am – 10:54 am | **TOTAL:** 18 Minutes | **U.S. PRETRIAL:** | N/A |
| | | **COURTROOM:** | 10B |

**PROCEEDINGS:**

Court in session, counsel identified for the record.

The Court addressed the defense's motion to modify the conditions of release.

Statements were made by counsel.

The Government indicated it has no objection to the defendant traveling within the continental United States for work purposes.

Statements were made by the pretrial officer.

The Court GRANTS the defense's motion to modify the conditions of pretrial release. The defendant is permitted to travel within the continental United States and must report all travel in writing to his pretrial officer within 24 hours of such travel.

The Court ORDERS that the drug testing requirement be removed.

The Court will docket an amended Order of Release.

Court adjourned.