**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA,

Plaintiff,

vs. CASE NO. 8:24-cr-68-KKM-TGW
April 13, 2026
Tampa, Florida
10:36 - 10:54 a.m.

TIMOTHY BURKE,

Defendant.
_________________________________/

**TRANSCRIPT OF MOTION HEARING**
BEFORE THE HONORABLE AMANDA ARNOLD SANSONE
UNITED STATES MAGISTRATE JUDGE

**APPEARANCES:**

For the Government: JAY TREZEVANT, ESQ.
Assistant U.S. Attorney
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602
813/274-6000

For the Defendant: MICHAEL P. MADDUX, ESQ.
Michael P. Maddux, PA
2102 West Cleveland Street
Tampa, Florida 33606
813/253-3363

Court Reporter: Howard W. Jones, RDR, RMR, FCRR
801 N. Florida Avenue, Suite 13B
Tampa, Florida 33602
813/301-6158

Proceedings transcribed via courtroom digital audio recording by transcriptionist using computer-aided transcription.

**P R O C E E D I N G S**

(Court called to order.)

THE COURT: Good morning. We are here on Case No. 24-cr-68-KKM-TGW, United States vs. Timothy Burke.

Could counsel state their appearances, starting with Mr. Trezevant.

**MR. TREZEVANT:** Good morning. Jay Trezevant for the United states.

**THE COURT:** Thank you.

Mr. Maddox?

**MR. MADDUX:** Good morning, Your Honor. Michael Maddox. And seated to my right, Mr. Burke.

**THE COURT:** Thank you.

And we're here on the motion to terminate or modify the conditions of release.

And it seemed to me, based on the motion, Mr. Maddox, that the primary concern was that Mr. Burke's travel restrictions be lifted so that he could travel as needed for work.

If you could just address a little bit what it is he's wanting to do and if there are certain specific work obligations that he's been unable to meet based on the current restrictions or if there's specific prospects that he'd like to be able to explore.

**MR. MADDUX:** Yes, Your Honor, and I think he may

bolster what I say. In essence, Your Honor, we go back to this Court set the conditions after we've been in about seven months of negotiating, trying to get a pre-indictment resolution. He was indicted. Quite surprising to us, but nonetheless, he's indicted. You set the conditions. And we've been able to travel three times.

But Mr. Burke is a journalist and the news can be breaking and at times he's missed opportunities because he can't call me, say, hey, here's when I need to go. Can I go to Washington, D.C., can I go here, can I go there?

And our position in filing the motion is we don't necessarily have a -- I mean, he can give you examples, but I don't have a specific event in two weeks that we're here for. We've been litigating this case for over two years. As you can tell from Doc 236, it's up on appeal. He's probably been drug tested over 15 times. This case has nothing to do with drugs. He has his own private mental health treatment, so he has things in place to be able to cope with the stresses. He's married to a City Councilwoman. So he has all these indicia that he's not going anywhere. And it's really not so much about the burdens as it is the necessity.

And I feel like the government's response, in essence, said we've never objected to him traveling, we probably won't, but, of course, they would want to know the

specifics. And given that he's made every hearing, he hasn't violated the law, he's been fully compliant with everything, we just thought it was appropriate, because this case is really -- you know, it's about double the normal length and we're not even close to having it done.

The government asked for an extension that we agreed to on their appeal. And just so the Court knows, last week they asked for another transcript from the proceedings that we were surprised, because we didn't see how it was relevant. But we understand they're trying to craft their record. And the courts at the Eleventh Circuit sui sponte granted a briefing extension and hasn't even set a date yet for their brief, which was originally due in December. They got a clerk's extension, then they got a 90-day extension. And they also -- that was after a clarification sought.

So this process is going to be over a year probably for the appeal alone. And right now he's facing substantially less charges if the Court maintains Judge Mizelle's dismissal. So most of the charges are misdemeanors. He doesn't have a prior criminal history.

And so all the factors in total warrant that he, I think, based on just the necessity -- is he a flight risk? Absolutely not. He is a citizen living here, working hard. He's married to a significant person in the community. And

is he going to commit new crimes? No.

So we just would like the opportunity to not have to petition the Court every time something comes up. Some of those opportunities he didn't even try to avail himself of because of the need to get into court. And that's not a complaint about the timing or the government's response time. It's just the nature. It's awkward if you're trying to work proactively to have to petition every time you want to go do a job.

And we've had zero problems trying to communicate with Mr. Burke. And, you know, he's going to have to be coming to my office regularly, because if you recall, the original protective order by Judge Wilson says he can only review the discovery in my office.

So there's just a lot that I think is not required by statute. So we'd ask that you refashion, drop the drug testing, allow him to have free travel. If you want him to call in once a week, that's fine. But even that, it's like if he missed, he could be facing going to jail and it'd be nothing about a flight risk or committing a law violation.

So I think, with that in mind, that's why we asked for the modifications, especially given the legs that this thing has taken and how long it looks like it's going to be before it gets resolved. Because even when we come back on appeal, no matter what, there are still potential Rule 17

subpoena issues that linger that were never finally adjudicated that might come up and that could take more time.

**THE COURT:** Okay. Mr. Trezevant, any response?

**MR. TREZEVANT:** Yes, Your Honor. We were never asked, as we put in our motion, about traveling for work, ever. And had we been asked at his arraignment, the defendant, they asked that he be permitted to travel to the Northern District of Florida for family -- health-related visits with a family member. And right there we don't have an objection to that.

If he needs to travel for work, we don't have an issue with him traveling for work within the Continental U.S. if he just provides the information of where he's going to Pretrial and let Pretrial know when he returns. That's -- that's not a problem, that he travel for work.

I always, frankly, prefer defendants charged to participate in legitimate work activities if they can. I think it's better when that can happen, which I think is one of those cases. I think it's better for everybody. I think it's better for the community. I think it's better for the defendant.

So we don't have any objections to him traveling in the Continental U.S. for work-related purposes. Provided he simply let Pretrial know what the travel is and when he

returns and he's back. That's fine with the United States.

