**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | | | |
|---|---|---|---|
| **CASE NO.:** | 8:24-cr-68-KKM-SPF | **DATE:** | October 21, 2026 |
| **HONORABLE SEAN P. FLYNN** | | **INTERPRETER:** | N/A |
| UNITED STATES OF AMERICA<br>v.<br>TIMOTHY BURKE | | **LANGUAGE:** | N/A |
| | | **GOVERNMENT COUNSEL**<br>Jay Trezevant, AUSA (Not present) | |
| | | **DEFENSE COUNSEL**<br>Michael Maddux, Retained (Not present) | |
| **COURT REPORTER:** | DIGITAL | **DEPUTY CLERK:** | Karina Nieves |
| **TIME:** 11:05 AM – 11:06 AM | **TOTAL:** 1 min | **U.S. PRETRIAL:** | N/A |
| | | **COURTROOM:** | 11B |

**PROCEEDINGS: Arraignment on Indictment**

The Defendant filed a Waiver of Presence at Arraignment, entered a not-guilty plea, and acknowledged receiving the charging document (Doc. 265).

The Court entered an Endorsed Order granting Defendant's Waiver of Presence at Arraignment and notice that the Government's and the Defendant's attorneys were not required to attend the Arraignment (Doc. 267).

The Court enters the Arraignment for the Superseding Indictment on the record.

Trial Term: December 7, 2026, at 9:00 AM, before District Judge Kathryn K. Mizelle.
Status Conference: November 3, 2026, at 10:00 AM, before District Judge Kathryn K. Mizelle.

Court adjourned.