And of course, he already has authority to go to the Northern District of Florida for family-related matters under the same idea, that he would simply let Pretrial know and have their concurrence. We don't feel the need to monitor that.

As far as other pretrial conditions, those were set at the initial based upon the information in the Pretrial report. They were appropriate at the time. I see no reason they're still not appropriate. Pretrial is Pretrial. He's charged with serious federal felonies. I understand that as we -- as we sit here today, there are some -- some of the counts have been dismissed by the trial Court. But as we clarified in our motion, they weren't dismissed based on the evidence of whether we could bring those same counts. The dispute more has to do with the First Amendment concerns of the Court and potentially including additional elements, whether it be a wire or whether it would be an electronic. And we're trying to get that cleared up so that we can proceed understanding what the law is.

We have our position, it differs from the Court, but there's not a question as to whether we could meet those evidentiary burdens. That's not an issue in this case from our perspective.

And then other than that, Your Honor, I don't really -- I don't really see the issue.

**THE COURT:** Okay. Thank you, Mr. Trezevant.

Let me ask for Pretrial Services, is that Madison Goodrow in the back?

**PROBATION OFFICER:** Yes, Your Honor.

**THE COURT:** Great. If you could just go ahead and come forward just so you get recorded. I'm just going to ask you a couple of questions.

**PROBATION OFFICER:** (Complies.)

**THE COURT:** Let me just ask I guess the simplest question first. Mr. Maddox indicated that Mr. Burke's been drug tested several times now. Have all of those tests been negative?

**PROBATION OFFICER:** Your Honor, there are some that have come back positive, but they're medication positives. And I do have his prescription list that verifies he's taking medication, so no unauthorized positives. No positives for unauthorized medicines? Yes, Your Honor.

**THE COURT:** Thank you.

And then as far as the travel goes -- and thank you. I know we got from you a copy of the order of release today. When looking back at the docket, we couldn't find the order of release ever got docketed. So I'm thinking

probably what happened is that when Mr. Burke went downstairs to sign off on it with the Marshals, it never actually made it back up to us to be docketed. So I'm going off of the copy that you provided to us, Ms. Goodrow, you know, as far as the location restriction, it seems to me that the only restriction has been that he couldn't leave the Middle District of Florida.

Have you had any issues at all with Mr. Burke in terms of -- I know there's the standard -- the standard special condition, I'll call it, of reporting to Pretrial Services as directed. Have you had any issues at all with Mr. Burke reporting to you in whatever manner you requested that he report to you?

**PROBATION OFFICER:** No, your Honor.

**THE COURT:** And so if you've asked him to come in person, he comes in person, if you've asked him to call, he calls? Whatever it is that you're requiring, he complies with?

**PROBATION OFFICER:** Yes. Your Honor, I will say I haven't had his case from its origin. It has been transferred to me from other officers, but to my knowledge, in reviewing the case, there was no reported noncompliance. When I've had him, he checks in on the schedule that he's been instructed to do so. I have not had any issue or observed any issue in the case.

**THE COURT:** How long have you been supervising Mr. Burke?

**PROBATION OFFICER:** It's been very recent. I want to say I got his case in February of this year.

**THE COURT:** Okay. That's a couple months. And who -- who was supervising Mr. Burke before you?

**PROBATION OFFICER:** That was Mr. Jose Baez.

**THE COURT:** Okay. But looking back, if there -- if he had had any problems with Mr. Burke, is it fair for me to assume he would have included those in some kind of note system that you'd be able to look at?

**PROBATION OFFICER:** Yes.

**THE COURT:** Okay. So you haven't seen anything in the notes that suggest that Mr. Burke's been a problem at all?

**PROBATION OFFICER:** No, Your Honor.

**THE COURT:** Okay. Thanks. Anything else that you want to add for my consideration?

**PROBATION OFFICER:** Not at this time. I mean, if we wouldn't be able to monitor any of the treatment or testing conditions if there were to be -- Pretrial supervision were to be removed.

I do know this issue was presented before Judge Adams back in -- or maybe informally presented before Judge Adams via an email conversation. I read in our note system

where in December of 2025, where she noted that she believed the defendant should remain on conditions. So I just wanted to note that for the Court.

**THE COURT:** Okay. Well, that's -- it's up to me. It's not probably. She was probably looped in because she was -- she's been covering some of Judge Wilson's criminal cases. So my guess is that's why she was looped in.

Okay. And then let me see. As far as the -- I know my original condition about the mental health was that he have an evaluation and any treatment. It sounds like, from what Mr. Maddox is saying, that he has his own treatment provider that he's utilizing.

Is that your understanding too?

**PROBATION OFFICER:** Yes, Your Honor. I checked in with her this past week as well. She doesn't have any issues with the defendant and provided me his most recent appointment times and kind of a compliance report on him.

**THE COURT:** Okay. Perfect. Okay. Thank you. I don't have any other questions for you. Thank you.

I am going to grant Mr. Burke's motion to this extent, and first -- and I'm going to enter an amended order of release just simply so that we have or -- we have an order of release on the docket as well. And here's what I'm going to be amending. I am going to expand his ability to travel to the Continental United States.

I am going to require that you report that travel to Pretrial Services. So they're not approving it, but you are going to have to let Pretrial Services know that you are planning to, you know, certain travel, here's where you're planning to go, here's the dates that you're going to be at that location. And then, obviously, let Pretrial know as well that you've returned when you return.

Hold on. I'm just writing this down so I make sure I paper it correctly.

Okay. And then I was just looking through the additional conditions. I'm assuming that you don't have any.

You still don't have any plans to move from your current address; is that correct?

**THE DEFENDANT:** No, Your Honor.

**THE COURT:** Okay. I'm just running -- what I don't want to do is -- entering an amended order with a new date of today. And so I'm just running through these, because I don't want to then find out that, you know, you were planning to move the next day.

Again, you're just reminded that you cannot commit a Federal, State, or local crime during the period of your release.

Then the other standard condition is you must cooperate in the collection of a DNA sample if it's

authorized by Federal statute.

As far as the special conditions, I am going to require that you continue to report to Pretrial Services as directed. So, as you know, it sounds like you've been very compliant with that Ms. Goodrow. Or if it ends up being somebody after her, you'll just have to follow their directions in terms of the frequency and the manner that you report.

I am going to continue to include in there the special condition that you must avoid all contact with potential witnesses or victims in this case.

And that restriction does not apply to members of your immediate family and does not prohibit your attorney from contacting witnesses, as necessary, to prepare the defense, nor does it prohibit you from contacting witnesses as necessary to cooperate with the government.

And then, previously I specifically prohibited you from contact with the alleged co-conspirator in the indictment. So that will be included as well.

I am going to remove the drug testing requirement. I'm going to require that you continue your mental health treatment.

You've already surrendered your passport, so that condition will just say that you previously surrendered your passport and that you may not obtain a passport or any new

travel documents.

And then the last condition that was included before was no -- this is really, I guess, duplicative of what was already said, but no contact with the co-conspirator in the indictment. And that person was known as the at sign, E-Es. So I will include that one.

**MR. TREZEVANT:** He's been pleaded guilty and his name's Marco Gaudino.

**THE COURT:** Okay.

**MR. TREZEVANT:** G-a-u-d-i-n-o.

**THE COURT:** G-a-u-d-i-n-o. Okay. So we'll go ahead and include that name.

So what I'll do is I'll sign off. We'll -- we'll prepare an amended order of release. I'll sign off on it.

What we'll do, Mr. Maddox, is Mr. Smith will just send it once I've signed off on it to you to have your client sign off on it. You can sign off on it electronically. And then get it back over to us and then we'll docket that on the court docket.

**MR. MADDUX:** Okay. May I ask one additional thing?

**THE COURT:** Yes.

**MR. MADDUX:** Gainesville is, obviously, the Northern District. That's where his mother-in-law lives. She has some health issues and there can be like

drop-of-the-hat times. Can we please have a general proviso that he can go to Gainesville to see his mother-in-law as it comes up without having to get 48-hours permission? Because that's kind of what I think's been happening.

**THE COURT:** So mine's not going to require any permission. So all he's got to do is report the dates and the -- and his location of travel. So it's not going to require that Pretrial Services approve it.

**MR. MADDUX:** Okay.

**THE COURT:** Instead, his travel is expanded to the Continental United States. And so he would just have to report when he does travel. I mean, it could be -- I'll say within 24 hours of the travel occurring. How about that?

**MR. MADDUX:** Okay.

**THE COURT:** That way -- that way, if you have something that's more emergent, then as long as you've let your Pretrial Services Officer -- I'm going to require that you report the dates and location of travel in writing. But however you communicate with your Pretrial Services Officer, that's really more to protect you more than anything, so that you have a record that you did in fact tell Pretrial about any travel.

Okay. Anything else, Mr. Maddox, that you want to address?

**MR. MADDUX:** No, Your Honor. Thank you.

**THE COURT:** Okay. So I will be granting the motion to the extent as provided in the amended order of release.

Anything else, Mr. Trezevant, that the government thinks we can address today for Mr. Burke's case?

**MR. TREZEVANT:** No. Thank you, Your Honor.

**THE COURT:** Thank you. We're in recess.

(Proceedings concluded.)

UNITED STATES DISTRICT COURT )
)
MIDDLE DISTRICT OF FLORIDA )

**REPORTER TRANSCRIPT CERTIFICATE**

I, Howard W. Jones, Official Court Reporter for the United States District Court, Middle District of Florida, certify, pursuant to *Section 753, Title 28, United States Code*, that the foregoing is a true and correct transcription of the stenographic notes taken by the undersigned in the above-entitled matter (Pages 1 through 16 inclusive) and that the transcript page format is in conformance with the regulations of the Judicial Conference of the United States of America.

/s *Howard W. Jones*

Howard W. Jones, RPR, FCRR
Official Court Reporter
United States District Court
Middle District of Florida
Tampa Division
Date: 6/16/2026

MR. MADDUX: [7] 2/11 2/25 14/20 14/23 15/9 15/14 15/25
MR. TREZEVANT: [5] 2/7 6/5 14/7 14/10 16/6
PROBATION OFFICER: [11] 8/6 8/10 8/15 9/14 9/19 10/3 10/7 10/12 10/16 10/19 11/14
THE COURT: [25]

THE DEFENDANT: [1] 12/15

/

/s [1] 17/10

1

10:36 [1] 1/6
10:54 [1] 1/6
13 [1] 1/5
13B [1] 1/21
15 [1] 3/16
16 [1] 17/7
17 [1] 5/25

2

2025 [1] 11/1
2026 [2] 1/5 17/13
2102 [1] 1/18
236 [1] 3/15
24 hours [1] 15/13
28 [1] 17/5

3

3200 [1] 1/15
33602 [2] 1/16 1/21
33606 [1] 1/19
3363 [1] 1/19

4

400 [1] 1/15
48-hours [1] 15/3

6

6/16/2026 [1] 17/13
6000 [1] 1/16
6158 [1] 1/22

7

753 [1] 17/5

8

801 [1] 1/21
813/253-3363 [1] 1/19
813/274-6000 [1] 1/16
813/301-6158 [1] 1/22

8:24-cr-68-KKM-TGW [1] 1/5

9

90-day [1] 4/15

A

a.m [1] 1/6
ability [1] 11/24
able [5] 2/24 3/6 3/18 10/11 10/20
about [9] 3/2 3/21 4/4 5/6 5/20 6/6 11/9 15/13 15/22
above [1] 17/7
above-entitled [1] 17/7
Absolutely [1] 4/24
activities [1] 6/18
actually [1] 9/3
Adams [2] 10/24 10/25
add [1] 10/18
additional [3] 7/18 12/11 14/20
address [4] 2/20 12/14 15/24 16/5
adjudicated [1] 6/2
after [3] 3/2 4/15 13/6
Again [1] 12/21
agreed [1] 4/7
ahead [2] 8/7 14/12

## A

aided [1] 1/24
all [8] 3/20 4/22 8/13 9/8 9/11 10/15 13/10 15/6
alleged [1] 13/18
allow [1] 5/17
alone [1] 4/18
already [3] 7/2 13/23 14/4
also [1] 4/15
always [1] 6/17
am [6] 11/20 11/24 12/1 13/2 13/9 13/20
AMANDA [1] 1/11
amended [4] 11/21 12/17 14/14 16/2
amending [1] 11/24
Amendment [1] 7/17
AMERICA [2] 1/3 17/8
another [1] 4/8
any [16] 6/4 6/23 9/8 9/11 9/24 9/25 10/9 10/20 11/10 11/15 11/19 12/12 12/13 13/25 15/5 15/22
anything [5] 10/13 10/17 15/20 15/23 16/4
anywhere [1] 3/21
appeal [4] 3/15 4/7 4/18 5/25
appearances [2] 1/13 2/5
apply [1] 13/12
appointment [1] 11/17
appropriate [3] 4/3 7/9 7/10
approve [1] 15/8
approving [1] 12/2
April [1] 1/5
are [8] 2/3 2/21 4/20 5/25 7/12 8/15 12/3 12/3
ARNOLD [1] 1/11
arraignment [1] 6/7
as [32]
ask [5] 5/16 8/4 8/9 8/11 14/20
asked [8] 4/6 4/8 5/21 6/6 6/7 6/8 9/15 9/16
Assistant [1] 1/15
assume [1] 10/10
assuming [1] 12/11
attorney [2] 1/15 13/13
audio [1] 1/24
authority [1] 7/2
authorized [1] 13/1
avail [1] 5/4
Avenue [1] 1/21
avoid [1] 13/10
awkward [1] 5/7

## B

back [10] 3/1 5/24 7/1 8/5 8/16 8/24 9/3 10/8 10/24 14/18
Baez [1] 10/7
based [5] 2/16 2/22 4/23 7/8 7/15
be [23]
because [9] 3/8 4/3 4/9 5/5 5/12 5/24 11/5 12/19 15/3
been [20]
before [6] 1/11 5/24 10/6 10/23 10/24 14/3
being [1] 13/5
believed [1] 11/1
better [4] 6/19 6/20 6/21 6/21
bit [1] 2/20
bolster [1] 3/1
breaking [1] 3/8
brief [1] 4/13
briefing [1] 4/12
bring [1] 7/15

**B**

burdens [2] 3/22 7/24
BURKE [11] 1/7 2/4 2/12 3/7 5/11 9/1 9/8 9/12 10/2 10/6 10/9
Burke's [5] 2/17 8/12 10/14 11/20 16/5

**C**

call [4] 3/9 5/18 9/10 9/16
called [1] 2/2
calls [1] 9/17
can [15] 3/7 3/9 3/10 3/10 3/12 3/15 5/13 6/18 6/19 7/20 14/17 14/25 15/1 15/2 16/5
can't [1] 3/9
cannot [1] 12/21
case [12] 1/5 2/3 3/14 3/16 4/4 7/24 9/20 9/22 9/25 10/4 13/11 16/5
cases [2] 6/20 11/7
certain [2] 2/21 12/4
CERTIFICATE [1] 17/3
certify [1] 17/5
charged [2] 6/17 7/11
charges [2] 4/19 4/20
checked [1] 11/14
checks [1] 9/23
Circuit [1] 4/11
citizen [1] 4/24
City [1] 3/19
clarification [1] 4/16
clarified [1] 7/14
cleared [1] 7/20
clerk's [1] 4/14
Cleveland [1] 1/18
client [1] 14/17
close [1] 4/5
co [2] 13/18 14/5
co-conspirator [2] 13/18 14/5
Code [1] 17/6
collection [1] 12/25
come [5] 5/24 6/2 8/8 8/16 9/15
comes [3] 5/3 9/16 15/3
coming [1] 5/12
commit [2] 5/1 12/21
committing [1] 5/20
communicate [2] 5/10 15/19
community [2] 4/25 6/21
complaint [1] 5/6
compliance [1] 11/17
compliant [2] 4/2 13/5
complies [2] 8/10 9/17
computer [1] 1/24
computer-aided [1] 1/24
concern [1] 2/17
concerns [1] 7/17
concluded [1] 16/8
concurrence [1] 7/5
condition [6] 9/10 11/9 12/24 13/10 13/24 14/2
conditions [8] 2/15 3/2 3/5 7/7 10/21 11/2 12/11 13/2
Conference [1] 17/8
conformance [1] 17/7
consideration [1] 10/18
conspirator [2] 13/18 14/5

C

contact [3] 13/10 13/18 14/4
contacting [2] 13/14 13/15
Continental [4] 6/13 6/24 11/25 15/11
continue [3] 13/3 13/9 13/21
conversation [1] 10/25
cooperate [2] 12/25 13/16
cope [1] 3/19
copy [2] 8/23 9/4
correct [2] 12/14 17/6
correctly [1] 12/9
could [9] 2/5 2/18 2/20 5/19 6/2 7/15 7/23 8/7 15/12
couldn't [2] 8/24 9/6
Councilwoman [1] 3/20
counsel [1] 2/5
counts [2] 7/13 7/16
couple [2] 8/9 10/5
course [2] 3/25 7/2
court [18]
courtroom [1] 1/24
courts [1] 4/11
covering [1] 11/6
cr [2] 1/5 2/4
craft [1] 4/11
crime [1] 12/22
crimes [1] 5/1
criminal [2] 4/21 11/6
current [2] 2/23 12/14

D

D.C [1] 3/10
date [3] 4/13 12/18 17/13
dates [3] 12/5 15/6 15/18
day [2] 4/15 12/20
December [2] 4/14 11/1
defendant [6] 1/8 1/17 6/8 6/22 11/2 11/16
defendants [1] 6/17
defense [1] 13/15
did [1] 15/21
didn't [2] 4/9 5/4
differs [1] 7/22
digital [1] 1/24
directed [2] 9/11 13/4
directions [1] 13/7
discovery [1] 5/14
dismissal [1] 4/20
dismissed [2] 7/13 7/15
dispute [1] 7/16
DISTRICT [12] 1/1 1/1 6/9 7/3 9/7 14/24 17/1 17/2 17/5 17/5 17/12 17/12
DIVISION [2] 1/2 17/13
DNA [1] 12/25
do [11] 2/21 3/17 5/9 7/16 8/17 9/24 10/23 12/17 14/13 14/15 15/6
Doc [1] 3/15
docket [4] 8/24 11/23 14/19 14/19
docketed [2] 8/25 9/3
documents [1] 14/1
does [4] 13/12 13/13 13/15 15/12
doesn't [2] 4/21 11/15
don't [13] 3/11 3/13 6/10 6/12 6/23 7/5 8/1 8/2 11/19 12/11 12/13 12/17 12/19
done [1] 4/5
double [1] 4/4

## D

down [1] 12/8
downstairs [1] 9/2
drop [2] 5/16 15/1
drug [4] 3/16 5/16 8/13 13/20
drugs [1] 3/17
due [1] 4/13
duplicative [1] 14/3
during [1] 12/22

## E

E-Es [1] 14/6
electronic [1] 7/19
electronically [1] 14/18
elements [1] 7/18
Eleventh [1] 4/11
else [3] 10/17 15/23 16/4
email [1] 10/25
emergent [1] 15/16
ends [1] 13/5
enter [1] 11/21
entering [1] 12/17
entitled [1] 17/7
Es [1] 14/6
especially [1] 5/22
ESQ [2] 1/14 1/17
essence [2] 3/1 3/24
evaluation [1] 11/10
even [5] 4/5 4/12 5/4 5/18 5/24
event [1] 3/13
ever [2] 6/7 8/25
every [3] 4/1 5/3 5/8
everybody [1] 6/20
everything [1] 4/3
evidence [1] 7/15
evidentiary [1] 7/24
examples [1] 3/12
expand [1] 11/24
expanded [1] 15/10
explore [1] 2/24
extension [4] 4/6 4/12 4/14 4/15
extent [2] 11/21 16/2

## F

facing [2] 4/18 5/19
fact [1] 15/21
factors [1] 4/22
fair [1] 10/9
family [4] 6/9 6/10 7/3 13/13
family-related [1] 7/3
far [5] 7/7 8/22 9/5 11/8 13/2
FCRR [2] 1/20 17/11
February [1] 10/4
federal [3] 7/11 12/22 13/1
feel [2] 3/23 7/5
felonies [1] 7/11
filing [1] 3/11
finally [1] 6/1
find [2] 8/24 12/19
fine [2] 5/18 7/1
first [3] 7/17 8/12 11/21
flight [2] 4/23 5/20
FLORIDA [12] 1/1 1/6 1/16 1/19 1/21 1/21 6/9 7/3 9/7 17/2 17/5 17/12
follow [1] 13/6
foregoing [1] 17/6
format [1] 17/7
forward [1] 8/8
frankly [1] 6/17
free [1] 5/17
frequency [1] 13/7
fully [1] 4/2

## G

G-a-u-d-i-n-o [2] 14/10 14/11
Gainesville [2] 14/23 15/2
Gaudino [1] 14/8
general [1] 15/1
get [6] 3/3 5/5 7/19

## G

get... [3] 8/8 14/18 15/3
gets [1] 5/24
give [1] 3/12
given [2] 4/1 5/22
go [11] 3/1 3/9 3/9 3/10 3/10 5/9 7/2 8/7 12/5 14/11 15/2
goes [1] 8/22
going [23]
Good [3] 2/3 2/7 2/11
Goodrow [3] 8/5 9/4 13/5
got [6] 4/14 4/14 8/23 8/25 10/4 15/6
government [4] 1/14 4/6 13/16 16/4
government's [2] 3/23 5/6
grant [1] 11/20
granted [1] 4/12
granting [1] 16/1
Great [1] 8/7
guess [3] 8/11 11/7 14/3
guilty [1] 14/7

## H

had [9] 5/10 6/7 9/8 9/11 9/20 9/23 9/24 10/9 10/9
happen [1] 6/19
happened [1] 9/1
happening [1] 15/4
hard [1] 4/24
has [11] 3/16 3/17 3/18 3/20 5/23 7/2 7/16 9/6 9/20 11/11 14/25
hasn't [2] 4/2 4/12
hat [1] 15/1
have [35]
haven't [2] 9/20 10/13
having [2] 4/5 15/3
he [40]
he'd [1] 2/24
he's [20]
health [5] 3/18 6/9 11/9 13/21 14/25
health-related [1] 6/9
hearing [2] 1/11 4/1
her [2] 11/15 13/6
here [6] 2/3 2/14 3/10 3/13 4/24 7/12
here's [4] 3/9 11/23 12/4 12/5
hey [1] 3/9
him [9] 3/24 5/17 5/17 6/13 6/23 9/15 9/16 9/23 11/17
himself [1] 5/4
his [13] 3/17 6/7 8/17 9/20 10/4 11/11 11/16 11/24 14/7 14/24 15/2 15/7 15/10
history [1] 4/21
Hold [1] 12/8
Honor [15] 2/11 2/25 3/1 6/5 8/1 8/6 8/15 8/20 9/14 9/19 10/16 11/14 12/15 15/25 16/6
HONORABLE [1] 1/11
hours [2] 15/3 15/13
how [4] 4/10 5/23 10/1 15/13
Howard [4] 1/20 17/4 17/10 17/11
however [1] 15/19

## I

I'll [5] 9/10 14/13 14/13 14/14 15/12
I'm [11] 8/8 8/25 9/3 11/21 11/23 12/8 12/11 12/16 12/18 13/21 15/17
I've [2] 9/23 14/16
idea [1] 7/4
immediate [1]

**I**

immediate... [1] 13/13
include [3] 13/9 14/6 14/12
included [3] 10/10 13/19 14/2
including [1] 7/18
inclusive [1] 17/7
indicated [1] 8/12
indicia [1] 3/20
indicted [2] 3/4 3/5
indictment [3] 3/3 13/19 14/5
informally [1] 10/24
information [2] 6/14 7/8
initial [1] 7/8
Instead [1] 15/10
instructed [1] 9/24
is [32]
issue [6] 6/13 7/24 8/2 9/24 9/25 10/23
issues [5] 6/1 9/8 9/11 11/16 14/25
it [34]
it'd [1] 5/19
it's [16] 3/15 3/21 4/4 5/7 5/7 5/18 5/23 6/19 6/20 6/21 6/21 10/3 11/4 11/5 12/25 15/7
its [1] 9/20

**J**

jail [1] 5/19
JAY [2] 1/14 2/7
job [1] 5/9
Jones [4] 1/20 17/4 17/10 17/11
Jose [1] 10/7
journalist [1] 3/7
JUDGE [6] 1/12 4/19 5/13 10/23 10/24 11/6
Judicial [1] 17/8
just [23]

**K**

kind [3] 10/10 11/17 15/4
KKM [2] 1/5 2/4
know [16] 3/25 4/4 5/11 6/15 6/25 7/4 8/23 9/5 9/9 10/23 11/9 12/3 12/4 12/6 12/19 13/4
knowledge [1] 9/21
known [1] 14/5
knows [1] 4/7

**L**

last [2] 4/8 14/2
law [5] 4/2 5/20 7/21 14/24 15/2
leave [1] 9/6
legitimate [1] 6/18
legs [1] 5/22
length [1] 4/5
less [1] 4/19
let [9] 6/15 6/25 7/4 8/4 8/11 11/8 12/3 12/6 15/16
lifted [1] 2/18
like [8] 2/24 3/23 5/2 5/18 5/23 11/10 13/4 14/25
linger [1] 6/1
list [1] 8/17
litigating [1] 3/14
little [1] 2/20
lives [1] 14/24
living [1] 4/24
local [1] 12/22
location [4] 9/5 12/6 15/7 15/18
long [3] 5/23 10/1 15/16
look [1] 10/11
looking [3] 8/24 10/8 12/10
looks [1] 5/23
looped [2] 11/5 11/7
lot [1] 5/15

## M


MADDUX [2] 1/17 1/18
made [2] 4/1 9/3
Madison [1] 8/4
MAGISTRATE [1] 1/12
maintains [1] 4/19
make [1] 12/8
manner [2] 9/12 13/7
Marco [1] 14/8
married [2] 3/19 4/25
Marshals [1] 9/2
matter [2] 5/25 17/7
matters [1] 7/3
may [3] 2/25 13/25 14/20
maybe [1] 10/24
me [10] 2/16 3/9 8/4 8/11 9/5 9/21 10/9 11/4 11/8 11/16
mean [3] 3/12 10/19 15/12
medication [2] 8/16 8/18
medicines [1] 8/19
meet [2] 2/22 7/23
member [1] 6/10
members [1] 13/12
mental [3] 3/17 11/9 13/21
MICHAEL [3] 1/17 1/18 2/11
MIDDLE [5] 1/1 9/7 17/2 17/5 17/12
might [1] 6/2
mind [1] 5/21
mine's [1] 15/5
misdemeanors [1] 4/21
missed [2] 3/8 5/19
Mizelle's [1] 4/20
modifications [1] 5/22
modify [1] 2/15
monitor [2] 7/6 10/20
months [2] 3/3 10/5
more [5] 6/2 7/16 15/16 15/20 15/20
morning [3] 2/3 2/7 2/11
most [2] 4/20 11/16
mother [2] 14/24 15/2
motion [8] 1/11 2/14 2/16 3/11 6/6 7/14 11/20 16/2
move [2] 12/13 12/20
Mr. [26]
Mr. Burke [9] 2/12 3/7 5/11 9/1 9/8 9/12 10/2 10/6 10/9
Mr. Burke's [5] 2/17 8/12 10/14 11/20 16/5
Mr. Jose [1] 10/7
Mr. Maddox [6] 2/10 2/17 8/12 11/11 14/15 15/23
Mr. Smith [1] 14/15
Mr. Trezevant [4] 2/6 6/4 8/3 16/4
Ms. [2] 9/4 13/5
Ms. Goodrow [2] 9/4 13/5
much [1] 3/21
must [2] 12/24 13/10
my [7] 2/12 5/12 5/14 9/21 10/18 11/7 11/9


## N


name [1] 14/12
name's [1] 14/8
nature [1] 5/7
necessarily [1] 3/12
necessary [2] 13/14 13/16
necessity [2] 3/22

## N


necessity... [1] 4/23
need [3] 3/9 5/5 7/5
needed [1] 2/19
needs [1] 6/12
negative [1] 8/14
negotiating [1] 3/3
never [4] 3/24 6/1 6/5 9/2
new [3] 5/1 12/17 13/25
news [1] 3/7
next [1] 12/20
no [14] 1/5 5/1 5/25 7/10 8/18 8/19 9/14 9/22 10/16 12/15 14/3 14/4 15/25 16/6
No. [1] 2/4
No. 24-cr-68-KKM-TGW [1] 2/4
noncompliance [1] 9/22
nonetheless [1] 3/5
normal [1] 4/4
Northern [3] 6/9 7/3 14/24
not [20]
note [3] 10/10 10/25 11/3
noted [1] 11/1
notes [2] 10/14 17/6
nothing [2] 3/17 5/20
now [2] 4/18 8/13


## O


objected [1] 3/24
objection [1] 6/11
objections [1] 6/23
obligations [1] 2/22
observed [1] 9/25
obtain [1] 13/25
obviously [2] 12/6 14/23
occurring [1] 15/13
off [7] 9/2 9/4 14/13 14/14 14/16 14/17 14/17
office [2] 5/12 5/14
Officer [2] 15/17 15/19
officers [1] 9/21
Official [2] 17/4 17/11
Okay [19]
once [2] 5/18 14/16
one [3] 6/19 14/6 14/20
only [2] 5/13 9/6
opportunities [2] 3/8 5/4
opportunity [1] 5/2
order [9] 2/2 5/13 8/23 8/25 11/21 11/23 12/17 14/14 16/2
origin [1] 9/20
original [2] 5/13 11/9
originally [1] 4/13
other [5] 7/7 8/1 9/21 11/19 12/24
our [6] 3/11 6/6 7/14 7/22 7/25 10/25
out [1] 12/19
over [4] 3/14 3/16 4/17 14/18
own [2] 3/17 11/11


## P


PA [1] 1/18
page [1] 17/7
Pages [1] 17/7
paper [1] 12/9
participate [1] 6/18
passport [3] 13/23 13/25 13/25
past [1] 11/15
Perfect [1] 11/18
period [1] 12/22
permission [2] 15/3 15/6
permitted [1] 6/8
person [4] 4/25 9/16 9/16 14/5

**P**

perspective [1] 7/25
petition [2] 5/3 5/8
place [1] 3/18
Plaintiff [1] 1/4
planning [3] 12/4 12/5 12/20
plans [1] 12/13
pleaded [1] 14/7
please [1] 15/1
position [2] 3/11 7/22
positive [1] 8/16
positives [3] 8/17 8/19 8/19
potential [2] 5/25 13/11
potentially [1] 7/17
pre [1] 3/3
pre-indictment [1] 3/3
prefer [1] 6/17
prepare [2] 13/14 14/14
prescription [1] 8/17
presented [2] 10/23 10/24
pretrial [19]
previously [2] 13/17 13/24
primary [1] 2/17
prior [1] 4/21
private [1] 3/17
proactively [1] 5/8
probably [6] 3/16 3/25 4/18 9/1 11/5 11/5
problem [2] 6/16 10/14
problems [2] 5/10 10/9
proceed [1] 7/20
proceedings [3] 1/24 4/9 16/8
process [1] 4/17
prohibit [2] 13/13 13/15
prohibited [1] 13/17
prospects [1] 2/23
protect [1] 15/20
protective [1] 5/13
provided [4] 6/24 9/4 11/16 16/2
provider [1] 11/12
provides [1] 6/14
proviso [1] 15/1
purposes [1] 6/24
pursuant [1] 17/5
put [1] 6/6

**Q**

question [2] 7/23 8/12
questions [2] 8/9 11/19
Quite [1] 3/4

**R**

RDR [1] 1/20
read [1] 10/25
really [6] 3/21 4/4 8/2 8/2 14/3 15/20
reason [1] 7/10
recall [1] 5/12
recent [2] 10/3 11/16
recess [1] 16/7
record [2] 4/11 15/21
recorded [1] 8/8
recording [1] 1/24
refashion [1] 5/16
regularly [1] 5/12
regulations [1] 17/8
related [3] 6/9 6/24 7/3
release [8] 2/15 8/23 8/25 11/22 11/23 12/23 14/14 16/3
relevant [1] 4/10
remain [1] 11/2

**R**

**reminded [1] 12/21**
**remove [1] 13/20**
**removed [1] 10/22**
**report [9] 7/9 9/13 11/17 12/1 13/3 13/8 15/6 15/12 15/18**
**reported [1] 9/22**
**Reporter [4] 1/20 17/3 17/4 17/11**
**reporting [2] 9/10 9/12**
**requested [1] 9/12**
**require [6] 12/1 13/3 13/21 15/5 15/8 15/17**
**required [1] 5/15**
**requirement [1] 13/20**
**requiring [1] 9/17**
**resolution [1] 3/4**
**resolved [1] 5/24**
**response [3] 3/23 5/6 6/4**
**restriction [3] 9/5 9/6 13/12**
**restrictions [2] 2/18 2/23**
**return [1] 12/7**
**returned [1] 12/7**
**returns [2] 6/15 7/1**
**review [1] 5/14**
**reviewing [1] 9/22**
**right [3] 2/12 4/18 6/10**
**risk [2] 4/23 5/20**
**RMR [1] 1/20**
**RPR [1] 17/11**
**Rule [1] 5/25**
**Rule 17 [1] 5/25**
**running [2] 12/16 12/18**

**S**

**said [2] 3/24 14/4**
**same [2] 7/4 7/16**
**sample [1] 12/25**
**SANSONE [1] 1/11**
**say [6] 3/1 3/9 9/19 10/4 13/24 15/12**
**saying [1] 11/11**
**says [1] 5/13**
**schedule [1] 9/23**
**seated [1] 2/12**
**Section [1] 17/5**
**see [5] 4/9 7/9 8/2 11/8 15/2**
**seemed [1] 2/16**
**seems [1] 9/5**
**seen [1] 10/13**
**send [1] 14/16**
**serious [1] 7/11**
**Services [8] 8/4 9/11 12/2 12/3 13/3 15/8 15/17 15/19**
**set [4] 3/2 3/5 4/12 7/8**
**seven [1] 3/3**
**seven months [1] 3/3**
**several [1] 8/13**
**she [7] 11/1 11/1 11/5 11/5 11/7 11/15 14/25**
**she's [1] 11/6**
**should [1] 11/2**
**sign [6] 9/2 14/6 14/13 14/14 14/17 14/17**
**signed [1] 14/16**
**significant [1] 4/25**
**simplest [1] 8/11**
**simply [3] 6/25 7/4 11/22**
**sit [1] 7/12**
**Smith [1] 14/15**
**so [39]**
**some [7] 5/3 7/13 7/13 8/15 10/10 11/6 14/25**
**somebody [1] 13/6**
**something [2] 5/3 15/16**
**sought [1] 4/16**
**sounds [2] 11/10 13/4**

## S


special [3] 9/10 13/2 13/10
specific [3] 2/21 2/23 3/13
specifically [1] 13/17
specifics [1] 4/1
sponte [1] 4/12
standard [3] 9/9 9/9 12/24
starting [1] 2/5
state [2] 2/5 12/22
states [13] 1/1 1/3 1/12 2/4 2/8 7/1 11/25 15/11 17/1 17/5 17/5 17/8 17/12
statute [2] 5/16 13/1
stenographic [1] 17/6
still [3] 5/25 7/10 12/13
Street [2] 1/15 1/18
stresses [1] 3/19
subpoena [1] 6/1
substantially [1] 4/19
suggest [1] 10/14
sui [1] 4/12
Suite [2] 1/15 1/21
supervising [2] 10/1 10/6
supervision [1] 10/22
sure [1] 12/9
surprised [1] 4/9
surprising [1] 3/4
surrendered [2] 13/23 13/24
system [2] 10/11 10/25


## T


take [1] 6/2
taken [2] 5/23 17/6
taking [1] 8/18
TAMPA [7] 1/2 1/6 1/15 1/16 1/19 1/21 17/13
tell [2] 3/15 15/21
terminate [1] 2/14
terms [2] 9/9 13/7
tested [2] 3/16 8/13
testing [3] 5/17 10/21 13/20
tests [1] 8/13
TGW [2] 1/5 2/4
than [2] 8/1 15/20
thank [10] 2/9 2/13 8/3 8/21 8/22 11/18 11/19 15/25 16/6 16/7
Thanks [1] 10/17
that [91]
that's [14] 5/5 5/18 5/21 6/16 6/16 7/1 7/24 10/5 11/4 11/7 14/24 15/4 15/16 15/20
their [6] 2/5 4/7 4/11 4/13 7/5 13/6
then [13] 4/14 8/1 8/22 11/8 12/6 12/10 12/19 12/24 13/17 14/2 14/18 14/18 15/16
there [11] 2/21 3/10 5/25 6/10 7/12 8/15 9/22 10/8 10/21 13/9 14/25
there's [4] 2/23 5/15 7/23 9/9
these [2] 3/20 12/18
they [9] 3/25 4/8 4/14 4/14 4/15 6/8 6/18 7/9 7/14
they're [4] 4/10 7/10 8/16 12/2
thing [2] 5/23 14/21
things [1] 3/18
think [9] 2/25 4/23 5/15 5/21 6/19 6/19 6/20 6/20 6/21
think's [1] 15/4
thinking [1] 8/25

## T


thinks [1] 16/5
this [15] 3/2 3/14 3/16 4/3 4/17 5/22 7/24 10/4 10/19 10/23 11/15 11/20 12/8 13/11 14/3
those [7] 5/4 6/20 7/7 7/16 7/23 8/13 10/10
thought [1] 4/3
three [1] 3/6
through [3] 12/10 12/18 17/7
time [6] 5/3 5/7 5/8 6/3 7/9 10/19
times [6] 3/6 3/8 3/16 8/13 11/17 15/1
timing [1] 5/6
TIMOTHY [2] 1/7 2/4
Title [1] 17/5
today [4] 7/12 8/24 12/18 16/5
too [1] 11/13
total [1] 4/22
transcribed [1] 1/24
transcript [4] 1/11 4/8 17/3 17/7
transcription [2] 1/25 17/6
transcriptionist [1] 1/24
transferred [1] 9/21
travel [19]
traveling [4] 3/24 6/6 6/13 6/23
treatment [5] 3/18 10/20 11/10 11/12 13/22
TREZEVANT [6] 1/14 2/6 2/7 6/4 8/3 16/4
trial [1] 7/13
true [1] 17/6
try [1] 5/4
trying [5] 3/3 4/10 5/7 5/10 7/19
two [2] 3/13 3/14
two weeks [1] 3/13
two years [1] 3/14


## U


U.S [3] 1/15 6/14 6/24
unable [1] 2/22
unauthorized [2] 8/18 8/19
under [1] 7/4
undersigned [1] 17/6
understand [2] 4/10 7/12
understanding [2] 7/20 11/13
UNITED [13] 1/1 1/3 1/12 2/4 2/8 7/1 11/25 15/11 16/8 17/5 17/5 17/8 17/12
up [8] 3/15 5/3 6/2 7/20 9/3 11/4 13/5 15/3
upon [1] 7/8
us [4] 3/4 9/3 9/4 14/18
using [1] 1/24
utilizing [1] 11/12


## V


verifies [1] 8/18
very [2] 10/3 13/4
via [2] 1/24 10/25
victims [1] 13/11
violated [1] 4/2
violation [1] 5/20
visits [1] 6/10
vs [2] 1/5 2/4


## W


want [8] 3/25 5/8 5/17 10/3 10/18 12/17 12/19 15/23
wanted [1] 11/2
wanting [1] 2/21

## W

warrant [1] 4/22
was [19]
Washington [1] 3/10
way [2] 15/15 15/15
we [33]
we'd [1] 5/16
we'll [5] 14/11 14/13 14/13 14/15 14/19
we're [5] 2/14 3/13 4/5 7/19 16/7
we've [5] 3/2 3/6 3/14 3/24 5/10
week [3] 4/8 5/18 11/15
weeks [1] 3/13
well [5] 11/4 11/15 11/23 12/7 13/19
went [1] 9/1
were [8] 4/9 6/1 6/5 7/7 7/9 10/21 10/22 12/20
weren't [1] 7/14
West [1] 1/18
what [13] 2/20 3/1 5/25 6/25 7/20 9/1 11/11 11/23 12/16 14/4 14/13 14/15 15/4
whatever [2] 9/12 9/17
when [10] 3/9 5/24 6/15 6/19 6/25 8/24 9/1 9/23 12/7 15/12
where [5] 6/14 11/1 11/1 12/4 14/24
whether [4] 7/15 7/18 7/19 7/23
which [2] 4/13 6/19
who [2] 10/6 10/6
why [2] 5/21 11/7
will [6] 9/19 13/19 13/24 14/6 14/15 16/1
Wilson [1] 5/13
Wilson's [1] 11/6
wire [1] 7/18
within [2] 6/13 15/13
without [1] 15/3
witnesses [3] 13/11 13/14 13/15
won't [1] 3/25
work [9] 2/19 2/21 5/8 6/6 6/12 6/13 6/16 6/18 6/24
work-related [1] 6/24
working [1] 4/24
would [6] 3/25 5/2 7/4 7/19 10/10 15/11
wouldn't [1] 10/20
writing [2] 12/8 15/18

## Y

year [2] 4/17 10/4
years [1] 3/14
Yes [8] 2/25 6/5 8/6 8/19 9/19 10/12 11/14 14/22
yet [1] 4/13
you [65]
you'd [1] 10/11
you'll [1] 13/6
you're [5] 5/7 9/17 12/4 12/5 12/21
you've [6] 9/15 9/16 12/7 13/4 13/23 15/16
your [26]

## Z

zero [1] 5/10